# United States Bankruptcy Court
## Southern District of Florida

In re __Ivankovich Family LLC_____    Case No. __24-15755-LMI__
                                          Debtor(s)                                   Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ivankovich Family LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**North American Property Ventures Ltd**
**c/o Conyers Trust Company Limited**
**Cricket Square Hutchins Drive**
**PO Box 2681**
**Grand Cayman KY1-1111, Cayman Islands**

☐ None [*Check if applicable*]

**June 18, 2024**
Date

*/s/ Eyal Berger*
**Eyal Berger 11069**
Signature of Attorney or Litigant
Counsel for __Ivankovich Family LLC__
**Akerman LLP**
**201 E. Las Olas Blvd.**
**Suite 1800**
**Fort Lauderdale, FL 33301**
**954-463-2700 Fax:954-463-2224**
**eyal.berger@akerman.com**