6/17/24  2:47PM

# United States Bankruptcy Court
## Southern District of Florida

In re   **Ivankovich Family LLC**
                                                    Debtor(s)

Case No.   **24-15755**
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

*Steven Ivankovich*

Date:   **June 17, 2024**

**Steven Ivankovich**/**Manager**
Signer/Title

Jeanette Ivankovich
c/o Schiller DuCanto
& Fleck LP
 Tanya J. Stanish, Esq.
321 North Clark Street
Chicago, IL. 60654
chicagoservice@sdlaw.com
312-641-5670

Schiller DuCanto & Fleck LP
Tanya J. Stanish Esq.
321 North Clark Street
Chicago, IL. 606654

Jeffrey Hefman, E
Schoenberg Finkel law firm
300 S. Walker Dr. Suite 1500
Chicago, IL. 608606

Chuchak & Tescon P.C.
620 South Riverside Plaza Suite 1700
Chicago, IL 60606

Township Orlando LLC
Sklar Kirsh LLP
David Safvati, Esquire
1880 Century Park East
Suite 300
Los Angeles, CA 90067

Township Capital LLC
Sklar Kirsh LLP
David Safvati, Esquire
1880 Century Park East
Suite 300
Los Angeles, CA 90067

Township GP Fund II LP
Sklar Kirsh LLP
David Safvati, Esquire
1880 Century Park East
Suite 300
Los Angeles, CA 90067

Celedon Financial Group
Paul Waldman, Esquire
10 North Park Place
Suite 420
Morristown, NJ 07980

Pami Grand Too LLC
c/o Douglas Johnson, Esquire
203 N. La Salle Street
Suite 2100
Chicago, IL 60601

P-5 GRA LLC
Keith McKenna, Esquire
11 Broadway
Suite 615
N.Y.N.Y. 10004