UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC,
A&O FAMILY LLC (Illinois),
ATLAS P2 MANAGING MEMBER, LLC,

    Debtors.
_____/

Chapter 11

Case No. 24-15755-LMI
(Jointly Administered)
24-15762- LMI
24-15767- LMI
24-15770- LMI

### EX PARTE MOTION TO ALLOW DEBTORS' CORPORATE REPRESENTATIVES TO APPEAR BY ZOOM AT STATUS CONFERENCE SET FOR JUNE 27, 2024 AT 10:30 A.M.

Ivankovich Family LLC, A&O Family LLC, A&O Family LLC (Illinois) and Atlas P2 Managing Member, LLC (collectively the "Debtors"), by and through its undersigned counsel, hereby moves this Court, on an *ex parte* basis, to enter an order authorizing Debtors' corporate representatives to appear by Zoom at the status conference set for June 27, 2024, at 10:30 a.m. (the "Status Conference"), and in support thereof states as follows:

1. The Court has scheduled a Status Conference [ECF Nos. 5, 16, 16, 16] for June 27, 2024 at 10:30 a.m. at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, Florida 33128.  The Status Conference requires the court appearance of representatives of all the Debtors.

2. Due to travel plans that pre-existed the commencement of these cases the corporate representatives of all of the Debtors are currently outside of the State of Florida and are not scheduled to return to Florida until after the Status Conference.

3. Undersigned counsel will be in physical attendance at the Status Conference and has coordinated with each of the Debtors' representatives the ability to appear via zoom at the Status Conference with all necessary calendaring materials to allow the Court to effectively schedule

76928621;2

all deadlines in these cases.

4. Accordingly, Debtors solicit the entry of an ex-parte Order authorizing the Debtors' representatives to appear via zoom at the Status Conference due to their unavailability in the venue on the date set by the Court.

WHEREFORE, in light of the foregoing, Debtors respectfully request the Court enter an Order granting this Motion allowing Debtors' corporate representatives to appear remotely via Zoom at the Status Conference set in this case set for June 27, 2024 at 10:30 a.m.

Dated: June 24, 2024

By: */s/ Eyal Berger*
Eyal Berger, Esq.
Florida Bar Number: 0011069
Email: eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301
Tel:  954-463-2700
Fax:  954-463-2224

-and-
Amanda Klopp, Esq.
Florida Bar No. 124156
Email: amanda.klopp@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 – West Tower
West Palm Beach, Florida 33401
Tel: 561-653-5000
Fax: 561-659-6316
*Proposed Counsel for Debtor*

76928621;2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Eyal Berger*
Eyal Berger, Esq.

76928621;2