**Fill in this information to identify the case:**

Debtor name **Ivankovich Family LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-15755-LMI**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____     X _____
                                                Signature of individual signing on behalf of debtor

**Steven Ivankovich**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Ivankovich Family LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **24-15755-LMI**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                              12/15

**Part 1:   Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $      1,718,833.71

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $      1,718,833.71

**Part 2:   Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $        0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $        0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      1,147,750.30

4.  **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                      $      1,147,750.30

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Ivankovich Family LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **24-15755-LMI** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| | | | | |
| --- | --- | --- | --- | --- |
| 3.1. | **Celadon Financial Group, LLC** | **Cash & Margin** | **1442** | **$1,140,733.71** |
| 3.2. | **RBC** | **Financial Brokerage** | **5350** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
| --- |
| **$1,140,733.71** |

**Part 2:**       **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**       **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

Debtor    **Ivankovich Family LLC**
_____    Case number *(If known)* **24-15755-LMI**
Name

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 14.1. | **PHMMF - Pharma Mar SAU** | **Liquidation** | $578,100.00 |
| 14.2. | **Warrants for SYRA Health** | **Liquidation** | $0.00 |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                          % of ownership

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**

| $578,100.00 |

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

Debtor    **Ivankovich Family LLC**                                     Case number *(If known)*  **24-15755-LMI**
                Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**NOLs in as-yet undetermined amount based on tax returns to be filed by accountants retained in this bankruptcy case**        Tax year **21, 22, 23** | Unknown |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Cause of action in Case No. 1:22-cv-06470 (N.D. Ill.) against Stifel Nicolaus & Company, William Scherr, John Doe 1, Jane Doe 1, Zhu Zhai Holdings Limited, Peter Prui Tak Lee and Jane Doe 2** | Unknown |
|  | Nature of claim    **Business torts; statutory violations; equitable relief** |  |
|  | Amount requested |  |
|  | **Cause of action in Case No. 2023CH09243 (Cook County, IL) against Schiller, Ducanto & Fleck LLP, Jeanette Ivankovich, Stifel Nicolaus & Co, Celadon Financial Group, LLC and JP Morgan Chase, N.A.** | Unknown |
|  | Nature of claim |  |
|  | Amount requested |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Potential claims or counterclaims against Jeanette Ivankovich and Schiller Ducanto & Fleck.** | Unknown |
|  | Nature of claim    **Equitable and legal relief based on improper injunction** |  |
|  | Amount requested |  |

| Debtor | **Ivankovich Family LLC** | | Case number *(If known)*  **24-15755-LMI** |
|---|---|---|---|
| | Name | | |

| | **Potential claims or counterclaims against Jeanette Ivankovich, Schiller Ducanto and Fleck, and the Township Capital LLC and Township Orlando LLC entities.** | | **Unknown** |
|---|---|---|---|
| | Nature of claim | | |
| | Amount requested | **$0.00** | |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| | **Equitable interest in KJI Marine Manufacturing LLC** | Unappraised/yet to be determined |
| | **Equitable interest in Bequia Fast Ferry Ltd** | Unappraised/yet to be determined |
| | **Equitable interest in Skosk Ltd** | Unappraised/yet to be determined |
| | **Equitable interest in PTCG Ptd Ltd** | Unappraised/yet to be determined |
| | **Equitable interest in Zus Tennis LLC** | Unappraised/yet to be determined |

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | **Unknown/unappraised** |
   |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    **Ivankovich Family LLC**                                    Case number *(if known)*  **24-15755-LMI**
          Name

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,140,733.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $578,100.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,718,833.71 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,718,833.71 |

**Fill in this information to identify the case:**

Debtor name **Ivankovich Family LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-15755-LMI**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**
**Celadon Financial Group LLC**
Creditor's Name

c/o Paul Waldman, Esquire
10 North Park Place, Suite 420
Stirling, NJ 07980
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6-27-2022**
Last 4 digits of account number
**1442**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Celadon Financial Group, LLC - Cash & Margin - Acct# 1442; PHMMF Pharma Mar SAU**

Describe the lien
**Lien on Celadon Acct 1442**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**    Value of collateral: **$1,718,833.71**

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Celadon Financial Group LLC**<br>**10 North Park Place**<br>**Suite 420**<br>**Morristown, NJ 07960** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **Ivankovich Family LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-15755-LMI**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Delaware Taxing Authority**<br>**Division of Revenue**<br>**820 N. French Street**<br>**Wilmington, DE 19801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Department of Treasury**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Ivankovich Family LLC**                                    Case number (If known)  __24-15755-LMI__
_____
Name

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,303.92
| **Chuchak & Tescon PC** | ☐ Contingent |
| 620 South Riverside Plaza, Suite 1700 | ☐ Unliquidated |
| Chicago, IL 60606 | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __Legal fees open account__ |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ☐ No  ☐ Yes |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $651,446.38
| **Jeanette Ivankovich** | ☑ Contingent |
| c/o Schiller DuCanto & Fleck LP | ☐ Unliquidated |
| Tanya J Stanish, Esq | ☑ Disputed |
| 321 North Clark Street | Basis for the claim:  __Disputed claims based on preliminary injunction on__ |
| Chicago, IL 60654 | __appeal__ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **Jeffrey Heftman, Esquire** | ☐ Contingent |
| Schoenberg Finkel Beederman Bell Glazer | ☐ Unliquidated |
| 300 S Walker Dr, Suite 1500 | ☐ Disputed |
| Chicago, IL 60860-6000 | Basis for the claim:  __Notice only.__ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **P-5 GRA LLC** | ☑ Contingent |
| Keith McKenna, Esquire | ☑ Unliquidated |
| 11 Broadway, Suite 615 | ☑ Disputed |
| New York, NY 10004 | Basis for the claim:  __Notice only.__ |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **Pami Grand Too LLC** | ☑ Contingent |
| c/o Douglas Johnson, Esquire | ☑ Unliquidated |
| 203 N La Salle Street, Suite 2100 | ☑ Disputed |
| Chicago, IL 60601 | Basis for the claim:  __Disputed claims to enjoin assets based on judgment__ |
| Date(s) debt was incurred __ | __against Steven Ivankovich__ |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ☑ No  ☐ Yes |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425,000.00
| **Schiller DuCanto & Fleck LP** | ☑ Contingent |
| Attn: Tanya J Stanish Esq | ☐ Unliquidated |
| 321 North Clark Street | ☑ Disputed |
| Chicago, IL 60665-4000 | Basis for the claim:  __Disputed claims based on preliminary injunction on__ |
| Date(s) debt was incurred __ | __appeal__ |
| Last 4 digits of account number __ | |
| | Is the claim subject to offset? ☑ No  ☐ Yes |

---

| Debtor | **Ivankovich Family LLC** | Case number (if known) | **24-15755-LMI** |
|---|---|---|---|
| | Name | | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Township Capital LLC**
**c/o David Safvati**
**Sklar Kirsh LLP**
**1880 Century Park East, Suite 300**
**Los Angeles, CA 90067**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice only.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Township GP Fund II LP**
**c/o David Safvati**
**Sklar Kirsh LLP**
**1880 Century Park East, Suite 300**
**Los Angeles, CA 90067**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Township Orlando LLC**
**c/o David Safvati**
**Sklar Kirsh LLP**
**1880 Century Park East, Suite 300**
**Los Angeles, CA 90067**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,147,750.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,147,750.30 |

---

**Fill in this information to identify the case:**

Debtor name    **Ivankovich Family LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-15755-LMI**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract    _____    _____

2.2    State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract    _____    _____

2.3    State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract    _____    _____

2.4    State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract    _____    _____

**Fill in this information to identify the case:**

Debtor name    **Ivankovich Family LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-15755-LMI**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **A&O Family LLC (Florida entity)** | **1000 Brickell Ave Suite 715 Miami, FL 33131** | **Chuchak & Tescon PC** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.2 | **A&O Family LLC (Illinois entity)** | **1000 Brickell Ste 715 Miami, FL 33131** | **Chuchak & Tescon PC** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.3 | **P2 Portfolio Managing Member LLC** | **1000 Brickell Ave Ste 715 Miami, FL 33131** | **Chuchak & Tescon PC** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Ivankovich Family LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **24-15755-LMI**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☑ Operating a business<br>☑ Other   **Investments** | **$-592,582.96** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☑ Other   **Investments** | **$-539,705.52** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☑ Other   **Investments** | **$-281,152.51** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor  **Ivankovich Family LLC**                                                    Case number *(if known)*  **24-15755-LMI**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Celadon Financial Group LLC**<br>**10 North Park Place**<br>**Suite 420**<br>**Morristown, NJ 07960** | **03-01-24 -**<br>**05-31-2024** | **$7,820,720.56** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See list attached** | | | |

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **In re: Marriage of Jeanette Ivankovich (Petitioner) and Steven Ivankovich (Respondent)**<br>**2021D9220** | **Divorce action involving injunction against Debtor** | **Cook County Circuit Court Domestic Relations Division**<br>**50 West Washington Street Room 802**<br>**Chicago, IL 60602** | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.2. | **Atlas Apartment Acquisitions LLC et al. v. Stifel Nicolaus & Company Inc. et al.**<br>**1:22-cv-06470** | **Claims re: disclosure of information by defendants; unlawful freeze on accounts** | **U.S.D.C. N.D. Illinois**<br>**219 South Dearborn Street**<br>**Chicago, IL 60604** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Ivankovich Family LLC**                              Case number *(if known)* **24-15755-LMI**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Zhu Zhai Holdings Limited et al. v. Steven Ivankovich**<br>1:20-cv-04985 | **Collection (Debtor is intervenor)** | **U.S.D.C. N.D. Illinois**<br>**219 South Dearborn Street**<br>**Chicago, IL 60604** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **P2 Portfolio Managing Member LLC et al. v. Schiller Ducanto & Fleck LLP et al.**<br>2023CH09243 | **Appeal of injunction** | **Cir. Ct. Cook County, IL**<br>**50 W. Washington, Suite 1001**<br>**Chicago, IL 60602** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Akerman LLP**<br>**201 E. Las Olas Blvd.**<br>**Suite 1800**<br>**Fort Lauderdale, FL 33301** | | **6/18/24** | **$200,000.00** |
| | Email or website address<br>**eyal.berger@akerman.com** | | | |
| | Who made the payment, if not debtor?<br>**Anthony Ivankovich** | | | |

---

Debtor    **Ivankovich Family LLC**                                    Case number *(if known)*  **24-15755-LMI**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1 | **See Global Notes** | | | |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **1000 Brickell Ave Ste 715 Miami, FL 33131** | **2022-2024** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Debtor   **Ivankovich Family LLC**                                    Case number *(if known)*   **24-15755-LMI**

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Ivankovich Family LLC**                                    Case number *(if known)*  **24-15755-LMI**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. | |
|---|---|---|---|---|
| 25.1. | KJI Marine Manufacturing LLC<br>Building OP01<br>22 Street Al Quoz Industrial, Fourth-369<br>Dubai UAE | Shipyard and inventory | **Dates business existed**<br>EIN:<br><br>From-To | 2023-current |
| 25.2. | Bequia Fast Ferry Ltd<br>Upper Cane Hall<br>St Vincent and the Grenadines | Commercial maritime vessel | EIN:<br><br>From-To | 2020-current |
| 25.3. | Skosk Ltd<br>61 Dublin St<br>Edinburgh<br>EH3 6NL United Kingdom | Distillary and spirits distribution | EIN:<br><br>From-To | 2022-current |
| 25.4. | PTCG Ptd Ltd<br>Ubi Avenue 3, #07-21<br>Vertex Singapore 408868 | Commercial Trading Business | EIN:<br><br>From-To | 2015-current |
| 25.5. | Zus Tennis LLC<br>1181 S Rogers Circle Ste 4<br>Boca Raton, FL 33487 | Racket sports manufacturing | EIN:    46-2599285<br><br>From-To | 2015-current |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Rodney Balais<br>11753 NW 47th Dr<br>Coral Springs, FL 33076 | 2022-2024 |

Debtor    **Ivankovich Family LLC**                                    Case number *(if known)*  **24-15755-LMI**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Rodney Balais** **11753 NW 47th Dr** **Coral Springs, FL 33076** | **2022-2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Steven Ivankovich** **791 Crandon Blvd** **PH 6** **Key Biscayne, FL 33149** | |
| 26c.2. **Rodney Balais** **11753 NW 47th Dr** **Coral Springs, FL 33076** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Ivankovich** | **791 Crandon Blvd** **PH 6** **Key Biscayne, FL 33149** | **Manager** | **0** |
| **North American Property Ventures Ltd** | **c/o Conyers Trust Company Limited** **Cricket Square Hutchins Drive** **PO Box 2681** **Grand Cayman KY1-111, Cayman Islands** | **Controlling shareholder** | **100** |
| **Dr. Anthony Ivankovich** | **791 Crandon Blvd** **PH 6** **Key Biscayne, FL 33149** | **Controlling person through beneficial interest** | |

Debtor   **Ivankovich Family LLC**                                    Case number *(if known)* **24-15755-LMI**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Olga Ivankovich** | **791 Crandon Blvd.**<br>**PH 6**<br>**Key Biscayne, FL 33149** | **Controlling person through beneficial interest** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See list attached** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____                          **Steven Ivankovich**
_____                     _____
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 8

IVANKOVICH FAMILY LLC
TRANSFER LIST FOR STATEMENT OF FINANCIAL AFFAIRS - QUESTIONS 4, 30

| DATE | FORM | AMOUNT | WIRED TO | ACCOUNT NUMBER | TRANSFEREE ADDRESS | TRANSFREE RELATIONSHIP |
|------|------|--------|----------|----------------|--------------------|------------------------|
| 9/5/2023 | WIRE | $250,000 | Premiere Orlando Portfolio Two, LLC | XXXXX6357 | 1 E Erie St Ste 525-253 Chicago, IL 60611 | Affiliate |
| 10/12/2023 | WIRE | $250,000 | Premiere Orlando Portfolio Two, LLC | XXXXX6357 | 1 E Erie St Ste 525-253 Chicago, IL 60611 | Affiliate |
| 12/28/2023 | WIRE | $50,000 | Premiere Orlando Portfolio Two, LLC | XXXXX6357 | 1 E Erie St Ste 525-253 Chicago, IL 60611 | Affiliate |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC,
A & O FAMILY LLC,
ATLAS P2 MANAGING MEMBER, LLC,

Debtors.
_____/

Chapter 11

Case No. 24-15755-LMI
(Jointly Administered)
24-15762- LMI
24-15767- LMI
24-15770- LMI

**IVANKOVICH FAMILY LLC**
**GLOBAL NOTES**

    The schedules and Statement of Financial Affairs of the Debtor, Ivankovich Family LLC ("Debtor") have been prepared based on the information available at the time of filing, including supplied by Debtor's prepetition general counsel and Debtor's prepetition financial advisor. Debtor will file any applicable supplement at a future date with updated and additional information that subsequently becomes available. Debtor has obtained court approval to retain an accountant to prepare financial statements and tax returns, and assist with other compliance and financial disclosure requirements in this bankruptcy, and will be filing an application to retain a financial advisor that will perform an audit of the books and records of the Debtor. Upon completion of the accounting and financial analysis work by the retained professionals, Debtor will amend the schedules and Statement of Financial Affairs as necessary.

**SPECIFIC NOTES**

A.    **Schedule A/B**

    **Question 76.** The equitable interests listed in Question 76 of Schedule A/B are scheduled based on the Debtor's investment of funds in the listed entity. The Debtor's interests in the entities

have not been appraised or valued as of the Petition Date. Upon any future valuation performed by the retained financial advisor, the schedules will be amended to more specifically reflect the nature, extent and value of the interest in the respective entities.

**B.      Statement of Financial Affairs**

**Question 1 and 2**. Due to the nature of the Debtor's business as an investment company, the gross revenues provided reflect the realized gains, realized losses, interest, dividends, and other income received by the Debtor on the investments, including equities and bonds, in the Debtor's financial brokerage accounts, but do not include deduction for payment of interest on purchased bonds, margin interest, dividends on short positions, or prime broker fees, among other expenses. The gross revenues do not include return of capital, and do not include all revenues received from the operations of Debtor's investments in the companies listed on Question 76 of the schedules due to the ongoing accounting work currently being performed by Debtor's professionals. Upon completion of the accounting, any necessary revisions to the gross revenues will be made accordingly.

**Questions 4, 13, and 30**. The transfer list attached to the Statement of Financial Affairs provides a list of all transfers to all accounts, other than Debtor's own accounts, within one year that benefited an insider, or were transferred to an insider's account, even where such transfer also benefited the Debtor or was ultimately used for Debtor's expenses. In the interest of transparency, the one-year transfer list to insiders is overinclusive, and upon completion of the accounting work by Debtor's professionals will be supplemented as necessary. The transfers listed are to affiliate entities, and the complete disclosure of the details on the use of the transferred funds by the affiliate will be supplied as required in periodic reports to be filed by the Debtors.

The transfers within two years prepetition were all made primarily for investment purposes in the ordinary course of the Debtor's business, and therefore are not listed in response to Question 13. The Debtors have retained accounting professionals to review all of the Debtor's financials including all transfers within the two-year period prepetition and will supplement their response to Question 13 in reliance on advice given by Debtor's professionals.

**Question 25**. In response to Question 25, in the interest of being overinclusive, Debtor has listed all entities in which it has a substantial or controlling interest, even if the Debtor is not the person primarily in control of the entity. Periodic reports for such entities will be filed as required.