**Fill in this information to identify the case:**

Debtor name **A&O Family LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-15762-LMI**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/19/2024        X _____
                                Signature of individual signing on behalf of debtor

**Nancy Webber**
Printed name

**Authorized Person**
Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    **A&O Family LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-15762-LMI**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................... $ _____0.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................... $ _35,601,314.63_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $ _35,601,314.63_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ _11,436,380.83_

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................ $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _1,147,750.30_

4. **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b

    $ _12,584,131.13_

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>A&O Family LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td><strong>24-15762-LMI</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Celadon Financial Group LLC** | **Money Market** | **1444** | **$47,487.50** |
| 3.2. | **Royal Bank of Canada** | **Cash** | **0031** | **$8,398.31** |
| 3.3. | **Royal Bank of Canada** | **Cash** | **0475** | **$8,199.51** |
| 3.4. | **Royal Bank of Canada** | **Cash** | **0468** | **$15,366.60** |
| 3.5. | **Busey Bank** | **Money Market** | **0774** | **$127,600.44** |
| 3.6. | **Busey Bank** | **Cash** | **3605** | **$7,522.01** |

4.      **Other cash equivalents** *(Identify all)*

Debtor    **A&O Family LLC**                               Case number *(If known)*  **24-15762-LMI**
         Name

| 5. | **Total of Part 1.** | **$214,574.37** |
|----|----------------------|-----------------|
|    | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **Celadon Financial Group LLC Acct 1444 - Various publicly traded stocks** | **Liquidation** | **$1,812,750.56** |
| 14.2. | **Royal Bank of Canada Acct 031 - Various publicly traded stocks** | **Liquidation** | **$96,125.00** |
| 14.3. | **Wells Fargo Acct 2158 - Mutual funds** | **Liquidation** | **$201,885.74** |
| 14.4. | **Stifel Bank Acct 5964 - Mutual funds** | **Liquidation** | **$66,808.27** |

| | | % of ownership | | |
|---|---|---|---|---|
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | | | |
| 15.1. | **Landmark Equity Partners XVI ASP Fund Class A-U** | _____ % | | **$1,102,785.37** |
| 15.2. | **Celadon Financial Group Acct 1444 - Non-publicly traded CDO** | _____ % | **Liquidation** | **$378,180.00** |
| 15.3. | **PA Direct Credit Opportunities Fund II LP Investment (valued as of May 31, 2024)** | _____ % | | **$398,197.00** |

Debtor    **A&O Family LLC**                                              Case number *(if known)* **24-15762-LMI**
Name

| | | | | |
|---|---|---|---|---|
| 15.4. | **PB Landmark XV Feeder Fund** | % | | $425,568.00 |
| 15.5. | **PB Strategic Partners Feeder VI, L.P.** | % | | $330,798.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | | |
|---|---|---|---|
| 16.1. | **Celadon Financial Group LLC Acct 1444 - Corporate bonds** | | $8,355,454.42 |
| 16.2. | **Royal Bank of Canada Acct 031 - Corporate High-yield fixed income bonds** | | $2,985,377.83 |
| 16.3. | **Wells Fargo Acct 2158 - US Treasury bonds** | | $157,157.19 |
| 16.4. | **Royal Bank of Canada Acct 031 - Corporate investment grade fixed income bonds** | | $10,473,680.73 |
| 16.5. | **Celadon Financial Group LLC Acct 1444 - Municipal bonds** | | $2,001,972.15 |
| 16.6. | **AD Astra Secured Corporate Convertible Bond** | | $1,600,000.00 |
| 16.7. | **Commercial Mortgage-Backed Security - 626 Wabash Ave** | | $5,000,000.00 |

17. **Total of Part 4.**
    Add lines 14 through 16.  Copy the total to line 83.

    $35,386,740.26

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **A&O Family LLC**                                    Case number *(if known)*  **24-15762-LMI**
          Name

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Unused Net Operating Losses in as-yet undetermined amounts based on tax returns to be filed by accountants retained in this bankruptcy case**    Tax year  **22, 23** | Unknown |
| **73.** | **Interests in insurance policies or annuities** | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Causes of action in A&O Family, LLC, et al. v. Schiller Ducanto & Fleck LLP, et al. (Circuit Court Cook County, Illinois, Chancery Division, Case No. 2023H09243)**<br>Nature of claim    **Complaint for Equitable and Legal Relief**<br>Amount requested | Unknown |
| | **Potential claims and counterclaims against Jeanette Ivankovich and Schiller DuCanto & Fleck LLP**<br>Nature of claim    **Equitable and legal relief based on improper injunction**<br>Amount requested | Unknown |

Debtor    **A&O Family LLC**                                    Case number *(If known)* **24-15762-LMI**
_____
Name

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**
     **Potential claims or counterclaims against Zhu Zhai
     Holdings Limited and Peter Pui Tak Lee**                                                    **Unknown**
     Nature of claim        **Improper freezes on accounts
                             and funds**
     Amount requested       _____

     **Unknown claims against third parties for negligence
     and intentional conduct arising from obligations
     concerning the invested funds**                                                             **Unknown**
     Nature of claim        _____
     Amount requested       _____

     **Potential claims against Celadon and Webush
     Securities**                                                                                **Unknown**
     Nature of claim        **Breach of FINRA obligations**
     Amount requested       _____

76.  **Trusts, equitable or future interests in property**
                                                                                        **Unappraised/
                                                                                     To be appraised by
     **See list attached.**                                                                 **accountant**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                          ┌─────────────────────┐
                                                                                    │  **Unknown/As-yet** │
     Add lines 71 through 77. Copy the total to line 90.                            │   **unappraised**   │
                                                                                    └─────────────────────┘

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor    **A&O Family LLC**                                    Case number *(if known)*  **24-15762-LMI**
        Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $214,574.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $35,386,740.26 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,601,314.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,601,314.63 |

Answers to Questions 76 on Schedule A/B and Question 25 on Statement of Financial Affairs

Debtor has equitable interests in the following real estate investments, and projects:

| ADDRESS OF PROJECT/DESCRIPTION | CORPORATE ENTITY / INDIVIDUAL OWNERS OF INVESTMENT | ADDRESS OF CORPORATE ENTITY / INDIVIDUAL | EIN OF CORPORATE ENTITY |
|---|---|---|---|
| THE WARWICK APARTMENTS, 2400 ARROWHEAD DRIVE, ABILENE, TX 79606 WINDTREE APARTMENTS 3631 BRENNAN BOULEVARD AMARILLO, TX 79121 COULTER LANDING APARTMENTS 7208 SW 34TH STREET AMARILLO, TX 79109 | PILGRIM WARWICK LLC PILGRIM WINDTREE LLC PILGRIM COULTER LLC | ONE EAST ERIE STREET, SUITE 525, CHICAGO, IL 60611 | WINDTREE 82-1111144 COULTER 82-1124948 WARWICK 82-1134065 |
| THE 450 APARTMENTS, 450 WOODMOR DRIVE, LOMBARD, IL 60173 | LOMBARD CAPITAL LLC | | 83-2115006 |
| PUNTA ALMA, DOMINICAN REPUBLIC, BAY OF LUPERON, LUPERON, DOMINICAN REPUBLIC | SCRANTON INVESTMENTS HOLDING CORP. II, LTD | SIX, 2ND FLOOR, CRICKET SQUARE, PO BOX 2681, GRAND CAYMAN KY1-1111, CAYMAN ISLANDS | N/A - FOREIGN COMPANY |
| 86600 OVERSEAS HIGHWAY, ISLAMORADA, FL 33036 | MAT REALTY VENTURES, LLC | 1000 BRICKELL AVENUE, SUITE 715, MIAMI, FL 33131 | 92-2409048 |
| 971 WEST LAWRENCE ST, CHICAGO, IL 60657 | 941 W LAWRENCE VENTURES LLC | 971 WEST LAWRENCE ST, CHICAGO, IL 60657 | |
| 1150 MICHIGAN AVENUE, WILMETTE, IL 60691 | CONTESSA PROPERTIES, LLC | 791 CRANDON BOULEVARD, KEY BISCAYNE, FL 33149 | 45-4784414 |
| 791 CRANDON BLVD, KEY BISCAYNE, FL 33149 | ANTHONY AND OLGA IVANKOVICH | 791 CRANDON BOULEVARD, KEY BISCAYNE, FL 33149 | |
| HOFFMAN ESTATES, IL | HOFFMAN ESTATES DEVELOPMENT VENTURE, INC. | 791 CRANDON BOULEVARD, KEY BISCAYNE, FL 33149 | 36-3756277 |
| 25 PORTGAGE RUN, GLENVIEW, IL 60025 | A&O FAMILY LL C (FLORIDA) | 791 CRANDON BOULEVARD, KEY BISCAYNE, FL 33149 | 36-4066789 |
| BIRCHWOOD APARTMENTS LAND, 18567 HARBOR COUNTRY DRIVE, NEW BUFFALO, MI | ATLAS BIRCHWOOD LLC | 791 CRANDON BOULEVARD, KEY BISCAYNE, FL 33149 | |
| COMMERCIAL MARITIME VESSEL | CONTESSA MARINE RESEARCH, L | 1000 BRICKELL AVENUE, SUITE 715, MIAMI, FL 33131 | 87-1348887 |
| COMMERCIAL MARITIME VESSELS | IMG MARINE LLC | 1000 BRICKELL AVENUE, SUITE 715, MIAMI, FL 33131 | 92-1363327 |
| COMMERCIAL MARITIME VESSEL | YACHT DADDY, LLC | FLOOR 4, WILLOW HOUSE CRICKET SQUARE GRAND CAYMAN KY1-9010 CAYMAN ISLANDS | N/A - FOREIGN COMPANY |
| 1102 BEELER PLACE, FRISCO, CO 80443 | SAUCER SLED LLC | 1118 BEELER PLACE, COPPER MOUNTAIN CO 80443 | |
| PALM JUMERIAH, DUBAI, UAE | STEVEN AND ANTHONY IVANKOVICH | 791 CRANDON BOULEVARD, KEY BISCAYNE, FL 33149 | N/A - FOREIGN COMPANY |

Answers to Questions 76 on Schedule A/B and Question 25 on Statement of Financial Affairs

Debtor has equitable interests in the following real estate investments, and projects:

| ADDRESS OF PROJECT/DESCRIPTION | CORPORATE ENTITY / INDIVIDUAL OWNERS OF INVESTMENT | ADDRESS OF CORPORATE ENTITY / INDIVIDUAL | EIN OF CORPORATE ENTITY |
|---|---|---|---|
| 235 WEST MENONOMEE STREET, CHICAGO, IL 60614, 234 WEST WILLOW STREET, CHICAGO, IL 60614 | ANTHONY IVANKOVICH | 791 CRANDON BOULEVARD, KEY BISCAYNE, FL 33149 | 36-4066789 |
| 401 NORTH WABASH, #55A, CHICAGO, IL 60611 | DOWNTOWN PROPERTY VENTURES, LLC | 1000 BRICKELL AVENUE, SUITE 715, MIAMI, FL 33131 | 92-1569875 |
| 1644 RIDGEWOOD, GLENVIEW, IL 60025 | CONTESSA REALTY, LLC | 791 CRANDON BOULEVARD, KEY BISCAYNE, FL 33149 | 46-3502792 |
| 200 WATERWAY RD 208, JUPITER FL 33458 | TURTLE WAY LLC | 290 SUNRISE DR, APT. 208, KEY BISCAYNE FL 33149 | 93-2670535 |
| 6007 N. SHERIDAN RD, UNIT 11D, CHICAGO IL 60660 | | | |

**Fill in this information to identify the case:**

Debtor name      **A&O Family LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **24-15762-LMI**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                              12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Celadon Financial Group LLC**<br>Creditor's Name<br>**10 North Park Place Suite 420 Morristown, NJ 07960**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 1444**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Celadon Account 1444 (market value as of June 10, 2024)**<br><br>Describe the lien<br><u>Margin account loan</u><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,436,380.83 | $12,595,844.63 |
| **2.2  Royal Bank of Canada**<br>Creditor's Name<br>**c/o RBC Capital Markets, LLC**<br>**Credit Operations 250 Nicollet Mall Suite 1400 Minneapolis, MN 55401**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**RBC Account 9031 (market value as of June 30, 2024)**<br><br>Describe the lien<br><u>Line of Credit</u><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $6,000,000.00 | $13,673,276.29 |

| Debtor | **A&O Family LLC** | Case number (if known) | **24-15762-LMI** |
|---|---|---|---|

Name

**9031**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$11,436,380.83**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Celedon Financial Group**<br>**Paul Waldman, Esquire**<br>**10 North Park Place, Suite 420**<br>**Stirling, NJ 07980** | Line  **2.1** | |

| Fill in this information to identify the case: |
| --- |

Debtor name **A&O Family LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **24-15762-LMI**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**Florida Department of Revenue Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Internal Revenue Service
Department of the Treasury
PO Box 7346
Philadelphia, PA 19101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **A&O Family LLC**
_____
Name

Case number (if known)    **24-15762-LMI**
_____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,303.92 |
|---|---|---|---|

**Chuchak & Tescon PC**
**620 South Riverside Plaza, Suite 1700**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Legal fees open account</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651,446.38 |
|---|---|---|---|

**Jeanette Ivankovich**
**c/o Schiller DuCanto & Fleck LP**
**Tanya J Stanish, Esq**
**321 North Clark Street**
**Chicago, IL 60654**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Disputed claims based on injunction on appeal</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeffrey Hefman, Esquire**
**Schoenberg Finkel Law Firm**
**300 S Walker Dr, Suite 1500**
**IL 60860-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Notice only.</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**P-5 GRA LLC**
**Keith McKenna, Esquire**
**11 Broadway, Suite 615**
**New York, NY 10004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Notice only.</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pami Grand Too LLC**
**c/o Douglas Johnson, Esquire**
**203 N La Salle Street, Suite 2100**
**Chicago, IL 60601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Disputed claims to enjoin assets based on judgment</u>
<u>against Steven Ivankovich</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,000.00 |
|---|---|---|---|

**Schiller DuCanto & Fleck LP**
**Attn: Tanya J Stanish Esq**
**321 North Clark Street**
**IL 60665-4000**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Disputed claims based on injunction on appeal</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Township Capital LLC**
**c/o David Safvati, Esquire**
**Sklar Kirsh LLP**
**1880 Century Park East, Suite 300**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  <u>Notice only.</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **A&O Family LLC**                                    Case number (if known)  **24-15762-LMI**
_____
Name

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Township GP Fund II LP**
**c/o David Safvati, Esquire**
**Sklar Kirsh LLP**
**1880 Century Park East, Suite 300**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Township Orlando LLC**
**c/o David Safvati, Esquire**
**Sklar Kirsh LLP**
**1880 Century Park East, Suite 300**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 1,147,750.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,147,750.30 |

Fill in this information to identify the case:

Debtor name **A&O Family LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-15762-LMI**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract    _____    _____

2.2   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract    _____    _____

2.3   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract    _____    _____

2.4   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract    _____    _____

| Fill in this information to identify the case: |
| :--- |
| Debtor name   **A&O Family LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known)   **24-15762-LMI** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                              *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
| :--- | :--- | :--- | :--- | :--- |
| 2.1 | **A&O Family LLC (Illinois entity)** | **1000 Brickell Ave Suite 715 Miami, FL 33131** | **Chuchak & Tescon PC** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | **Ivankovich Family LLC** | **1000 Brickell Ave Suite 715 Miami, FL 33131** | **Chuchak & Tescon PC** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.3 | **P2 Portfolio Managing Member LLC** | **1000 Brickell Ave Suite 715 Miami, FL 33131** | **Chuchak & Tescon PC** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **A&O Family LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-15762-LMI**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2024 to Filing Date | ☑ Operating a business<br>☑ Other  Investments | **$-565,484.67** |
| **For prior year:**<br>From  1/01/2023 to 12/31/2023 | ☑ Operating a business<br>☑ Other  Investments | **$-1,465,808.26** |
| **For year before that:**<br>From  1/01/2022 to 12/31/2022 | ☑ Operating a business<br>☑ Other  Investments | **$1,977,096.39** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor __A&O Family LLC__                                      Case number *(if known)* __24-15762-LMI__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See list attached** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See list attached** | | | |

---

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | In re Marriage of Jeanette Ivankovich (Petitioner) and Steven Ivankovich<br>2021D9220 | Divorce action involving injunctive relief against Debtor's assets | Cook County Circuit Court Domestic Relations Division<br>50 Washington Street<br>Chicago, IL 60602 | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.2. | P2 Portfolio Managing Member LLC et al. v. Schiller Ducanto & Fleck LLP et al.<br>2023CH09243 | Injunction | Cir. Ct. Cook County, IL<br>50 W. Washington, Suite 1001<br>Chicago, IL 60602 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **A&O Family LLC**                                                      Case number *(if known)*  **24-15762-LMI**

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Ivankovich Family LLC, P2 Portfolio Managing Member LLC and A&O Family LLC 1-24-1118 | Appeal of injunction | Appellate Court of Illinois First Dist. 160 North LaSalle St. Chicago, IL 60602 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Pami Grand Too LLC v. Steven Ivankovich 2009L050947 | Collection case against Steven Ivankovich | Cir. Ct. Cook County, IL 50 W. Washington, Suite 1001 Chicago, IL 60602 | ☑ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | | | | |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor __A&O Family LLC__        Case number *(if known)* __24-15762-LMI__

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Akerman LLP<br>201 E. Las Olas Blvd.<br>Suite 1800<br>Fort Lauderdale, FL 33301 | | 6/18/2024 | $200,000.00 |
| | Email or website address<br>eyal.berger@akerman.com | | | |
| | Who made the payment, if not debtor?<br>Anthony Ivankovich | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Global Notes | | | $0.00 |
| | Relationship to debtor | | | |

---

| Part 7: | **Previous Locations** |
|---|---|

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 791 Crandon Boulevard<br>PH 6<br>Key Biscayne, FL 33149 | 2014-2022 |
| 14.2. | 1000 Brickell Ave<br>Suite 715<br>Miami, FL 33131 | 2022-2024 |

---

| Part 8: | **Health Care Bankruptcies** |
|---|---|

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **A&O Family LLC**                                        Case number *(if known)* **24-15762-LMI**

☑  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Stifel Bank**<br>**501 North Broadway**<br>**Saint Louis, MO 63102** | **XXXX-5611** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☑ Brokerage<br>☐ Other___ | **Closed June 2023. Assets transferred to Celadon Acct 1444 in April 2023.** | **$15,695,303.30** |
| 18.2. | **Busey Bank**<br>**100 W University Ave**<br>**Champaign, IL 61820** | **XXXX-0049** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Business CD** | **April 3, 2024** | **$78,438.71** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **A&O Family LLC** | Case number *(if known)* | **24-15762-LMI** |

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

Debtor  __A&O Family LLC_____    Case number *(if known)*  __24-15762-LMI__

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.  **See Global Notes and list attached to Question 76 of Schedule A/B**

**Dates business existed**

**EIN:**

**From-To**

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Mandell Hahm Advisory Group, Ltd.** **1033 Skokie Boulevard** **Suite 330** **Northbrook, IL 60062** | **2022-2024** |
| 26a.2.  **Rodney Balais** **11753 NW 47th Dr** **Coral Springs, FL 33076** | **2022-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Mandell Hahm Advisory Group Ltd.** **1033 Skokie Boulevard** **Suite 330** **Northbrook, IL 60062** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Mandell Hahm Advisory Group, Ltd.** **1033 Skokie Boulevard** **Suite 330** **Northbrook, IL 60062** | |
| 26c.2.  **Rodney Balais** **11753 NW 47th Dr** **Coral Springs, FL 33076** | |
| 26c.3.  **Steven Ivankovich** **791 Crandon Blvd** **PH 6** **Key Biscayne, FL 33149** | |
| 26c.4.  **Dr. Anthony Ivankovich** **791 Crandon Blvd** **PH 6** **Key Biscayne, FL 33149** | |
| 26c.5.  **Nancy Webber** **1407 W. Cossitt Ave** **La Grange, IL 60525** | |

Debtor    **A&O Family LLC** _____    Case number (if known)  **24-15762-LMI**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Anthony D. Ivankovich | 791 Crandon Blvd., PH 6 Key Biscayne, FL 33149 | Manager | 0.5% individually |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Olga D. Ivankovich | 791 Crandon Blvd., PH 6 Key Biscayne, FL 33149 | Manager | 0.5% individually |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Anthony D. Ivankovich Estate Trust | 791 Crandon Blvd PH 6 Key Biscayne, FL 33149 | | 49.125% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Olga D.Ivankovich Estate Trust | 791 Crandon Blvd. PH 6 Key Biscayne, FL 33149 | | 49.125% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Nancy Webber | 1407 W. Cossitt Ave La Grange, IL 60525 | COO | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Debtor  **A&O Family LLC**                                                              Case number *(if known)*  **24-15762-LMI**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See list attached** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                                      **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                                            **Employer Identification number of the pension fund**

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____7/19/2024_____

_____          **Nancy Webber** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Authorized Person** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Question 3 - Transfers to Creditors Within 90 Days Prior to Petition Date
A&O Family, LLC (Florida entity)

| Date | Transfer from | Transfer to | Amount | Purpose |
|---|---|---|---|---|
| | | | | |

| | | RBC 9031 | | |
|---|---|---|---|---|
| 4/9/2024 | RBC 9031 | Line of Credit Payment A&O Florida | $31,909.27 | Interest Payment |
| 4/9/2024 | RBC 9031 | Gary Goldstein | $50,000.00 | Legal counsel |
| 4/11/2024 | RBC 9031 | Gould Ratner LLP | $20,000.00 | Legal counsel |
| 4/11/2024 | RBC 9031 | Nancy Webber | $14,583.00 | Family office staff compensation |
| 4/11/2024 | RBC 9031 | Chuhak Tescon PC | $52,633.59 | Legal counsel |
| 4/17/2024 | RBC 9031 | Gary Goldstein | $25,000.00 | Legal counsel |
| 5/7/2024 | RBC 9031 | Turtle Way LLC | $16,500 | Invoice for payment of financial advisor |
| 5/15/2024 | RBC 9031 | Line of Credit Payment A&O Florida | $30,840.12 | Interest Payment |
| 5/28/2024 | RBC 9031 | Nancy Webber | $14,583.00 | Family office staff compensation |
| | | Total: | $256,048.98 | |

**Questions 4, 30 - Transfers to or for benefit of Insiders - 1 Year Prepetition Period**
**A&O Family LLC (Florida entity)**

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | Reasons for Transfer |
|---|---|---|---|---|---|---|---|
| **Wells 2158** | | | | | | | |
| 11/17/23 | Wells 2158 | Wells Checking 8412 in the name of Anthony and Olga Ivankovich | Anthony and Olga | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Entity Owners/Managers | $ 5,000.00 | Tony and Olga Debit Card |
| 5/28/2024 | Wells Fargo 2158 | Anthony Ivankovich | Anthony and Olga | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Owners/Managers of Entity | $ 10,000.00 | Transferring to Olga and Tony's debit card |
| | | | | | | | |
| **RBC 475** | | | | | | | |
| 08/14/23 | RBC 475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony and Olga | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Entity Owners/Managers | $ 11,226.12 | FL Mortgage |
| 08/14/23 | RBC 475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Same Ownership | $ 11,226.12 | IL Mortgage |
| 09/13/23 | RBC 475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony and Olga | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Entity Owners/Managers | $ 11,226.12 | FL Mortgage |
| 09/13/23 | RBC 475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Same Ownership | $ 11,226.12 | IL Mortgage |
| 10/16/23 | RBC 475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony and Olga | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Entity Owners/Managers | $ 11,226.12 | FL Mortgage |
| 10/16/23 | RBC 475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Same Ownership | $ 11,226.12 | IL Mortgage |
| 11/14/23 | RBC 475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony and Olga | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Entity Owners/Managers | $ 11,226.12 | FL Mortgage |
| 11/14/23 | RBC 475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Same Ownership | $ 11,226.12 | IL Mortgage |

**Questions 4, 30 - Transfers to or for benefit of Insiders -  1 Year Prepetition Period**
**A&O Family LLC (Florida entity)**

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | Reasons for Transfer |
|---|---|---|---|---|---|---|---|
| 11/30/23 | RBC 475 | Harland Clark | A&O Family (FL) | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Same Entity | $ 65.00 | RBC Business Checks |
| 12/13/23 | RBC 475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony and Olga | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Entity Owners/Managers | $ 11,226.12 | FL Mortgage |
| 12/13/23 | RBC 475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Same Ownership | $ 11,226.12 | IL Mortgage |
| 01/12/24 | RBC 475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony and Olga | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Entity Owners/Managers | $ 11,226.12 | FL Mortgage |
| 01/12/24 | RBC 475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Same Ownership | $ 11,226.12 | IL Mortgage |
| 01/17/24 | RBC 475 | IRS | Anthony and Olga and A&O | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Entity Owners/Managers | $ 200,000.00 | Quarterly Est Tax Payment |
| 02/13/24 | RBC 475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony and Olga | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Entity Owners/Managers | $ 11,226.12 | FL Mortgage |
| 02/13/24 | RBC 475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Same Ownership | $ 11,226.12 | IL Mortgage |
| 3/19/2024 | RBC 1475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony & Olga | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Owners/Managers of Entity | $ 11,226.12 | FL Mortgage |
| 3/19/2024 | RBC 1475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Ownership | $ 11,226.12 | IL Mortgage |
| 4/16/2024 | RBC 1475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony & Olga | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Owners/Managers of Entity | $ 11,226.12 | FL Mortgage |

**Questions 4, 30 - Transfers to or for benefit of Insiders - 1 Year Prepetition Period**
**A&O Family LLC (Florida entity)**

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | | Reasons for Transfer |
|---|---|---|---|---|---|---|---|---|
| 4/16/2024 | RBC 1475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Ownership | $ | 11,226.12 | IL Mortgage |
| 4/16/2024 | RBC 1475 | IRS | Anthony Olga / A&O | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Owners/Managers of Entity | $ | 200,000.00 | Taxes |
| 5/20/2024 | RBC 1475 | Stifel Mortgage Loan 7402 in the name of Anthony and Olga Ivankovich | Anthony & Olga | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Owners/Managers of the Entity | $ | 11,226.12 | FL Mortgage |
| 5/20/2024 | RBC 1475 | Stifel Mortgage Loan 7394 in the name of Contessa Properties | Contessa Properties | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Ownership | $ | 11,226.12 | IL Mortgage |
| | | | | | | | | |
| | | | RBC 031 | | | | | |
| 4/3/2024 | RBC 9031 | Land Title Guarantee Co | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 859,040.77 | Saucer Sled Investment |
| 4/9/2024 | RBC 9031 | Berkshire Hathaway Homeservice | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 100,000.00 | Deposit, real estate acquisition, Key Biscayne, Florida |
| 4/9/2024 | RBC 9031 | Acct ending in 9768 in the name of Anthony Ivankovich | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 33,464.02 | RBC Anthony Ivankovich |
| 4/9/2024 | RBC 9031 | Acct ending in 9778 in the name of Anthony and Olga Ivankovich | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 240.41 | RBC Anthony & Olga Ivankovich |
| 4/9/2024 | RBC 9031 | Acct ending in 9793 of Olga Ivankovich | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 1,854.65 | RBC Olga |
| | | | | | | | | Ivankovich |
| 4/11/2024 | RBC 9031 | First Insurance Funding | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 69,436.88 | Capital Call P5 Portfolio |

Questions 4, 30 - Transfers to or for benefit of Insiders - 1 Year Prepetition Period
A&O Family LLC (Florida entity)

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | Reasons for Transfer |
|---|---|---|---|---|---|---|---|
| 4/11/2024 | RBC 9031 | Ocean Force Marine, LLC | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 50,000.00 | Capital Call, operating business |
| 4/11/2024 | RBC 9031 | The Residences at 401 North | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 16,323.00 | Capital Call investment property |
| 4/11/2024 | RBC 9031 | Chicago Musculoskeletal | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 35,000.00 | Capital Call, operating business |
| 4/11/2024 | RBC 9031 | Corporate Card A&O Family | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 70,000.00 | Expense payment, corporate credit card. Anthony and Olga Ivankovich |
| 4/11/2024 | RBC 9031 | IGY Trident Services LLC | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 100,000.00 | Capital Call, IMG Marine |
| 4/11/2024 | RBC 9031 | Luiz De Basto Designs Inc. | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 25,000.00 | Capital Call, IMG Marine |
| 4/11/2024 | RBC 9031 | RSBC Real Estate Company | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 32,094.05 | Capital Call Yacht Daddy LLC |
| 4/12/2024 | RBC 9031 | HafBorg Inc | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 15,622.00 | Capital Call, Contessa Marine |
| 4/12/2024 | RBC 9031 | Intesa Sanpaolo SPA | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 144,766.42 | Capital Call, North American Property |
| 4/12/2024 | RBC 9031 | KJI Marine Manufactuing | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 55,583.55 | Capital Call KJI Marine |
| 4/12/2024 | RBC 9031 | Lionfish LLC | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ 22,500.00 | Capital Call, IMG Marine |

Questions 4, 30 - Transfers to or for benefit of Insiders - 1 Year Prepetition Period
A&O Family LLC (Florida entity)

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | | Reasons for Transfer |
|------|---------------|-------------------------|-----------------------------------------------------------|---------|------------------------|--------|---|----------------------|
| 4/16/2024 | RBC 9031 | IRS Witholding | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 160,000.00 | A&O RBC account for taxes |
| 4/17/2024 | RBC 9031 | Charles Trapp | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 5,000.00 | Capital Call, IMG Marine |
| 4/17/2024 | RBC 9031 | Corporate Card A&O Family | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 20,000.00 | Corporate Card, Anthony and Olga Ivankovich |
| 4/23/2024 | RBC 9031 | RSBC Real Estate Company | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 43,758.67 | Capital Call Yacht Daddy LLC |
| 4/23/2024 | RBC 9031 | Contessa Marine Research LLC | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 163,850.06 | Captial call Contessa Marine Payroll |
| 4/24/2024 | RBC 9031 | RSBC Real Estate Company | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 43,758.67 | Capital Call Yacht Daddy LLC |
| 4/24/2024 | RBC 9031 | Contessa Marine Research LLC | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 163,850.06 | Captial call Contessa Marine Payroll |
| 4/24/2024 | RBC 9031 | Corporate Card A&O Family | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 34,609.96 | Corporate Card, Anthony and Olga Ivankovich |
| 4/26/2024 | RBC 9031 | Ciovo Project, Split Croatia | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 12,000.00 | Deposit for investment, Ciovo Project |
| 4/26/2024 | RBC 9031 | Steven Ivankovich | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 1,228.64 | Reimbursment of expenses for A&O |
| 5/3/2024 | RBC 9031 | Corporate Card A&O Family | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 4,576.41 | Corporate Card, Anthony Ivankovich |

Questions 4, 30 - Transfers to or for benefit of Insiders - 1 Year Prepetition Period
A&O Family LLC (Florida entity)

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | | Reasons for Transfer |
|---|---|---|---|---|---|---|---|---|
| 5/3/2024 | RBC 9031 | Corporate Card A&O Family | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 10,000.00 | Corporate Card, Anthony and Olga Ivankovich |
| 5/8/2024 | RBC 9031 | Corporate Card A&O Family | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 10,000.00 | Corporate Card, Anthony and Olga Ivankovich |
| 5/9/2024 | RBC 9031 | Contessa Marine | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 29,982.76 | Capital Call Contessa Marine |
| 5/13/2024 | RBC 9031 | Corporate Card A&O Family | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 10,000.00 | Corporate Card, Anthony and Olga Ivankovich |
| 5/24/2024 | RBC 9031 | Corporate Card A&O Family | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 2,220.09 | Corporate card, Anthony Ivankovich |
| 5/28/2024 | RBC 9031 | Charles Trapp | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 5,000.00 | Capital Call, IMG Marine |
| 5/28/2024 | RBC 9031 | Corporate Card A&O Family | A&O FL | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Entity | $ | 2,018.03 | Corporate card, Anthony Ivankovich |
| | | | Busey 605 | | | | | |
| 6/6/2024 | Busey 605 | Contessa Realty | Contessa Realty | 791 Crandon Blvd, PH 6, Key Biscyne, FL, 33149 | Same Ownership | $ | 25,000 | Checking account that is used for Anthony and Olga's bills |
| | | | Busey 0774 | | | | | |
| 10/27/23 | Busey 0774 | Busey 6900in the name of Contessa Realty | Contessa Realty | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Owner is Entity Owner | $ | 100,000.00 | Funding Checking account |

**Questions 4, 30 - Transfers to or for benefit of Insiders - 1 Year Prepetition Period**
**A&O Family LLC (Florida entity)**

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | | Reasons for Transfer |
|---|---|---|---|---|---|---|---|---|
| 11/27/23 | Busey 0774 | Busey Contessa Realty Checking 6900 | Contessa Realty | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Owner is Entity Owner | $ | 300,000.00 | Funding Checking account |
| 02/28/24 | Busey 0774 | Busey Contessa Realty Checking 6900 | Contessa Realty | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Owner is Entity Owner | $ | 150,000.00 | Funding Checking account |
| 02/29/24 | Busey 0774 | Busey Hoffman Estates Bus Venture 3991 | A&O Family FL | 791 Crandon Blvd, PH 6, Key Biscayne, FL 33149 | Same Entity | $ | 7,500.00 | HEBV Property Taxes |
| | | in the name of Hoffman | | | | | | |
| | | | | | | | | |
| Celadon 1444 | | | | | | | | |
| 3/15/2024 | Celadon 1444 | A&O Family, LLC (Illinois) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ | 150,000.00 | See Global Notes for all transfers from Celadon 1444 |
| 3/5/2024 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ | 100,000.00 | |
| 2/26/2024 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ | 250,000.00 | |
| 2/12/2024 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ | 150,000.00 | |
| 2/2/2024 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ | 150,000.00 | |
| 1/29/2024 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ | 250,000.00 | |

**Questions 4, 30 - Transfers to or for benefit of Insiders -  1 Year Prepetition Period**
**A&O Family LLC (Florida entity)**

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | Reasons for Transfer |
|---|---|---|---|---|---|---|---|
| 1/23/2024 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $    300,000.00 | |
| 1/16/2024 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $    250,000.00 | |
| 12/22/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $    250,000.00 | |
| 12/18/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $    750,000.00 | |
| 12/12/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $    500,000.00 | |
| 12/7/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $    400,000.00 | |
| 11/28/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $    500,000.00 | |
| 11/20/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $    250,000.00 | |

**Questions 4, 30 - Transfers to or for benefit of Insiders - 1 Year Prepetition Period**
**A&O Family LLC (Florida entity)**

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | Reasons for Transfer |
|---|---|---|---|---|---|---|---|
| 11/13/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 1,000,000.00 | |
| 11/1/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 2,000,000.00 | |
| 10/19/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 2,300,000.00 | |
| 10/6/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 400,000.00 | |
| 10/2/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 6,000,000.00 | |
| 8/23/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 975,000.00 | |
| 8/3/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 2,200,000.00 | |
| 7/31/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 300,000.00 | |

Questions 4, 30 - Transfers to or for benefit of Insiders - 1 Year Prepetition Period
A&O Family LLC (Florida entity)

| Date | Transfer From | Transfer To / Recipient | Insider Transferee or for Whom Transfer Was for Benefit of | Address | Relationship To Debtor | Amount | Reasons for Transfer |
|---|---|---|---|---|---|---|---|
| 7/26/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 990,000.00 | |
| 7/21/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 600,000.00 | |
| 7/11/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 500,000.00 | |
| 7/3/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 750,000.00 | |
| 6/28/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 500,000.00 | |
| 6/20/2023 | Celadon 1444 | Chase Bank Acct XXXXX7298 in name of A&O Family LLC (an Illinois entity) | A&O Family LLC (an Illinois entity) | 1000 Brickell Ave, Suite 715, Miami FL 33131 | Affiliate | $ 3,000,000.00 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

Chapter 11

In re:

Case No. 24-15755-LMI
(Jointly Administered)

IVANKOVICH FAMILY LLC
A&O FAMILY LLC,                             24-15762- LMI
A & O FAMILY LLC,                           24-15767- LMI
ATLAS P2 MANAGING MEMBER, LLC,              24-15770- LMI

Debtors.
_____/

**A&O FAMILY LLC (FLORIDA ENTITY)**
**GLOBAL NOTES**

The schedules and Statement of Financial Affairs of the Debtor, A&O Family LLC, a Florida entity ("Debtor") have been prepared based on the information available at the time of filing, including that supplied by Debtor's managers, Debtor's prepetition general counsel and Debtor's prepetition financial advisor. Debtor will file any applicable supplement at a future date with updated and additional information that subsequently becomes available. Debtor has obtained court approval to retain an accountant to prepare financial statements and tax returns, and assist with other compliance and financial disclosure requirements in this bankruptcy, and will be filing an application to retain a financial advisor that will perform an audit of the books and records of the Debtor. Upon completion of the accounting and financial analysis work by the retained professionals, Debtor will amend the schedules and Statement of Financial Affairs as necessary.

**SPECIFIC NOTES**

A.      **Schedule A/B**

        **Question 76.** The equitable interests listed in Question 76 of Schedule A/B are scheduled based on the Debtor's investment of funds in the listed entity or project. The Debtor's interests

have not been appraised or valued as of the Petition Date. Upon any future valuation performed by the retained financial advisor, the schedules will be amended to more specifically reflect the nature, extent and value of the Debtor's interest in the respective entities and projects.

**B.        Statement of Financial Affairs**

**Question 1 and 2**. Due to the nature of the Debtor's business as an investment company, the gross revenues provided reflect the realized gains, realized losses, interest, dividends, and other income received by the Debtor on the investments, including equities and bonds, in the Debtor's financial brokerage accounts, but do not include deduction for payment of interest on purchased bonds, margin interest, dividends on short positions, or prime broker fees, among other expenses. The gross revenues do not include return of capital, and do not include all revenues received from the operations of Debtor's investments in the companies listed on Question 76 of the schedules due to the ongoing accounting work currently being performed by Debtor's professionals. Upon completion of the accounting, any necessary revisions to the gross revenues will be made accordingly.

**Questions 4, 13, and 30**. The transfer list attached to the Statement of Financial Affairs provides a list of all transfers to all accounts, other than Debtor's own accounts, within one year that benefited an insider, or were transferred to an insider's account, even where such transfer also benefited the Debtor or was ultimately used for Debtor's expenses. In the interest of transparency, the one-year transfer list to insiders is overinclusive, and upon completion of the accounting work by Debtor's professionals will be supplemented as necessary. The transfers listed from the Celadon Account 1444 to the Chase Account 7298 were made primarily for investment purposes and a supplemental accounting will be reflected in an amended Statement of Financial Affairs for the Debtor and for Debtor A & O Family, LLC (Illinois entity) to the extent necessary. Complete

2

disclosure of the details on the use of the transferred funds by the affiliate will be supplied as required in periodic reports which shall be prepared by Debtor's accounting professionals.

The transfers within two years prepetition were all made primarily for investment purposes in the ordinary course of the Debtor's business, and therefore are not listed in response to Question 13. The Debtors have retained accounting professionals to review all of the Debtor's financials including all transfers within the two-year period prepetition and will supplement their response to Question 13 in reliance on advice given by Debtor's professionals.

**Question 25**. In the interest of being overinclusive, Debtor has listed all entities that the Debtor may control, either directly, through an interest in the entity or a project the entity is developing, or indirectly through a non-debtor affiliate or insider. Periodic reports for such entities will be filed as required. When Debtor's accounting professionals complete their review of all of the Debtor's investments, the schedules and statement of financial affairs may be supplemented as necessary.

3