

**ORDERED in the Southern District of Florida on July 19, 2024.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-15755-LMI |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC, | 24-15762- LMI |
| A&O FAMILY LLC (Illinois), | 24-15767- LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15770- LMI |
| Debtors.<br>_____/ |  |

**ORDER APPROVING DEBTORS' APPLICATION TO EMPLOY EYAL BERGER, ESQ., AMANDA KLOPP, ESQ., AND THE LAW FIRM OF AKERMAN, LLP AS GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR-IN-POSSESSION EFFECTIVE JUNE 17, 2024**

**THIS CAUSE** came before the Court for hearing on July 12, 2024 at 11:00 a.m. (the "Hearing") upon the above styled Debtors' *Application for Approval of Employment of Eyal Berger, Esq., Amanda Klopp, Esq., and the law firm of Akerman LLP Effective June 17, 2024* (ECF No. 23) (the "**Application**").  Upon the representations in the Berger Declaration that Eyal Berger, Esq. and Amanda Klopp, Esq. are duly admitted to practice in this court, Eyal Berger, Esq.,

Amanda Klopp, Esq., and Akerman LLP (hereafter, the "**Firm**") hold no undisclosed interest adverse to the estate in the matters upon which they are engaged, that Eyal Berger, Amanda Klopp and the Firm are disinterested persons as required under 11 U.S.C. § 327, and have disclosed any connections with parties set forth in FRBP 2014, and that their employment is necessary and would be in the best interest of the estates, it is

**ORDERED** that the Debtors are authorized to retain Eyal Berger, Amanda Klopp and Akerman LLP as general bankruptcy counsel on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330, effective June 17, 2024 upon the engagement terms detailed in the Akerman Engagement Letter.[1]

# # #

**Submitted by:**

Eyal Berger, Esq.
**AKERMAN LLP**
*Proposed Counsel for Debtors*
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel:  954-463-2700
Fax: 954-463-2224
Email:  eyal.berger@akerman.com

Eyal Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

---

[1] All capitalized terms shall have the same meaning as defined in the Application unless otherwise defined herein.