UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| IVANKOVICH FAMILY, LLC<br>A&O FAMILY LLC,<br>A&O FAMILY LLC (Illinois)<br>ATLAS P2 MANAGING MEMBER, LLC | Jointly Administered<br><br>Case Nos.　24-15755 -LMI<br>　　　　　　　24-15762-LMI<br>　　　　　　　24-15767-LMI<br>　　　　　　　24-15770-LMI |
| _____Debtors._____ / | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Luis Salazar, Esq., and the law firm of Salazar Law, LLP, and Michael D. Sirota, Esq., and David Bass, Esq. and the law firm of Cole Schotz P.C. enter their appearance as counsel for Township Orlando, LLC, Township Capital, LLC, and Township GP Fund II, LP (collectively, "**Township**"), pursuant to Federal Rule of Bankruptcy Procedure 9010, and request that all notices in this bankruptcy proceeding and any related adversary proceeding or matter be mailed to undersigned counsel unless otherwise directed by the Court, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications, schedules, and answer or reply papers filed in this adversary proceeding and any related matter by providing a copy of each, unless otherwise directed by the Court, to the following:

**SALAZAR LAW**
Attn: Luis Salazar, Esq.
2121 SW 3rd Avenue, Suite 200
Miami, Florida 33129
Telephone: (305) 374-4848
Facsimile: (305) 397-1021
Primary Email: Luis@Salazar.Law
Secondary Email: Lee-Sin@Salazar.law

COLE SCHOTZ P.C.
Attn: Michael D. Sirota, Esq.
Attn: David Bass, Esq.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Fax: (201) 678-6253
Primary Email: msirota@coleschotz.com
Primary Email: dbass@coleschotz.com
Secondary Email: FPisano@coleschotz.com
[*Pending Pro Hac Vice Admission*]

**PLEASE TAKE FURTHER NOTICE** that Township does not intend this *Notice of Appearance and Request for Notice and Service of Papers*, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which they may be entitled including, but not limited to: (i) Township's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) Township's right to trial by jury in any proceeding related to this case; (iii) Township's right to move to withdraw the reference, or object thereto, in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which Township may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Township expressly reserve.

Dated: July 22, 2024

Respectfully submitted,

SALAZAR LAW
2121 SW 3rd Avenue, Suite 200
Miami, Florida 33129
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Primary Email:  Luis@Salazar.Law
Secondary Email: Lee-Sin@Salazar.Law
Secondary Email: eService@Salazar.Law

By:  */s/ Luis Salazar*
       Luis Salazar
       Florida Bar No. 147788

- and

Michael D. Sirota, Esq.
David Bass, Esq.
COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Fax: (201) 678-6253
Primary Email: msirota@coleschotz.com
Primary Email: dbass@coleschotz.com
Secondary Email: FPisano@coleschotz.com
[*Pending Pro Hac Vice Admission*]

*Counsel for Township Orlando, LLC, Township Capital, LLC, and Township GP Fund II, LP*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF.

            By:  */s/ Luis Salazar*
               Luis Salazar

## SERVICE LIST

**Electronic Notice List:**

- **Eyal Berger**  eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Dan L Gold**  Dan.L.Gold@usdoj.gov
- **Gary A Goldstein**  gagpa@aol.com, michael@rglawfirm.us
- **Amanda Klopp**  amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Ari Newman**  newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Patricia A Redmond**  predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com