UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Case |
| Ivankovich Family LLC, | Jointly Administered |
| A&O Family LLC, | |
| A&O Family LLC (Illinois) | Case Nos. 24-15755-LMI |
| Atlas P2 Managing Member, LLC | 24-15762-RAM |
| | 24-15767-RAM |
| Debtors. | 24-15770-RAM |

Verified Statement of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
<u>Pursuant To Bankruptcy Rule 2019</u>

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. **("SWMWAS")** respectfully submits this verified statement **("Verified Statement"),** providing notice that it is representing more than one creditor **("Creditors")** in the above-captioned chapter 11 cases (the **"Chapter 11 Cases"),** and states as follows:

As of the date hereof, undersigned counsel represents (as that term is defined in Bankruptcy Rule 2019(a)(2)) those Creditors identified on Exhibit A hereto **("Creditors")** in their capacity as Domestic Support Obligation Creditors of the specific Debtors identified on the attached Exhibit A.

1. Counsel does not represent or purport to represent any other entities in connection with the Chapter 11 Cases and does not undertake to represent the interests of, and are not a fiduciary for, any creditor, party in interest, or other entity that has not signed retention agreements with Counsel.

---

[1] Ivankovich Family LLC, A&O Family LLC, A&O Family LLC (Illinois), Atlas P2 Managing Member, LLC

2. Upon information and belief formed after due inquiry, Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. nor its attorneys hold any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

3. The names and addresses of each of the Creditors, together with the nature and amount of the disclosable economic interests held by each Creditor in relation to the Debtors, are set forth in Exhibit A attached hereto, and such disclosure is based on information provided to Counsel by each Creditor, and is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

4. The undersigned verifies that the foregoing is true and correct to the best of its knowledge.

5. Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of any of the Creditors to have any final order entered by, or other exercise of the judicial power of the United States performed by an Article III court; (ii) a waiver or release of the rights of any of the Creditors to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights of any of the Creditors may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving any of the Creditors; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which any of the Creditors are or may be entitled, in law or in equity, applicable law or under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved in all respects.

6. Undersigned counsel reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

## CERTIFICATE OF SERVICE

I certify that on August 2, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Florida.

*/s/ Patricia A. Redmond*
*Patricia A. Redmond, Esq.*
Florida Bar No. 303734
predmond@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395

*Attorney for Jeanette Ivankovich and Schiller DuCanto & Fleck*

## EXHIBIT A

CREDITORS REPRESENTED BY STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Creditor | Contact Information Through Counsel | Nature and Amount of Disclosable Economic Interests[1] |
|---|---|---|
| Jeanette Ivankovich | 234 W. Willow<br>Chicago, IL  60614<br>Telephone: (305) 495-5597<br>Jivankovich19@gmail.com | Domestic Support Obligation and<br><br>other indebtedness |
| Schiller DuCanto & Fleck | Tanya J. Stanish, Esq.<br>Schiller DuCanto & Fleck<br>321 N. Clark Street, Suite 1200<br>Chicago, Illinois  60654<br>Telephone: (312) 609-5526<br>Fax: (312) 641-6361<br>TStanish@sdflaw.com | Domestic Support Obligation and<br><br>other indebtedness |

---

[1] To the best of undersigned's knowledge, the information included herein is accurate as of the date of this filing.