**Celadon Financial Group LLC**
10 North Park Place
Suite 420
Morristown, NJ 07960
(973) 701-8033

Account Summary for
07-01-24 thru 07-31-24

Page 1 of 7

| | |
|---|---|
| **Your Investment Executive** | Account Number:   XXXX-1441 |
| RALPH LAMBERTI | |
| 19 CENTER STREET | IE Code:  NDR4 |
| CHATHAM, NJ 07928 | |
| | |
| 973-701-8033 | |

A & O FAMILY LLC
WEBDUSH SECURITIES PRIME BRKR
ATTN: ANTHONY IVANKOVICH
1000 BRICKELL STE 7155243
MIAMI, FL 33131

0005072-0103741 PDFT  001 ------  676133

SUPP  NN

**YOUR SECURITIES DEALER HAS ENGAGED WEDBUSH SECURITIES (THE FIRM) AS ITS CLEARING AGENT PURSUANT TO A CORRESPONDENT BROKER AGREEMENT.** ACCORDINGLY, THE FIRM WILL PROVIDE CASHIERING SERVICES, MONITOR COMPLIANCE OF CREDIT ACCORDING TO APPLICABLE RULES, REGULATIONS AND POLICIES; PREPARE AND MAIL TRADE NOTIFICATIONS AND PERIODIC ACCOUNT STATEMENTS; AND PROVIDE FOR THE DISSEMINATION OF PROXY, TENDER OFFER AND OTHER SIMILAR SHAREHOLDERS' MATERIALS. THE FIRM MAY PROVIDE, UPON SPECIFIC INSTRUCTIONS FROM YOUR SECURITIES DEALER , ORDER EXECUTION AND/OR CERTIFICATE CLEARANCE. HOWEVER, THE FIRM WILL NOT BE INVOLVED WITH OR HAVE RESPONSIBILITY FOR DECISIONS REGARDING TRANSACTIONS IN YOUR ACCOUNT. YOUR SECURITIES DEALER IS RESPONSIBLE FOR ALL ACTIVITIES CONCERNING YOUR ACCOUNT. INQUIRIES, COMPLAINTS, INSTRUCTIONS, AND NOTICES OF ADDRESS CHANGE SHOULD BE DIRECTED PROMPTLY TO YOUR SECURITIES DEALER. THE SECURITIES AND/OR CASH REFLECTED ON THIS STATEMENT ARE HELD BY THE FIRM UNLESS NOTED, AND NOT BY THE SECURITIES DEALER. ANY DISCREPANCY OR INACCURACY SHOULD BE DIRECTED TO BOTH YOUR SECURITIES DEALER AND THE FIRM. **THE FIRM CAN BE CONTACTED AT WEDBUSH SECURITIES, CLEARING SERVICES, PO BOX 30014, LOS ANGELES, CA 90030 AND AT 213-688-4568.** ALL VERBAL COMMUNICATIONS BY YOU SHOULD BE RE-CONFIRMED IN WRITING TO FURTHER PROTECT YOUR RIGHTS, INCLUDING RIGHTS UNDER THE SECURITIES INVESTOR PROTECTION ACT (SIPA).

TYPE OF ACCOUNT         1. Cash          2. Margin          3. Short          4. Fully Paid Loan          6. Repo          E. TEFRA Escrow          C. Credit Interest          M. Money Market

## EXPLANATION OF SELECTED FINANCIAL TERMS

**Money Balances**: These balances represent a combination of all account types. Movements of money between account types will not appear on your statement, but a complete record of such movements is retained by us and available for your inspection upon request.

**Estimated Current Yield**: Estimated current yield percentage is calculated on a current basis, not yield to maturity.

**Short Account Balances**: If you have sold securities which you do not own under the short sale rule, the Firm has, in accordance with regulations, segregated the proceeds from such transactions into your type 3 Short Account. The Short Account balance is included in the combined money balances. Any market increases and/or decreases from the original selling prices will be moved to your Margin Account on a daily basis. The daily closing prices are used in determining any appreciation or depreciation of the securities sold short.

**Market Value/Accounting Net Worth**: These amounts represent total market value of all priced securities listed in your portfolio summary. Generally, the market prices of securities have been obtained from the various quotation services whose appraisals are based on the closing prices, the mean between the bid and the asking price, or a matrix based on interest rates for similar securities (pricing may reflect round lot/odd lot differentials). Where prices are not available from quotation services, the Firm may use prices which in its judgment reflect the approximate market prices for such securities in either case, the Firm does not guarantee the accuracy of such prices. These prices should not be considered to constitute prevailing bids or offers and are subject to change in the trading markets. Prices may differ from current market quotations and are provided only as a general guideline to portfolio values. Prices shown for debt issues reflect the "round lot" price (usually for holding of one million dollars or more) and holdings of lesser size may have lower market prices and values.

**Account Net Worth** represents your net long or short portfolio value, plus or minus, as appropriate, the combined net debit or credit balance in your combined account types.

**Tax Free Interest**: This amount represents municipal bond interest that is generally exempt from federal and state personal income taxes. However, taxpayers must determine if such interest is exempt based upon the type of bonds held, state of residency and current tax laws.

**SAVE FOR INCOME TAX PURPOSES.** These statements constitute a complete record of your transactions. It is very important that you have them at the end of the year for income tax purposes. We are always ready to answer special questions but it would be operationally impossible to make transcripts of accounts at the end of the year. This is a combined statement of your general account and special memorandum account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special memorandum account as required by Regulation T is available for your inspection upon request All trades executed in a calendar month will be reported on the respective monthly statement.

The Firm's financial statement is available for your personal inspection at its offices or a copy of it will be mailed to you upon your written request.

If not prohibited by State Law, you will be paid interest on account free credit balances pending investment or reinvestment. Unless you advise otherwise, it is understood that credit balances held in your account are for investment or reinvestment only. However, your Securities Dealer may impose an administration charge, in the form of a rate decrease of no more than one-half of one percent that will be determined by, and paid directly to, your Security Dealer. The Firm's policy on Securities Dealers' participation is non-discriminating, uniform, and fair. A free credit balance represents funds payable to you upon demand (including checks deposited pending satisfactory clearance) which, although properly accounted for on the Firm's books or records, are not segregated and may be used in the conduct of the Firm's business, including the financing of customer securities purchased on margin, subject to the limitations of Section 240.15c3.3 of the Securities Exchange Act of 1934, as amended. Upon demand and in the course of normal business operations, you have the right to receive: (a) any free credit balances to which you are entitled; (b) any fully paid securities to which you are entitled; and (c) any securities purchased on margin upon full payment of any indebtedness to the Firm. All securities held by the Firm for you, but which are not registered in your name, are commingled with identical securities being held for other clients. In the event any securities so held are "called" (redeemed) by the issuer, the Firm will determine the beneficial ownership thereof by an impartial random selection system as required by New York Stock Exchange rules.

**Other Remuneration:** Remuneration in the form of cash, order swapping or other reciprocal arrangements may be received by the Firm for directing orders to specific brokers and dealers or to market centers for execution. When such remuneration is received, it is considered compensation to the Firm. The source and amount of such remuneration, if any, will be furnished to you upon written request. All orders received are directed to whatever source will offer customers the best execution.

Information has been included in confirmations previously furnished to you with respect to commissions and other charges incurred concerning the execution of options and other securities transactions, and a summary of this information will be made available to you promptly upon request. Monthly statements will be mailed only to customers who have transactions during the month which affect money balances and/or securities positions. All other accounts will receive statements at least four times during a calendar year providing that the account contains money and/or securities.

Securities and Exchange Commission Rule 10b-16 requires that all brokers disclose to their credit customers the terms and conditions under which the purpose of purchasing, carrying or trading in any security or otherwise. The annual rate of interest to be charged to your account may vary, depending on the size of your daily net debit balance and the prime lending rate. The actual rate charged will not exceed the maximum rate of 2% above the prime rate.

**INTEREST IS CALCULATED AND ACCUMULATED DAILY AND IS CHARGED AND COMPOUNDED MONTHLY.** Your account will be charged interest using a 365 day per year factor on the daily net debit balance in your combined account types. Each day your settled money balances in each account type will be combined in determining your daily net debit balance. A daily net debit balance results whenever the total of combined debit balances exceeds the total of combined free credit balances. For purposes of this calculation, free credit balances exclude credit balances in short accounts, and the sales proceeds included in settled balances from transactions in cash accounts involving non-negotiable long positions, technical short positions and uncovered option positions. Short account credit balances are disregarded because the securities sold by you are not available to the Firm for delivery and collection of the sales proceeds resulting from short sales. Sales proceeds included in settled balances from the other described sales transactions in cash accounts are disregarded because such credit items are not available to the Firm, until the related securities sold are rendered deliverable. Although the interest charge is calculated daily, it is generally posted once per month and compounded monthly. Interest charges are summarized on your monthly account statement. The summary uses a weighted average of the daily net debit balance (weighted average balance) and an imputed average interest rate for the period shown. The summary is determined by dividing the total amount of the interest charge (calculated on a daily basis using the actual daily net debit balance and the applicable interest rate) by the product of the weighted average balance multiplied by the number of calendar days the account has a daily net debit balance divided by 365 days. A copy of the daily calculation is available upon written request.

On all property which the Firm has, or at any time may hold or carry for you, in an account of yours (either individually or jointly with others) or which may be deposited with the Firm for any purposes, including safekeeping, the Firm, as pledgee, has a general lien for the discharge of all of your obligations to it however arising and irrespective of the number of accounts you may have with the Firm. The Firm may require you to deposit additional property as collateral in accordance with the rules and regulations of the Securities and Exchange Commission, the Federal Reserve Board, the New York Stock Exchange, or any other regulatory agency having jurisdiction over the Firm. In addition, the Firm may (but shall have no obligation to do so) require you to deposit additional collateral as the Firm, at its sole discretion, determines is needed as security for your obligations to it. Although the Firm does not limit the factors which may cause it to require additional collateral, factors such as market fluctuation, securities concentration, unusual or volatile market conditions, precipitous market declines, illiquid trading markets, quality of collateral and/or overall credit standing of the account may be considered. Usually additional collateral is requested when the equity in the account falls within a range of 25 percent to 35 percent of the total market value of the collateral in the account. In the event a maintenance margin call for additional collateral is not fully satisfied by a deposit of additional funds or collateral and/or by improved market conditions, the Firm may liquidate (but shall not be required to do so) all or any part of the collateral in the account.

**Customer Account Protection.** The Firm is a member of the Securities Investor Protection Corporation ("SIPC"), which provides protection up to $500,000, of which a maximum of $250,000 applies to cash credit balances. In addition to the coverage provided by SIPC, the Firm has purchased from Lloyd's of London an excess SIPC bond that provides additional coverage for up to $25,000,000 in cash and securities for each client, subject to an aggregate loss limit of $100,000,000. The excess SIPC bond, together with SIPC coverage, provides protection for cash credit balances for each client to a maximum of $1,150,000. This protection will replace clients' cash and/or securities that are otherwise unrecoverable. It does not cover clients from losses resulting from the decline in the market value of securities in their accounts.

Clients may purchase additional protection for their accounts by contacting their Investment Executive, who can provide information and pricing,

Celadon Financial Group LLC

Account Number: XXXX-1441
Currency: USD

07-01-24 thru 07-31-24
Page 3 of 7

A & O FAMILY LLC
WEBDUSH SECURITIES PRIME BRKR
ATTN: ANTHONY IVANKOVICH

0005072-0103743

## ACCOUNT SUMMARY

| (Unpriced Securities Excluded) | ENDING BALANCE |
|---|---|
| MONEY BALANCE | -2,905,498.07 |
| EQUITIES | 403,380.00 |
| BONDS: TAXABLE | 2,728,544.89 |
| BONDS: MUNICIPAL | 661,795.69 |
| **ACCOUNT NET WORTH** | **888,222.51** |

| INCOME/PRINCIPAL SUMMARY | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| CASH DIVIDEND | 8,156.32 | 24,468.96 |
| TAX EXEMPT INTEREST | 0.00 | 13,602.77 |
| GOVERNMENT INTEREST | 0.00 | 32,731.25 |
| TAXABLE INTEREST | 97.14 | 15,289.78 |
| **TOTAL INCOME/PRINCIPAL** | **8,253.46** | **86,092.76** |
| DEBIT INTEREST EXPENSE | 17,198.55 | 119,985.40 |

## ACCOUNT PORTFOLIO

| QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ACCRUED | CURRENT VALUE | TYPE |
|---|---|---|---|---|---|
| **MONEY BALANCE** | | | | | |
| | Cash | | | 0.00 | 1 |
| | Margin | | | -2,905,498.07 | 2 |
| | Short | | | 0.00 | 3 |
| | **MONEY BALANCE TOTAL** | | | **-2,905,498.07** | |
| **EQUITIES** | | | | | |
| 13,500 | AGNC INVESTMENT CORP DEP REP 1/1000TH CUML REDEEM G PERPTL 7.75% CUSIP: 00123Q856 | AGNCL | 24.44000 | 329,940.00 | 2 |
| 3,000 | ELLINGTON FINANCIAL INC CUMULATIVE PFD R  CUSIP: 28852N406 | EFCPRC | 24.48000 | 73,440.00 | 2 |
| 1,000 | WTS 60 DEGREES PHARM INC EXP 6/8/28 NON TRADEABLE | 83006G120 | NOT PRICED | 0.00 | 2 |
| 1,400 | WTS PANBELA THERAPEUTICS CL A EXP 6/8/28 | 69833W156 | NOT PRICED | 0.00 | 2 |
| 1,400 | WTS PANBELA THERAPEUTICS CL B EXP 6/9/28 | 69833W164 | NOT PRICED | 0.00 | 2 |
| 1,000 | WTS SYRA HEALTH CORP EXP 10/03/28 | 87168W112 | NOT PRICED | 0.00 | 2 |
| 1,000 | WTS UR ENERGY INC EXP 02/21/2026 | 91688R132 | NOT PRICED | 0.00 | 2 |
| | **EQUITIES TOTAL** | | | **403,380.00** | |
| **BONDS: TAXABLE** | | | | | |
| 12,000 | CELANESE US HLDGS LLC 6.7  11/15/33 | 15089QAY0 | 107.18600<br>169.73 | 13,032.05 | 2 |
| 70,000 | CONCENTRIX CORPORATION CPN 6.85  EXP 08/02/33 | 20602DAC5 | 101.76500<br>2,384.18 | 73,619.68 | 2 |

| QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ACCRUED | CURRENT VALUE | TYPE |
|---|---|---|---|---|---|
| 10,000 | ENERGY TRANSFER L P 6.4 12/01/30 | 29273VAT7 | 107.04200<br>106.67 | 10,810.87 | 2 |
| 11,000 | EXTRA SPACE STORAGE LP SR NT 5.7 28 | 30225VAJ6 | 102.29300<br>209.00 | 11,461.23 | 2 |
| 600,000 | META PLATFORMS INC GLBL NT 3.85 32 | 30303M8H8 | 94.60900<br>10,651.67 | 578,305.67 | 2 |
| 4,000 | STATE STR CORP SR NT FIXED/FLT G | 857477BZ5 | 99.76000<br>2.70 | 3,993.10 | 2 |
| 2,000,000 | US TREASURY N/B T 3.250 08/31/24 | 91282CFG1 | 99.79000<br>27,024.46 | 2,022,824.46 | 2 |
| 10,000 | US TREASURY N/B T 4.625 09/30/30 | 91282CHZ7 | 103.21100<br>154.17 | 10,475.27 | 2 |
| 4,000 | VODAFONE GROUP PLC NT 53 | 92857WBY5 | 97.89200<br>106.88 | 4,022.56 | 2 |
| | **BONDS: TAXABLE TOTAL** | | | **2,728,544.89** | |

**BONDS: MUNICIPAL**

| QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ACCRUED | CURRENT VALUE | TYPE |
|---|---|---|---|---|---|
| 285,000 | NEW YORK ST DORM AUTH ST PERS GEN PURP BDS 2023 CPN 5% EXP 03/15/29 | 64990F4B7 | 109.44500<br>5,383.33 | 317,301.58 | 2 |
| 305,000 | NEW YORK ST DORM AUTH ST PERS GEN PURP BDS 2023 CPN 5% EXP 03/15/30 | 64990F4C5 | 111.06000<br>5,761.11 | 344,494.11 | 2 |
| | **BONDS: MUNICIPAL TOTAL** | | | **661,795.69** | |
| | **ACCOUNT NET WORTH** | | | **888,222.51** | |

## ACCOUNT ACTIVITY

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| | | | **OPENING BALANCE** | | **2,896,552.98** | | |
| 07-15-24 | Dividend | | AGNC INVESTMENT CORP DEP REP 1/1000TH CUML REDEEM G PERPTL 7.75% AGNC PFD<br>7.75%　13500　SYMBOL:AGNCL | | | 6,539.13 | 2 |
| 07-26-24 | Taxable Interest | | STATE STR CORP SR NT FIXED/FLT G STATE<br>4.85026　　4000　CUSIP:857477BZ5 | | | 97.14 | 2 |

**Celadon Financial Group LLC**　　　　　　　　　　　　　　　　　　　Account Number: XXXX-1441　　　07-01-24 thru 07-31-24
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Currency: USD　　　　　　　　　　Page 5 of 7

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| 07-30-24 | Dividend | | ELLINGTON FINANCIAL INC CUMULATIVE PFD R ELLINGTON F PFD   3000 SYMBOL:EFCPRC | | | 1,617.19 | 2 |
| 07-31-24 | Interest | | 7.00000%31 DAYS,BAL= $2892843 | | 17,198.55 | | 2 |
| | | | **CLOSING BALANCE** | | **2,905,498.07** | | |

0005072-0103745

| Celadon Financial Group LLC | Account Number: XXXX-1441<br>Currency: EUR | 07-01-24 thru 07-31-24<br>Page 6 of 7 |
|---|---|---|

## ACCOUNT SUMMARY

| (Unpriced Securities Excluded) | ENDING BALANCE | INCOME/PRINCIPAL SUMMARY | CURRENT MONTH | YEAR TO DATE |
|---|---|---|---|---|
| MONEY BALANCE | 0.00 | TOTAL INCOME/PRINCIPAL | 0.00 | 0.00 |
| **ACCOUNT NET WORTH** | **0.00** | | | |

## ACCOUNT PORTFOLIO

| QUANTITY | DESCRIPTION | SYMBOL/<br>CUSIP | PRICE<br>ACCRUED | CURRENT<br>VALUE | TYPE |
|---|---|---|---|---|---|
| **MONEY BALANCE** | | | | | |
| | Cash | | | 0.00 | 1 |
| | **MONEY BALANCE TOTAL** | | | **0.00** | |
| | **ACCOUNT NET WORTH** | | | **0.00** | |

## ACCOUNT ACTIVITY

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT<br>CHARGED | AMOUNT<br>CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| | | | **OPENING BALANCE** | | | **0.00** | |
| | | | **CLOSING BALANCE** | | | **0.00** | |

0005072-0103746

**Celadon Financial Group LLC**

Account Number: XXXX-1441  
Currency: GBP  
07-01-24 thru 07-31-24  
Page 7 of 7

## ACCOUNT SUMMARY

| (Unpriced Securities Excluded) | ENDING BALANCE | INCOME/PRINCIPAL SUMMARY | CURRENT MONTH | YEAR TO DATE |
|---|---|---|---|---|
| MONEY BALANCE | 0.00 | TOTAL INCOME/PRINCIPAL | 0.00 | 0.00 |
| **ACCOUNT NET WORTH** | **0.00** | | | |

## ACCOUNT PORTFOLIO

| QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ACCRUED | CURRENT VALUE | TYPE |
|---|---|---|---|---|---|
| **MONEY BALANCE** | | | | | |
| | Cash | | | 0.00 | 1 |
| | **MONEY BALANCE TOTAL** | | | **0.00** | |
| | **ACCOUNT NET WORTH** | | | **0.00** | |

## ACCOUNT ACTIVITY

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| | | | **OPENING BALANCE** | | | **0.00** | |
| | | | **CLOSING BALANCE** | | | **0.00** | |

0005072-0103747