

**ORDERED in the Southern District of Florida on October 3, 2024.**

*Laurel M. Isicoff, Judge*
*United States Bankruptcy Court*

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-15755-LMI |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC, | 24-15762-LMI |
| A & O FAMILY LLC, | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15770-LMI |
| Debtors. |  |
| _____/ |  |

**ORDER AUTHORIZING DEBTORS TO EXECUTE WAIVER, RELEASE, INDEMNIFICATION, AND HOLD HARMLESS AGREEMENT REGARDING JUDICIAL SETTLEMENT CONFERENCE**

THIS MATTER came before the Court on October 2, 2024 at 10:30 a.m. on the Debtors' Motion for Entry of Order Authorizing the Debtors to Execute Waiver, Release, Indemnification and Hold Harmless Agreement Regarding Judicial Settlement Conference (the "Motion")[1] (ECF No. 100) of the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

order, pursuant to sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing Debtors to execute the *Waiver, Release, and Indemnification and Hold Harmless Agreement Regarding Judicial Settlement Conference* annexed to the Motion as Exhibit A (the "JSC Agreement"); and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion, is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED:**

1. The Motion is **GRANTED.**

2. The Debtors are authorized to execute the JSC Agreement.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

###

Submitted by:

Eyal Berger, Esq.
Florida Bar No. 0011069
Email: eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301
Tel:  954-463-2700
Fax:  954-463-2224

Attorney Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.