

**ORDERED in the Southern District of Florida on October 9, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                             CASE NOS.  24-15755-LMI
                                                                            24-15762-LMI
Ivankovich Family LLC,                                         24-15767-LMI
A&O Family LLC (Florida),                                    24-15770-LMI
A & O Family LLC (Illinois),
Atlas P2 Managing Member, LLC,               Chapter  11

                                                              (Jointly Administered)
                      Debtors.
_____/

**AMENDED[1] ORDER SETTING BRIEFING SCHEDULE AND HEARING
ON MOTION FOR DETERMINATION THAT AUTOMATIC STAY
DOES NOT APPLY TO STATE COURT DIVORCE PROCEEDING OR,
ALTERNATIVELY, FOR RELIEF FROM AUTOMATIC STAY TO
ALLOW STATE COURT DIVORCE PROCEEDING TO DETERMINE JEANETTE
IVANKOVICH'S DOMESTIC SUPPORT OBLIGATION CLAIM INCLUDING ANY
<u>ATTORNEY FEES ASSESSED AND TO DETERMINE OWNERSHIP OF DEBTORS</u>**

---

[1] Amending the date and time of the hearing.

CASE NOS.  24-15755-LMI
24-15762-LMI
24-15767-LMI
24-15770-LMI

This matter came before the Court upon the Motion for Determination that Automatic Stay Does Not Apply to State Court Divorce Proceeding or, Alternatively, for Relief from Automatic Stay to Allow State Court Divorce Proceeding to Determine Jeanette Ivankovich's Domestic Support Obligation Claim Including Any Attorney Fees Assessed and to Determine Ownership of Debtors (ECF #123) ("Motion").  The Court having determined that it is appropriate to schedule deadlines in order to expedite and facilitate the hearing upon this matter, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1.      The hearing on the Motion is set for **October 30, 2024 at 1:30 p.m.** before the **Honorable Laurel M. Isicoff, United States Bankruptcy Court, 301 N. Miami Avenue, Courtroom 8, Miami, Florida 33128.**  The Court has reserved one (1) hour for the hearing.

2.      Any party wishing to file a response shall file a written response to the Motion (ECF #123), no later than three (3) business days prior to the hearing or the Court will assume the relief is not contested.

###

Copies furnished to:
Patricia Redmond, Esq.

*Attorney Redmond is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.*

2