UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| | Jointly Administered |
| IVANKOVICH FAMILY, LLC | Case Nos.  24-15755-LMI |
| A&O FAMILY LLC | 24-15762-LMI |
| A&O FAMILY LLC (Illinois) | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15770-LMI |
| Debtors. | |

### TOWNSHIP PARTIES' JOINDER TO JEANETTE IVANKOVICH'S OBJECTION TO DEBTOR A&O FAMILY LLC'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [ECF NO. 168]

Township Orlando, LLC, Township Capital, LLC, and Township GP Fund II, LP (collectively, the "**Township Parties**") submit this joinder to Jeanette Ivankovich's *Objection to Debtor A&O Family LLC's Motion for Order Authorizing Use of Cash Collateral* [ECF No. 168] (the "**Objection**"),[1] and state:

### JOINDER

1. The Township Parties join in, incorporate by reference, and adopt as their own, the arguments and assertions made by Jeanette Ivankovich in the Objection.[2]  Accordingly, the Township Parties respectfully request the Court deny the relief requested in the *Motion for Order Authorizing Use of Cash Collateral* [ECF No. 149] (the "**Motion**").

---

[1] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Objection.

[2] The Township Parties acknowledge that they are not parties to, or beneficiaries of, the Preliminary Injunction entered by the Divorced Court in Illinois and may not be creditors of A&O Family.  However, because the Township Parties have not, to date, received any accounting relating to the apartment projects in which the Township Parties were investors, or any documents confirming where the net proceeds of the sale of those projects were deposited and/or documents accounting for those proceeds, the Township Parties object to the disposition of any funds from the Debtors' estates to address liabilities of non-debtors.  For these reasons, the Township Parties support, and join in, the arguments raised in the Objection.

## RESERVATION OF RIGHTS

2. Notwithstanding anything in this joinder, the Township Parties reserve all rights with respect to the Motion, including the right to supplement this joinder at or prior to the hearing on the Motion, and to raise any arguments in connection with the facts and allegations contained in the Motion or the Objection.

**WHEREFORE,** the Township Parties respectfully request entry of an order (i) denying the relief set forth in the Motion; and (ii) granting further relief this Court deems just and proper.

Dated: November 11, 2024            Respectfully submitted,

**SALAZAR LAW, LLP**
*Co-Counsel for Township Orlando, LLC, Township Capital, LLC and Township GP Fund II, LP*
2121 SW 3rd Avenue, Suite 200
Miami, Florida 33129
Phone: (305) 374-4848
Fax: (305) 397-1021
Primary Email: Luis@Salazar.Law
Secondary Email: Lee-Sin@Salazar.Law
Secondary Email: eService@Salazar.Law

By: */s/ Luis Salazar*
    Luis Salazar
    Florida Bar No. 147788

-and-

COLE SCHOTZ P.C.
Michael D. Sirota, Esq. (admitted *Pro Hac Vice*)
David M. Bass, Esq. (admitted *Pro Hac Vice*)
*Co-Counsel for Township Orlando, LLC, Township Capital, LLC and Township GP Fund II, LP*
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
Email: msirota@coleschotz.com
Email: dbass@coleschotz.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  /s/ Luis Salazar  
                                                  Luis Salazar

## SERVICE LIST

Electronic Notice List:

- **Eyal Berger**     eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Michael S Budwick**     mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Heidi A Feinman**     Heidi.A.Feinman@usdoj.gov
- **Alexa Garcia Chinchilla**     achinchilla@kttlaw.com
- **Dan L Gold**     Dan.L.Gold@usdoj.gov
- **Gary A Goldstein**     gagpa@aol.com, michael@rglawfirm.us
- **Amanda Klopp**     amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Ari Newman**     newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **Patricia A Redmond**     predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David L Rosendorf**     dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Luis Salazar**     Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law