

**ORDERED in the Southern District of Florida on November 22, 2024.**

*Laurel M. Isicoff, Judge*
*United States Bankruptcy Court*

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 24-15755-LMI |
| | Chapter 11 |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC | 24-15762-LMI |
| A & O FAMILY LLC | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC | 24-15770-LMI |
| | |
| Debtors. | |
| _____/ | |

***EX PARTE* ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO REDACT AND RESTRICT AMENDED MONTHLY OPERATING REPORT FOR SEPTEMBER 2024 (ECF NO. 183)**

THIS MATTER came before the Court upon Debtor's *Ex Parte Motion to Redact and Restrict Amended Monthly Operating Report for September 2024* (ECF 192) (the "**Motion to Redact**"). The Court, having reviewed the Motion to Redact, and finding good cause for the relief requested therein, hereby ORDERS as follows:

1. The Motion to Redact is **GRANTED**.

2

      2.       The Clerk of Court shall take all steps necessary to make the Amended Monthly Operating Report for September 2024 (ECF No. 183) no longer publicly accessible.

###

**SUBMITTED BY:**
Amanda Klopp, Esq.
Akerman LLP
777 S. Flagler Dr. Suite 1100
West Palm Beach, Florida 33401
Tel: 561-653-5000
Fax: 561-659-6316
*Counsel for Debtors*

Copies furnished to:
Amanda Klopp, Esq. [Attorney Klopp is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of Court.]

2