

ORDERED in the Southern District of Florida on November 26, 2024.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flmb.uscourts.gov

| In re: | Case No.: 24-15755-LMI |
|---|---|
| | Chapter 11 |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC |   24-15762-LMI |
| A & O FAMILY LLC |   24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC |   24-15770-LMI |

        Debtors.
_____/

### AMENDED[1] AGREED ORDER SUSTAINING, IN PART, DEBTORS' OMNIBUS OBJECTION TO CLAIMS OF TOWNSHIP ENTITIES

THIS MATTER came before the Court pursuant to the above styled Debtors' Omnibus Objections to the Township Claims (ECF 134) (the "Objections") pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1. The Court, having been advised that Township Capital, LLC,

---

[1] Amended to correct the respective Debtors' estates referenced in paragraphs 2 and 3.

1

Township GP Fund II, LP, and Township Orlando, LLC (the "Township Entities") and the Debtors have reached a partial agreement as to the resolution of the Objections as further detailed herein, it is hereby:

ORDERED as follows:

1. The Township Entities' Claim Nos. 1-1, 2-1, and 3-1 asserted against the Ivankovich Family, LLC bankruptcy estate shall be disallowed as duplicate claims.

2. The Township Entities' Claim Nos. 3-1, 4-1, and 5-1 asserted against the A&O Family, LLC (Florida) bankruptcy estate (Case No. 24-15762-LMI) shall be disallowed as duplicate claims.

3. The Township Entities' Claim Nos. 1-1, 2-1, and 3-1 asserted against the A&O Family, LLC (Illinois) bankruptcy estate (Case No. 24-15767-LMI) shall be disallowed as duplicate claims.

4. The Township Entities' Claim Nos. 3-1 and 4-1 asserted against the Atlas P2 Managing Member, LLC bankruptcy estate shall be disallowed as duplicate claims.

5. Claim No. 2-1 asserted against the Atlas P2 Managing Member, LLC bankruptcy estate by Township Capital, LLC shall be deemed amended and modified as to be asserted by and on behalf of all Township Entities against Debtor Atlas P2 Managing Member, LLC in a disputed, contingent, and unliquidated amount of $40,000,000 (the "Remaining Township Entities Claim").

6. The Debtors and the Township Entities shall submit a separate proposed order for the Court's consideration that consensually lifts the automatic stay to allow the Township Entities and Debtor Atlas P2 Managing Member, LLC to fully liquidate the Remaining Township Entities Claim in the California Litigation, including prosecuting any and all appeals necessary to fully liquidate the Remaining Township Entities Claim.

7.      In the event that the liquidation of the Remaining Township Entities Claim results in a judgment that makes Debtors Ivankovich Family, LLC, A&O Family, LLC (Illinois), or A&O Family, LLC (Florida) liable for any portion of the Remaining Township Entities Claim, the Township Entities shall have thirty (30) days from the entry of any judgment to file an amended proof of claim against any Debtor held liable on account of the Remaining Township Entities Claim.

###

Submitted by:

Amanda Klopp, Esq.
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 – West Tower
West Palm Beach, Florida 33401
Tel: 561-653-5000
Fax: 561-659-6316
Email: amanda.klopp@akerman.com

Attorney Klopp is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.