# Exhibit 2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 38

**19STCV00630** November 22, 2024
**TOWNSHIP ORLANDO LLC, A DELAWARE LIMITED LIABILITY COMPANY, et al. vs ATLAS HOLDINGS INVESTMENTS LLC, A DELAWARE LIMITED LIABILITY COMPANY, et al.** 9:30 AM

Judge: Honorable Maureen Duffy-Lewis         CSR: None
Judicial Assistant: Robert R. Alva           ERM: None
Courtroom Assistant: Gina Velasquez          Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Jerry L. Kay and David Safvati (Telephonic)

For Defendant(s): Vonn Robert Christenson (Telephonic)

**NATURE OF PROCEEDINGS:** Motion to Compel Further Responses to Document Requests

Motion is called for hearing and argued.

The Court categorizes document requests as follows:

102 to 110 ("bank statements")
111 ("all communications")
112 to 117 ("tax returns")
118 to 122 ("Operating Agreements")

Objections served in response.

Plaintiffs move to compel.

The Motion to Compel Further Discovery Responses filed by Township Orlando LLC on 08/05/2024 is Granted.

The Court awards sanctions in the amount of $6,175 payable by defendant Steven Ivankovich within 30 days.

Production of documents and compliance within 45 days.

The Court requests counsel meet & confer regarding necessity of any further discovery motions.

Moving party to give notice.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 38

**19STCV00630**                                                             November 22, 2024
**TOWNSHIP ORLANDO LLC, A DELAWARE LIMITED**                                9:30 AM
**LIABILITY COMPANY, et al. vs ATLAS HOLDINGS**
**INVESTMENTS LLC, A DELAWARE LIMITED LIABILITY**
**COMPANY, et al.**

Judge: Honorable Maureen Duffy-Lewis          CSR: None
Judicial Assistant: Robert R. Alva            ERM: None
Courtroom Assistant: Gina Velasquez           Deputy Sheriff: None