

**ORDERED in the Southern District of Florida on December 4, 2024.**

                **Laurel M. Isicoff, Judge**
                **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | Case No.: 24-15755-LMI |
|---|---|
| | Chapter 11 |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC | 24-15762-LMI |
| A & O FAMILY LLC | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC | 24-15770-LMI |

    Debtors.
_____/

### AGREED ORDER LIFTING AUTOMATIC STAY

THIS MATTER came before the Court pursuant to the above styled Debtors' Agreed Motion to Lift the Automatic Stay to Liquidate the Remaining Township Entities' Claim (ECF No. 198) (the "Motion") pursuant to 11 U.S.C. Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1.  The Court, having been advised that Township Capital, LLC, Township GP Fund II, LP, and Township Orlando, LLC (the "Township Entities") have reached an agreement with the Debtors to liquidate the Remaining Township Entities Claim in the pending California Litigation, it is hereby:

ORDERED as follows:

1. The automatic stay pursuant to 11 U.S.C. Section 362(a) is lifted in all respects to allow the Township Entities to fully liquidate the Remaining Township Entities Claim through a final judgment that is not subject to any further reconsideration or appeal.

2. The relief granted in this Order shall be limited to the liquidation of the Remaining Township Entities Claim and the automatic stay shall remain in full force and effect as to any legal right for the Township Entities to enforce or collect upon any ultimate money judgment against the Debtors or any assets of the Debtors. For the avoidance of doubt, nothing shall prevent the Remaining Township Entities Claim being enforced and collected against any non-Debtor which shall proceed without interruption and irrespective of these Chapter 11 proceedings.

3. The relief from stay granted herein shall be effective upon the entry of this Order and shall have no retroactive application. The Debtors shall not be subject to any relief granted to the Township Entities pursuant to the Discovery Order entered in the California Litigation. Any discovery sought from the Debtors in the California Litigation shall be required to be obtained under the applicable discovery rules and time periods detailed in the applicable California Rules of Civil Procedure.

###

Submitted by:

Amanda Klopp, Esq.
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 – West Tower
West Palm Beach, Florida 33401
Tel: 561-653-5000/Fax: 561-659-6316
Email: amanda.klopp@akerman.com

Attorney Klopp is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.