# **EXHIBIT 6**



**First Nationwide Title Agency LLC**
220 East 42nd Street, 24th Floor
New York, NY 10017
(212) 499-0100

| | |
|---|---|
| File Number: | **FN-43739-FL-1** |
| Loan Amount: | **$39,243,761.00** |
| Sales Price: | **$49,400,000.00** |
| Close Date: | **4/1/2022** |

## COMBINED CLOSING STATEMENT

| | |
|---|---|
| Type: | **Purchase** |
| Property: | **2829 SOUTH OAKLAND FOREST DRIVE**<br>**OAKLAND PARK, FL 33309 (BROWARD)** |

Borrower(s): **CYPRESS LAKES OWNER, LLC, A DELAWARE LIMITED LIABILITY COMPANY**

Seller(s): **ALLIANCE HTTX LLC, A DELAWARE LIMITED LIABILITY COMPANY**

Lender: **Invesco CMI Investments, L.P.**

| | Borrower | | | Seller | |
|---|---|---|---|---|---|
| **Description** | **Debit** | **Credit** | | **Debit** | **Credit** |
| **Deposits, Credits, Debits** | | | | | |
| Contract Sales Price | $49,400,000.00 | | | | $49,400,000.00 |
| Earnest Money from First Nationwide Title Agency LLC General Escrow Account | | $1,081,751.82 | | | |
| **Subtotal of Deposits, Credits, Debits** | **$49,400,000.00** | **$1,081,751.82** | | | **$49,400,000.00** |
| **Prorations** | | | | | |
| Contract Assumptions - Advance Fire | $1,570.74 | | | | $1,570.74 |
| Contract Assumptions - Comcast | $96.10 | | | | $96.10 |
| Electricity Services | | $5,574.92 | | $5,574.92 | |
| Water/Trash Services | | $18,658.12 | | $18,658.12 | |
| Real Estate Tax | | $143,449.73 | | $143,449.73 | |
| Personal Property/Tangible Tax | | $334.21 | | $334.21 | |
| Rent- Current PrePaid 3/28/2022 | | $49,271.41 | | $49,271.41 | |
| Security Deposit Liability | | $5,324.19 | | $5,324.19 | |
| Rent Ready Credit | | $62,000.00 | | $62,000.00 | |
| **Subtotal of Prorations** | **$1,666.84** | **$284,612.58** | | **$284,612.58** | **$1,666.84** |
| **Payoffs** | | | | | |
| Payoff to Situs Asset Management LLC | | | | $21,415,188.11 | |
| Second Payoff to Bryant Park Commercial Real Estate Partners I, LLC | | | | $4,676,808.28 | |
| Amarillo, TX - Windtree Apts. Payoff to Situs Asset Management LLC | | | | $5,749,603.03 | |
| Amarillo, TX - Windtree Payoff to Bryant Park Commercial Real Estate Partners I, LLC | | | | $1,255,641.14 | |
| **Subtotal of Payoffs** | | | | **$33,097,240.56** | |
| **New Loans** | | | | | |
| Principal Amount of New Loan from Invesco CMI Investments, L.P. (POC $4,663,761.00 by Invesco CMI Investments, L.P.) | | $34,580,000.00 | | | |
| Good Faith Deposit to Invesco CMI Investments, L.P. | | $235,000.00 | | | |
| Processing Fees to Invesco CMI Investments, L.P. | $35,000.00 | | | | |
| Stub Interest to Invesco CMI Investments, L.P. | $39,267.51 | | | | |
| Travel Expenses to Invesco CMI Investments, L.P. | $554.90 | | | | |
| Commitment Fees to Invesco CMI Investments, L.P. | $294,328.21 | | | | |
| **Subtotal of New Loans** | **$369,150.62** | **$34,815,000.00** | | | |
| **Title Charges** | | | | | |

File Number:   FN-43739-FL-1                    1    of 4

| | | | | | |
|---|---|---|---|---|---|
| Lender's Coverage $39,243,761.00 Premium $25.00 to First Nationwide Title Agency LLC | $25.00 | | | | |
| Owner's Coverage $49,400,000.00 Premium $105,125.00 to First Nationwide Title Agency LLC | | | | $105,125.00 | |
| FL 6-06 Variable Rate LP (6-17-06) LTP Endorsement(s) to First Nationwide Title Agency LLC | $25.00 | | | | |
| FL 8.1-06 Environmental Protection Lien LP (6-17-06) LTP Endorsement(s) to First Nationwide Title Agency LLC | $25.00 | | | | |
| FL 9-06 Restrictions, Easements, Minerals LP (12-1-13) LTP Endorsement(s) to First Nationwide Title Agency LLC | $10,515.00 | | | | |
| FL 39-06 Policy Authentication LP 4-2-13 LTP Endorsement(s) to First Nationwide Title Agency LLC | | | | | |
| FL Survey LP non-res (8-1-16) LTP Endorsement(s) to First Nationwide Title Agency LLC | $100.00 | | | | |
| FL Balloon LP non-res (8-1-16) LTP Endorsement(s) to First Nationwide Title Agency LLC | $100.00 | | | | |
| FL 5.1-06 PUD LP (10-16-08) LTP Endorsement(s) to First Nationwide Title Agency LLC | $25.00 | | | | |
| FL 9.2-06 Restrictions, Easements, Minerals OP (12-1-13) OTP Endorsement(s) to First Nationwide Title Agency LLC | $10,515.00 | | | | |
| FL 39-06 Policy Authentication OP 4-2-13 OTP Endorsement(s) to First Nationwide Title Agency LLC | | | | | |
| FL Survey OP non-res (8-1-16) OTP Endorsement(s) to First Nationwide Title Agency LLC | $100.00 | | | | |
| Search - Abstract to AmTrust Title Insurance Company | $525.00 | | | | |
| Butler Rebate/Discount to First Nationwide Title Agency LLC | | | | | $46,082.00 |
| Clearance Fees to First Nationwide Title Agency LLC    $1,000.00 | | | | $1,000.00 | |
| Settlement w/ Disbursements to First Nationwide Title Agency LLC | $750.00 | | | $750.00 | |
| UCC Filing Fees (SOS) to First Nationwide Title Agency LLC | $500.00 | | | $1,250.00 | |
| Search - Exam - Update to AmTrust Title Insurance Company | $25.00 | | | | |
| Escrow Holdback to First Nationwide Title Agency LLC General Escrow Account | | | | $100,000.00 | |
| **Subtotal of Title Charges** | **$23,230.00** | | | **$208,125.00** | **$46,082.00** |
| **Government Recording and Transfer Charges** | | | | | |
| Transfer Tax $345,800.00 | | | | $345,800.00 | |
| Mortgage Document Tax - Commercial $47,403.30 | $47,403.30 | | | | |
| Mortgage InangibleTax - Commercial $27,087.52 | $27,087.52 | | | | |
| Estimated Recording Charges | $500.00 | | | $2,000.00 | |
| **Subtotal of Government Recording and Transfer Charges** | **$74,990.82** | | | **$347,800.00** | |
| **Additional Settlement Charges** | | | | | |
| Lien Searches to PropLogix | $165.00 | | | | |
| Lease Audit to Armada Analytics, Inc. | $8,849.59 | | | | |
| Equity Inspection and Reporting Fees to PM-MX LLC | $15,240.00 | | | | |
| O&M - ACM to CBRE, Inc. | $6,115.00 | | | | |
| Zoning Report to Armada Analytics, Inc. | $750.00 | | | | |
| Survey Fees to Geoline Surveying, Inc. | $12,500.00 | | | | |
| Engineering to CBRE, Inc. | $950.00 | | | | |
| Appraisal to JLL Valuation & Advisory Services | $7,500.00 | | | | |
| Appraisal Review to Ankura Consulting Group, LLC | $1,800.00 | | | | |
| Tax Counsel to Mayer Brown | $2,500.00 | | | | |
| Appraisal to WD-Geophy CRE Valuation | $6,500.00 | | | | |
| Tax Structuring Consulting to PricewaterhouseCoopers LLP | $2,350.00 | | | | |
| EGS Reporting to Lord Green Strategies | $600.00 | | | | |
| Environmental to Targus Associates | $1,950.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Environmental - Internal to Lockton | $552.00 | | | | |
| Lender Legal Fees to Greenberg Traurig | $107,500.00 | | | | |
| Background/Credit Searches to DISA Global Solutions, Inc. | $10,448.83 | | | | |
| Insurance Review to Harbor Group | $6,013.00 | | | | |
| Servicer Set-Up to KeyBank Real Estate Capital | $750.00 | | | | |
| Security Deposit Liability to Arium Cypress Lakes | $5,324.19 | | | | |
| ARIUM Cypress Lakes Operating Account to Arium Cypress Lakes | $712,047.98 | | | | |
| Tax Reserve to KeyBank Real Estate Capital | $382,061.53 | | | | |
| Due Diligence Expenses to Carroll Management Group LLC | $14,254.00 | | | | |
| Reliance Invoice to CBRE, Inc. | $1,500.00 | | | | |
| Legal Fees to King & Spalding, LLP | | | | $10,000.00 | |
| Legal Fees - Legal Opinion to Nelson Mullins | $5,760.00 | | | | |
| Entity Due Diligence to CT Corporation | $2,678.07 | | | | |
| Borrower/Buyer Legal Fees to Morrison & Foerster LLP $20,000.00 | $20,000.00 | | | | |
| Insurance to Marsh USA Inc. | $30,240.00 | | | | |
| Legal Fees to Sharma, Smith & Gray, P.C. | $17,300.00 | | | | |
| Legal Fees to Arnall Golden Gregory, LLP | $94,650.00 | | | | |
| Additional Reliance Fees to CBRE, Inc. | $750.00 | | | | |
| Fees to iVision International LLC | $10,176.72 | | | | |
| Rate Cap Fees to SMBC Capital Markets | $240,000.00 | | | | |
| Interest Rate Cap - Tranaction Management Fees to Chatham Hedging Advisors | $12,460.75 | | | | |
| **Subtotal of Additional Settlement Charges** | **$1,742,236.66** | | | **$10,000.00** | |
| **Totals** | **$51,611,274.94** | **$36,181,364.40** | | **$33,947,778.14** | **$49,447,748.84** |

**Balance Due FROM Borrower:** $15,429,910.54    **Balance Due TO Seller:** $15,499,970.70

## APPROVED AND ACCEPTED

| BORROWER(S) | SELLER(S) |
|---|---|
| Cypress Lakes Owner, LLC, a Delaware limited liability company | Alliance HTTX LLC, a Delaware limited liability company |
| By: __ATTACHED__ | By: _(signature)_ |
| Name: | Name: Steven Ivankovich |
| Title: | Title: Authorized Signatory |

**SETTLEMENT COORDINATOR**

_Michael Scott_
Michael Scott

---

File Number:   FN-43739-FL-1                           4   of  4

## APPROVED AND ACCEPTED

| BORROWER(S) | SELLER(S) |
|---|---|
| Cypress Lakes Owner, LLC, a Delaware limited liability company | Alliance HTTX LLC, a Delaware limited liability company |
| By: *[signature]* <br> Name: Jock Champion <br> Title: Authorized Signatory | By: _____ <br> Name: <br> Title: |

**SETTLEMENT COORDINATOR**

_____

Michael Scott