# **EXHIBIT 7**



**First Nationwide Title Agency LLC**
220 East 42nd Street, 24th Floor
New York, NY  10017
(212) 499-0100

| | |
|---|---|
| File Number: | FN-43739-FL |
| Loan Amount: | $74,035,810.00 |
| Sales Price: | $87,600,000.00 |
| Close Date: | 4/1/2022 |

## COMBINED CLOSING STATEMENT

| | |
|---|---|
| Type: | Purchase |
| Property: | 3503 BONAIRE BOULEVARD<br>KISSIMMEE, FL  34741 (OSCEOLA) |

Borrower(s): **KISSIMMEE LAKES OWNER, LLC, A DELAWARE LIMITED LIABILITY COMPANY**

Seller(s): **ALLIANCE HTFL LLC, A DELAWARE LIMITED LIABILITY COMPANY**

Lender: **Invesco CMI Investments, L.P.**

| | Borrower | | Seller | |
|---|---|---|---|---|
| **Description** | **Debit** | **Credit** | **Debit** | **Credit** |
| **Deposits, Credits, Debits** | | | | |
| Contract Sales Price | $87,600,000.00 | | | $87,600,000.00 |
| Earnest Money from First Nationwide Title Agency LLC General Escrow Account | | $1,918,248.18 | | |
| **Subtotal of Deposits, Credits, Debits** | **$87,600,000.00** | **$1,918,248.18** | | **$87,600,000.00** |
| **Prorations** | | | | |
| Contract Assumptions - BrightHouse | $18.16 | | | $18.16 |
| Contract Assumptions - BrightHouse | $109.72 | | | $109.72 |
| Waste Management | $127.87 | | | $127.87 |
| Electricity Services | | $12,312.20 | $12,312.20 | |
| Water/Trash Services | | $3,187.76 | $3,187.76 | |
| Real Estate Taxes | | $157,330.53 | $157,330.53 | |
| Personal Property/Intangible Taxes | | $358.33 | $358.33 | |
| Waste Management | | $3,308.04 | $3,308.04 | |
| Security Deposit Liability | | $174,017.50 | $174,017.50 | |
| Rent Ready Credit | | $128,000.00 | $128,000.00 | |
| Rent- Current Prepaid 3/28/2022 | | $79,127.60 | $79,127.60 | |
| **Subtotal of Prorations** | **$255.75** | **$557,641.96** | **$557,641.96** | **$255.75** |
| **Payoffs** | | | | |
| Payoff to Situs Asset Management LLC | | | $44,330,272.66 | |
| Second Payoff to Bryant Park Commercial Real Estate Partners I, LLC | | | $9,681,175.12 | |
| Abilene, TX - The Warwick- Payoff to Situs Asset Management LLC | | | $6,666,206.42 | |
| Abilene, TX - The Warwick Payoff to Bryant Park Commercial Real Estate Partners I, LLC | | | $1,455,815.80 | |
| Amarillo, TX - Coulter Landing Payoff to Situs Asset Management LLC | | | $2,666,482.57 | |
| Amarillo, TX - Coulter Landing Payoff to Bryant Park Commercial Real Estate Partners I, LLC | | | $582,326.32 | |
| **Subtotal of Payoffs** | | | **$65,382,278.89** | |
| **New Loans** | | | | |
| Principal Amount of New Loan from Invesco CMI Investments, L.P. (POC $12,715,810.00 by Invesco CMI Investments, L.P.) | | $61,320,000.00 | | |
| Good Faith Deposit to Invesco CMI Investments, L.P. | | $235,000.00 | | |
| Processing Fees to Invesco CMI Investments, L.P. | $35,000.00 | | | |

| Description | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| Stub Interest to Invesco CMI Investments, L.P. | $69,632.27 | | | | |
| Travel Expenses to Invesco CMI Investments, L.P. | $554.90 | | | | |
| Commitment Fees to Invesco CMI Investments, L.P. | $555,268.58 | | | | |
| **Subtotal of New Loans** | **$660,455.75** | **$61,555,000.00** | | | |
| **Title Charges** | | | | | |
| Lender's Coverage $74,035,810.00 Premium $25.00 to First Nationwide Title Agency LLC | $25.00 | | | | |
| Owner's Coverage $87,600,000.00 Premium $181,525.00 to First Nationwide Title Agency LLC | | | | $181,525.00 | |
| FL 6-06 Variable Rate LP (6-17-06) LTP Endorsement(s) to First Nationwide Title Agency LLC | $25.00 | | | | |
| FL 8.1-06 Environmental Protection Lien LP (6-17-06) LTP Endorsement(s) to First Nationwide Title Agency LLC | $25.00 | | | | |
| FL 9-06 Restrictions, Easements, Minerals LP (12-1-13) LTP Endorsement(s) to First Nationwide Title Agency LLC | $18,155.00 | | | | |
| FL 39-06 Policy Authentication LP 4-2-13 LTP Endorsement(s) to First Nationwide Title Agency LLC | | | | | |
| FL Survey LP non-res (8-1-16) LTP Endorsement(s) to First Nationwide Title Agency LLC | $100.00 | | | | |
| FL Balloon LP non-res (8-1-16) LTP Endorsement(s) to First Nationwide Title Agency LLC | $100.00 | | | | |
| FL 9.2-06 Restrictions, Easements, Minerals OP (12-1-13) OTP Endorsement(s) to First Nationwide Title Agency LLC | $18,155.00 | | | | |
| FL 39-06 Policy Authentication OP 4-2-13 OTP Endorsement(s) to First Nationwide Title Agency LLC | | | | | |
| FL Survey OP non-res (8-1-16) OTP Endorsement(s) to First Nationwide Title Agency LLC | $100.00 | | | | |
| Butler Rebate/Discount ($77,922.00) | | | | | $77,922.00 |
| Search - Abstract to AmTrust Title Insurance Company | $800.00 | | | | |
| Clearance Fee to First Nationwide Title Agency LLC    $1,000.00 | | | | $1,000.00 | |
| Settlement w/ Disbursements to First Nationwide Title Agency LLC | $750.00 | | | $750.00 | |
| UCC Filing Fees (SOS) to First Nationwide Title Agency LLC | $500.00 | | | $1,250.00 | |
| Search - Exam - Update to AmTrust Title Insurance Company | $25.00 | | | | |
| Escrow Holdback to First Nationwide Title Agency LLC General Escrow Account | | | | $100,000.00 | |
| **Subtotal of Title Charges** | **$38,760.00** | | | **$284,525.00** | **$77,922.00** |
| **Government Recording and Transfer Charges** | | | | | |
| Transfer Tax $613,200.00 | | | | $613,200.00 | |
| Intangible Taxes $1,453.21 | | | | $1,453.21 | |
| Mortgage Tax - Commercial $72,925.65 | $72,925.65 | | | | |
| Mortgage Intangible Tax - Commercial $41,671.62 | $41,671.62 | | | | |
| Estimated Recording Charges | $500.00 | | | $2,000.00 | |
| **Subtotal of Government Recording and Transfer Charges** | **$115,097.27** | | | **$616,653.21** | |
| **Additional Settlement Charges** | | | | | |
| Lien Searches to PropLogix | $990.00 | | | | |
| Entity Due Diligence to CT Lien Solutions | | | | $7,897.73 | |
| Lease Audit to Armada Analytics, Inc. | $19,622.06 | | | | |
| Security Deposit Liability to Arium Kissimmee Lakes | $174,017.50 | | | | |
| Equity Inspection Fees and Reporting to PM-MX LLC | $29,540.00 | | | | |
| O&M -ACM to CBRE, Inc. | $7,330.00 | | | | |
| Zoning Report to Armada Analytics, Inc. | $750.00 | | | | |
| Survey Fees to Michael Rudd & Associates, LLC. | $6,350.00 | | | | |
| Fees to CBRE Heery, Inc. | $950.00 | | | | |
| Water Bills to Kissimmee Utility Authority | | | | $9,563.19 | |

File Number:   FN-43739-FL                    2   of  4

| Description | | | | | |
|---|---|---|---|---|---|
| Broker Fee (Selling Agent) to Cushman & Wakefield, Inc. | | | | $1,027,500.00 | |
| Appraisal to WD-Geophy CRE Valuation | $6,500.00 | | | | |
| Lender fees - Appraisal to JLL Valuation & Advisory Services | $7,500.00 | | | | |
| Lender Appraisal Review to Ankura Consulting Group, LLC | $1,800.00 | | | | |
| Tax Counsel Fees to Mayer Brown LLP | $2,500.00 | | | | |
| Tax Structuring Consulting to PricewaterhouseCoopers LLP | $2,350.00 | | | | |
| Tax Reserve to KeyBank Real Estate Capital | $550,419.13 | | | | |
| Environmental to Targus Associates | $1,950.00 | | | | |
| Environmental - Internal to Lockton | $1,256.00 | | | | |
| EGS Reporting to Lord Green Strategies | $600.00 | | | | |
| Background Searches to DISA Global Solutions, Inc. | $10,448.83 | | | | |
| Insurance Review to Harbor Group | $8,913.00 | | | | |
| Lender Legal Fees to Greenberg Traurig | $107,500.00 | | | | |
| Servicer Set-Up to KeyBank Real Estate Capital | $750.00 | | | | |
| ARIUM Kissimmee Lakes Operating Account to Arium Kissimmee Lakes | $1,357,443.30 | | | | |
| Fees to Cushman & Wakefield, Inc. | $543,741.94 | | | | |
| Due Diligence Fees to Carroll Management Group LLC | $26,627.26 | | | | |
| Reliance Invoice to CBRE, Inc. | $1,500.00 | | | | |
| Legal Fees to King & Spalding, LLP | | | | $10,000.00 | |
| Legal Fees - Legal Opinion to Nelson Mullins | $5,760.00 | | | | |
| Search Fees to CT Corporation | $2,287.51 | | | | |
| Legal Fees- Local Counsel to Greenberg Traurig | | | | $8,975.00 | |
| Borrower/Buyer Legal Fees to Morrison & Foerster LLP $20,000.00 | $20,000.00 | | | | |
| Insurance Fee to Marsh USA, Inc. | $52,118.00 | | | | |
| Legal Fees to Sharma, Smith & Gray, P.C. | $17,300.00 | | | | |
| Legal Fees to Arnall Golden Gregory, LLP | $94,650.00 | | | | |
| Additional Reliance Letter Fees to CBRE, Inc. | $750.00 | | | | |
| Fees to iVision International LLC | $10,176.72 | | | | |
| Interest Rate Cap Fees to SMBC Capital Markets. Inc. | $455,000.00 | | | | |
| Interest Rate Cap - Transaction Management Fees to Chatham Financial | $12,460.76 | | | | |
| **Subtotal of Additional Settlement Charges** | **$3,541,852.01** | | | **$1,063,935.92** | |
| **Totals** | **$91,956,420.78** | **$64,030,890.14** | | **$67,905,034.98** | **$87,678,177.75** |

|  |  |  |  |
|---|---|---|---|
| **Balance Due FROM Borrower:** | $27,925,530.64 | **Balance Due TO Seller:** | $19,773,142.77 |

**APPROVED AND ACCEPTED**

| BORROWER(S) | SELLER(S) |
|---|---|
| Kissimmee Lakes Owner, LLC, a Delaware limited liability company | Alliance HTFL LLC, a Delaware limited liability company |
| By: _____ATTACHED_____ | By: _(signed)_ |
| Name: | Name: Steven Ivankovich |
| Title: | Title: Authorized Signatory |

**SETTLEMENT COORDINATOR**

_Michael Scott_
Michael Scott

File Number:   FN-43739-FL                     4   of 4

**APPROVED AND ACCEPTED**

| BORROWER(S) | SELLER(S) |
|---|---|
| Kissimmee Lakes Owner, LLC, a Delaware limited liability company | Alliance HTFL LLC, a Delaware limited liability company |
| By: *(signature)* <br> Name: Josh Champion <br> Title: Authorized Signatory | By: _____ <br> Name: <br> Title: |

**SETTLEMENT COORDINATOR**

_____
Michael Scott