# **EXHIBIT 8**

**CADWALADER**

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

March 23, 2022

**VIA EMAIL**

Keith A. McKenna
The McKenna Law Firm, LLC
101 Hudson Street, 21st Floor
Jersey City, NJ 07302
Keith.mckenna@mcklaw.net

Re:     Overlook Managing Member LLC

Dear Mr. McKenna:

I write on behalf of Steven Ivankovich in response to your letter dated March 22, 2022 regarding your client Gary A. Romaniello's purported rights under the Limited Liability Company Agreement of Overlook Managing Member LLC, dated May 2, 2017 (the "LLC Agreement") with respect to the sale of real property indirectly held by PILGRIM Caribbean Isle LLC and PILGRIM Forest Park LLC (the "Sale").

Contrary to your assertion, Mr. Romaniello has no consent rights under the LLC Agreement with respect to the Sale. Any attempt to interfere with the Sale would be baseless and would expose your client to substantial liability. As for the Sale's proceeds, they will be distributed in accordance with the terms of the LLC Agreement at the appropriate time.

Nothing stated or omitted herein shall waive any of Mr. Ivankovich's rights or remedies under the LLC Agreement, at law, in equity, or otherwise, all of which are expressly reserved.

**Michael E. Petrella**  Tel +1 212 504-5551  Fax +1 212 504-6666  michael.petrella@cwt.com

C A D W A L A D E R

Keith A. McKenna
March 23, 2022

Sincerely,

Michael E. Petrella

CC:   Andrew Perel, Esq.
Andrew.perel@troumansanders.com

Steven M. Herman
steven.herman@cwt.com