**CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, certify that on January 6, 2025, I caused a true and correct copy of the foregoing *Objection Of P-5 GRA LLC To The Agreed Motion For Order Authorizing Use Of Cash Collateral Of Wedbush Securities, Inc. and Celadon Financial Group* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

| Eyal Berger, Esq.<br>Email: eyal.berger@akerman.com<br>AKERMAN LLP<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301 | Amanda Klopp, Esq.<br>Email: amanda.klopp@akerman.com<br>AKERMAN LLP<br>777 South Flagler Drive<br>Suite 1100 – West Tower<br>West Palm Beach, Florida 33401 |
|---|---|

                                                        */s/ Michael Busenkell*
                                                        Michael Busenkell (#0066613)

Dated: January 6, 2025