# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# Miami Division
# www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>IVANKOVICH FAMILY LLC,<br>A&O FAMILY LLC (FL),<br>A&O FAMILY LLC (IL)<br>ATLAS P2 MANAGING MEMBER, LLC,<br><br>           Debtors. | Chapter 11<br><br>Case No.  24-15755-LMI<br>(Jointly Administered)<br>           24-15762-LMI<br>           24-15767-LMI<br>           24-15770-LMI |

## EX PARTE MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

1.     I, Michael Busenkell ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit pro hac vice Bradley P. Lehman ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for the District of Delaware, District of New Jersey, Eastern District of Pennsylvania, Western District of Pennsylvania, as well as the Third Circuit Court of Appeals and the United States Supreme Court, and qualified to practice in this court, who proposes to act as counsel for P-5 GRA, LLC ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

2.     I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to

participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

3. I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

4. The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear Pro Hac Vice, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

5. The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court (1) authorizing the Visiting Attorney to appear pro hac vice in this case and in any adversary proceedings in this case on behalf of the Client; (2) indicating Movant as local counsel for the Client; and (3) for such other and further relief as may be just.

Respectfully submitted,

Dated: January 7, 2025

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell, Esq. (#0066613)
Bradley P. Lehman, Esq.
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
mbusenkell@gsbblaw.com
blehman@gsbblaw.com

*Attorneys for P-5 GRA LLC*

**AFFIDAVIT OF PROPOSED VISITING ATTORNEY**

I, Bradley P. Lehman, am a member in good standing of the bar of the State of Delaware. I am a member in good standing of the bars of the United States District Court(s) for the District of Delaware, District of New Jersey, Eastern District of Pennsylvania, Western District of Pennsylvania, as well as the Third Circuit Court of Appeals and the United States Supreme Court, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear pro hac vice in this case and in any adversary proceedings in this case on behalf of P-5 GRA, LLC ("Client"). I designate Michael Busenkell ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: January 7, 2025

        GELLERT SEITZ BUSENKELL & BROWN, LLC

        */s/ Bradley P. Lehman*
        Bradley P. Lehman, Esq.
        1201 N. Orange St., Ste. 300
        Wilmington, Delaware 19801
        Telephone: (302) 425-5800
        Facsimile: (302) 425-5814
        blehman@gsbblaw.com

        *Attorneys for P-5 GRA LLC*