# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>IVANKOVICH FAMILY LLC,<br>A&O FAMILY LLC (FL),<br>A&O FAMILY LLC (IL)<br>ATLAS P2 MANAGING MEMBER, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No.  24-15755-LMI<br>(Jointly Administered)<br>         24-15762-LMI<br>         24-15767-LMI<br>         24-15770-LMI<br><br>**Related Docket No. 214** |

### P-5 GRA, LLC'S EX-PARTE MOTION TO ALLOW REMOTE APPEARANCE VIA ZOOM AT HEARING SET FOR JANUARY 8, 2025, AT 1:30 PM (ET)

P-5 GRA, LLC ("P-5 GRA") hereby moves this Court, on an ex-parte basis, for entry of an Order authorizing co-counsel for P-5 GRA, Bradley P. Lehman, Esquire, of Gellert Seitz Busenkell & Brown LLC, to appear remotely via Zoom at the hearing set for January 8, 2025, at 1:30 P.M. (the "Motion"), and states:

1. The live, in-person hearing on Debtors' *Agreed Motion for Order Authorizing Use of Cash Collateral of Wedbush Securities, Inc. and Celadon Financial Group* (ECF 214).is presently scheduled for January 8, 2025, at 1:30 P.M. at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, Florida 33128 [ECF 217] (the "Hearing"). P-5 GRA was not served with notice of the Hearing. *See* ECF 218.

2. Undersigned counsel for P-5 GRA, Bradley P. Lehman, Esquire, is located in the State of Delaware and is unable to appear in person at the Hearing.

3. The Motion is filed in good faith and will not prejudice any other party to these cases.

4. Accordingly, undersigned counsel respectfully requests entry of an ex-parte Order authorizing Bradley P. Lehman, Esquire, to appear remotely via Zoom at the Hearing.

WHEREFORE, P-5 GRA respectfully request that the Court grant this ex-parte Motion allowing Bradley P. Lehman, Esquire, to appear remotely via Zoom at the Hearing, along with such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: January 7, 2025

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell, Esq. (#0066613)
Bradley P. Lehman, Esq.
1201 N. Orange St., Ste. 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
mbusenkell@gsbblaw.com
blehman@gsbblaw.com

*Attorneys for P-5 GRA LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all parties registered to receive electronic notices in these cases.

Dated: January 7, 2025

                                      GELLERT SEITZ BUSENKELL & BROWN, LLC

                                      */s/ Michael Busenkell*
                                      Michael Busenkell, Esq. (#0066613)