IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**In Re:**

| | |
|---|---|
| **IVANKOVICH FAMILY LLC,** | |
| **A&O FAMILY LLC (FL),** | |
| **A&O FAMILY LLC (IL),** | |
| **ATLAS P2 MANAGING MEMBER LLC,** | **CASE NO.: 24-15755-LMI** |
| | **(Jointly Administered)** |
| | 24-15762-LMI |
| | 24-15767-LMI |
| | 24-15770-LMI |
| **DEBTORS.** | **CHAPTER 11** |

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF ALL OTHER PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters its appearance on behalf of P-5 GRA, LLC in the above-styled Chapter 11 bankruptcy proceeding pursuant to Federal Rule of Bankruptcy Procedure 2002.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby requests that all motions and other papers be served on P-5 GRA, LLC be furnished to:

| | |
|---|---|
| Matthew R. Brooks | Steven J. Brotman |
| TROUTMAN PEPPER LOCKE LLP | TROUTMAN PEPPER LOCKE LLP |
| 875 Third Avenue | 777 South Flagler Drive |
| New York, NY 10022 | Suite 215 East Tower |
| Telephone: 212-704-6047 | West Palm Beach, FL 33401 |
| matthew.brooks@troutman.com | Telephone: 561-833-7700 |
| *Pro Hac Vice to be Filed* | steven.brotman@lockelord.com |

Gary W. Marsh
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street
Suite 300
Atlanta, GA 30308
Telephone: 404-485-3000
gary.marsh@troutman.com
*Pro Hac Vice to be Filed*

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this action and any proceeding commenced herein.

Dated: January 24, 2025

      **TROUTMAN PEPPER LOCKE LLP**
      777 South Flagler Drive
      Suite 215 East Tower
      West Palm Beach, FL  33401
      Telephone:     561-833-7700
      Facsimile:      561-655-8719

      By: */s/  Steven J. Brotman*
          Steven J. Brotman
          Florida Bar No.: 85750
          steven.brotman@troutman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 24, 2025, a true and correct copy of the foregoing *Notice of Appearance* was served via ECF on all parties who receive service in this Bankruptcy Case via electronic case filing.

      */s/  Steven J. Brotman*
      Steven J. Brotman

143047263