UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                       Case No: 24-15755-LMI
                                                                                             Chapter 11

**IVANKOVICH FAMILY LLC,**

    Debtor(s).
_____/

## NOTICE OF SCHEDULING JUDICIAL SETTLEMENT CONFERENCE

**ATTORNEY** SHALL SERVE A COPY OF THIS NOTICE ON ALL COUNSEL WHO ARE NOT RECIPIENTS OF THIS NOTICE VIA CM/ECF, AND SHALL FILE A CERTIFICATE OF SERVICE OF THE SAME.

**COUNSEL FOR EACH PARTY SHALL DELIVER A COPY OF THIS NOTICE TO THEIR CLIENT AND CLIENT REPRESENTATIVE**

    A pre-settlement conference call was held in this matter on February 21, 2025. At the pre-settlement conference call, the Settlement Judge and counsel for each participating party scheduled the judicial settlement conference.

    The settlement conference will commence:

    **Date:**      **March 18, 2025 and March 19, 2025**
    **Time:**     9:30 am
    **Location:**  video conference only using Zoom Video Communications, Inc.

    All provisions of the *Notice to Parties Participating in Judicial Settlement Conference* [ECF No. 265] remain in full force and effect to the extent not inconsistent with this notice.

                                                                      Hon. Paul G. Hyman
                                                                     United States Bankruptcy Judge