

**ORDERED in the Southern District of Florida on April 9, 2025.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| In re: | Case No.: 24-15755-LMI |
|---|---|
|  | Chapter 11 |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC | 24-15762-LMI |
| A & O FAMILY LLC | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC | 24-15770-LMI |

     Debtors.
_____/

### *EX PARTE* ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO REDACT AND RESTRICT MONTHLY OPERATING REPORT FOR SEPTEMBER 2024 (ECF NO. 141) AND <u>MONTHLY OPERATING REPORT FOR OCTOBER (ECF NO. 188)</u>

THIS MATTER came before the Court upon Debtor's *Ex Parte Motion to Redact and Restrict Monthly Operating Report for September 2024 (ECF No. 141) and Monthly Operating Report for October 2024 (ECF No. 188)* (the "**Motion to Redact**") (ECF No. 307).  The Court,

having reviewed the Motion to Redact, and finding good cause for the relief requested therein, hereby ORDERS as follows:

1. The Motion to Redact is **GRANTED**.

2. The Clerk of Court shall take all steps necessary to make the Monthly Operating Report for September 2024 (ECF No. 144) and the Monthly Operating Report for October 2024 (ECF No. 188) no longer publicly accessible.

###

**SUBMITTED BY:**
Amanda Klopp, Esq.
Akerman LLP
777 S. Flagler Dr. Suite 1100
West Palm Beach, Florida 33401
Tel: 561-653-5000
Fax: 561-659-6316
*Counsel for Debtors*

Copies furnished to:
Amanda Klopp, Esq. [Attorney Klopp is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of Court.]