# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# Miami Division
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-15755-LMI |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC, | 24-15762-LMI |
| A & O FAMILY LLC, | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15770-LMI |
| Debtors. | |
| _____/ | |

## DEBTORS' EX PARTE MOTION TO SHORTEN TIME FOR PROVIDING NOTICE OF SALE OF CELADON ACCOUNTS

Debtors Ivankovich Family LLC, A&O Family LLC, an entity organized under the laws of Florida, and A & O Family LLC, an entity organized under the laws of Illinois, and Atlas P2 Managing Member, LLC (collectively the "Debtors"), by and through its proposed undersigned counsel, hereby requests that this Court enter an *ex parte* order shortening the time to notice the hearing on *Debtors' Motion To Authorize The Sale/Liquidation Of The Celadon Accounts, Authorizing Payment Of Secured Margin Loans Authorizing Payment Of U.S. Trustee Fees And Administrative Expenses From Proceeds, And Related Relief* (ECF No. 351) (the "Sale Motion"), and in support thereof, states as follows:

1. On May 20, 2025, the Debtors filed their Sale Motion.

2. Pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(2), all creditors must receive at least twenty-on (21) day notice by mail of a Debtor's proposed sale, unless the court for cause shown shortens the time or directs another method of giving notice.

3. Pursuant to Federal Rules of Bankruptcy Procedure 9006(c), when an act is required to be done within a specified time, the court for cause shown may order the period reduced.

81521600;1

4. The Debtors request that the notice period be shortened to the number of days before which the hearing on the Sale Motion will take place which is on May 27, 2025 at 11:00 a.m.

5. Good cause exists for shortening the notice period for the hearing on the Sale Motion. There will be no prejudice to the parties involved as the primary secured creditor, Celadon Financial Group / Wedbush Securities Inc. consents to the relief requested in the Sale Motion, adequate protection of replacement liens is provided, and the requested relief only seeks to liquidate assets at fair market value on recognized exchanges, and pay already-approved administrative expenses. Furthermore, the relief requested has been informally solicited since commencement of the case and raised at prior hearings and the motion is filed to provide the Court with the legal authority supporting the relief requested. In addition, all interested parties are already on notice and expected to attend the hearing taking place on May 27, 2025 at 11:00 a.m., and if any party wished to contest the contemplated sale, such party could raise an objection at the hearing.

6. The Debtors believe that the relief sought in this Motion is in the best interests of the Estates and that creditors will not be prejudiced by the granting of this Motion.

**WHEREFORE**, the Debtors respectfully requests that the Court enter an Order shortening the time to the number of days before which the hearing on the Sale Motion will take place, which will be on May 27, 2025, and for such other relief as this Court deems just and proper.

Dated: May 21, 2025

By: */s/ Eyal Berger*
Eyal Berger, Esq.
Florida Bar Number: 0011069
Email: eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700 /Fax: 954-463-2224

2

81521600;1

-and-
Amanda Klopp, Esq.
Florida Bar No. 124156
Email: amanda.klopp@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 – West Tower
West Palm Beach, Florida 33401
Tel: 561-653-5000 /Fax: 561-659-6316
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Eyal Berger*
      Eyal Berger, Esq.

3

81521600;1

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-15755-LMI |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC, | 24-15762-LMI |
| A & O FAMILY LLC, | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15770-LMI |
| Debtors. _____/ |  |

**ORDER GRANTING DEBTORS' EX PARTE MOTION TO SHORTEN TIME FOR PROVIDING NOTICE OF SALE OF CELADON ACCOUNTS**

**THIS MATTER** came before the Court without a hearing upon the on the *Debtors' Ex Parte Motion To Shorten Time For Providing Notice of Sale of Property* (the "Motion") (ECF __).

81521600;1

Upon consideration of the Motion, the Court has determined that there is cause for the relief granted herein. Accordingly, it is

**ORDERED**, as follows:

1. The Motion is **GRANTED**.

2. The time for providing notice of the sale of property is shortened to the number of days before which the hearing on the Sale Motion will take place, which is on May 27, 2025 at 11:00 a.m.

### 

Submitted by:

Eyal Berger, Esq.
Florida Bar No. 0011069
Email: eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301
Tel:  954-463-2700 /Fax:  954-463-2224

Attorney Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.