UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC,
A & O FAMILY LLC,
ATLAS P2 MANAGING MEMBER, LLC,

Debtors.
_____/

Chapter 11

Case No. 24-15755-LMI
(Jointly Administered)
   24-15762- LMI
   24-15767- LMI
   24-15770- LMI

## SUPPLEMENTAL DECLARATION OF VONN R. CHRISTENSON, ESQ. IN SUPPORT OF APPLICATION TO EMPLOY VONN R. CHRISTENSON AND THE CHRISTENSON LAW FIRM LLP AS SPECIAL CALIFORNIA COUNSEL TO THE DEBTORS EFFECTIVE AS OF JUNE 10, 2024

Vonn R. Christenson, Esq. makes this Supplemental Declaration pursuant to 28 U.S.C. § 1746, and states:

1. I am a partner with the law firm of Christenson Law Firm LLP ("Christenson"). I am familiar with the matters set forth herein and make this Supplemental Declaration in further support of the *Application To Employ Vonn R. Christenson and The Christenson Law Firm LLP as Special California Counsel to the Debtors Effective as of June 10, 2024* (the "Application").

2. The Application was approved by the Court on a final basis on October 23, 2024 (ECF No. 143).

3. A supplemental search of Christenson's conflicts check system revealed the following matters, which also do not impair my or Christenson's disinterestedness or constitute any conflict of interest:

  (a) Christenson also represents Atlas Homes, LLC d/b/a Atlas Residential, LLC in the action styled *Township Orlando LLC et al , v. Atlas P2 Managing Member, LLC et al.* Case No.19STCV00630 (the "California Action").

81510366;1

After the Court approved Christenson's employment in this case, Atlas Homes, LLC d/b/a Atlas Residential, LLC was added as a Defendant by Plaintiffs in the California Action by virtue of the Second Amended Complaint. On February 14, 2025, Christenson filed an Answer in the California Action on behalf of Atlas Homes, LLC d/b/a Atlas Residential, LLC.

4. This concludes my declaration.

### 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2025

_____
VONN R. CHRISTENSON, ESQ.