UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC (FL),
A & O FAMILY LLC (IL),
ATLAS P2 MANAGING MEMBER, LLC,

    Debtors.
_____/

Chapter 11

Case No. 24-15755-LMI
(Jointly Administered)
24-15762-LMI
24-15767-LMI
24-15770-LMI

### SUPPLEMENT TO DEBTORS' EXPEDITED MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE AGAINST JEANETTE IVANKOVICH AND SCHILLER, DUCANTO & FLECK LLP, AND NEAL H. LEVIN FOR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY

Debtors Ivankovich Family LLC ("IF LLC"), A&O Family LLC, a limited liability company organized under the laws of Florida ("A&O FL"), A&O Family LLC, a limited liability company organized under the laws of Illinois ("A&O IL"), and Atlas P2 Managing Member LLC ("Atlas P2") (collectively, "Debtors") hereby file this Supplement to their *Expedited Motion for Entry of an Order to Show Cause Against Jeanette Ivankovich and Schuller, Ducanto & Fleck LLP, and Neal H. Levin for Willful Violations of the Automatic Stay* (ECF No. 354) ("Stay Violation Motion") and state as follows:

1. Debtors filed the Stay Violation Motion on May 20, 2025.

2. On May 21, 2025, Neal H. Levin, acting as Receiver under the then-operative Receivership Order ("Levin") released the hold on the remaining operating accounts of the P5 Entities.[1]

---

[1] All capitalized terms not defined herein have the meaning ascribed in the Stay Violation Motion.

81529487;2

2

3. On May 21, 2025, Levin confirmed that he did not intend to exercise any operational or management control over the P5 Entities or the properties that they managed.

4. On May 22, 2025, the Illinois Divorce Court entered an Order staying the Receivership Order in its entirety and setting the matter for further hearing on June 16, 2025. A copy of the Order is attached as Exhibit 1 hereto.

5. If any of the issues raised by the Stay Relief Motion are resolved prior to hearing, Debtors intend to submit an Agreed Order reflecting same prior to Hearing set on the Motion.

| | |
|---|---|
| Dated: May 22, 2025 | By: */s/ Eyal Berger* <br> Eyal Berger, Esq. <br> Florida Bar Number: 0011069 <br> Email: eyal.berger@akerman.com <br> **AKERMAN LLP** <br> 201 East Las Olas Boulevard, Suite 1800 <br> Fort Lauderdale, FL  33301 <br> Tel:  954-463-2700 <br> Fax:  954-463-2224 <br> *Counsel for Debtors-in-Possession* |

2

81529487;2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served (i) on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case below, and (ii) by email to Neal H. Levin at neal.levin@rimonlaw.com.

By: */s/ Eyal Berger*
Eyal Berger, Esq.

**SERVICE LIST**

**24-15755-LMI Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Debtor A&O Family LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Debtor Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Debtor Ivankovich Family LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Interested Party A&O Family LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Interested Party A&O Family LLC (Illiniois)
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff A & O Family LLC (IL)
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff A&O Family LLC (FL)
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Atlas P2 Managing Member, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Ivankovich Family LLC
eyal.berger@akerman.com,

jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Anthony Ivankovich
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Olga Ivankovich
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Steven J Brotman on behalf of Interested Party P-5 GRA LLC
steven.brotman@troutman.com, Irene.rabba@troutman.com;AutoDocket@troutman.com;Pierce.rigney@troutman.com;Gary.marsh@troutman.com;Matthew.brooks@troutman.com

Michael S Budwick, Esq on behalf of Defendant Steven Ivankovich
mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael G Busenkell on behalf of Interested Party P-5 GRA LLC
mbusenkell@gsbblaw.com, blehman@gsbblaw.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Alexa Garcia Chinchilla on behalf of Interested Party Anthony Ivankovich
achinchilla@kttlaw.com

Alexa Garcia Chinchilla on behalf of Interested Party Olga Ivankovich
achinchilla@kttlaw.com

Alexa Garcia Chinchilla on behalf of Plaintiff Anthony Ivankovich
achinchilla@kttlaw.com

Alexa Garcia Chinchilla on behalf of Plaintiff Olga Ivankovich
achinchilla@kttlaw.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Gary A Goldstein on behalf of Debtor A & O Family LLC
gagpa@aol.com, michael@rglawfirm.us

Gary A Goldstein on behalf of Debtor A&O Family LLC
gagpa@aol.com, michael@rglawfirm.us

Gary A Goldstein on behalf of Debtor Altas P2 Managing Member LLC
gagpa@aol.com, michael@rglawfirm.us

Gary A Goldstein on behalf of Debtor Ivankovich Family LLC
gagpa@aol.com, michael@rglawfirm.us

Amanda Klopp on behalf of Debtor A & O Family LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Debtor A&O Family LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Debtor Altas P2 Managing Member LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Debtor Ivankovich Family LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Interested Party A&O

Family LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Interested Party A&O Family LLC (Illiniois)
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Interested Party Altas P2 Managing Member LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff A & O Family LLC (IL)
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff A&O Family LLC (FL)
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff Atlas P2 Managing Member, LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff Ivankovich Family LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Ari Newman, Esq. on behalf of Interested Party RBC Capital Markets, LLC and Royal Bank of Canada
newmanar@gtlaw.com,
perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Darrell Winston Payne on behalf of Creditor Schiller DuCanto & Fleck LLP
dpayne@stearnsweaver.com,
cveguilla@stearnsweaver.com

Darrell Winston Payne on behalf of Creditor Jeanette Ivankovich
dpayne@stearnsweaver.com,
cveguilla@stearnsweaver.com

Darrell Winston Payne on behalf of Defendant Schiller Ducanto & Fleck, LLP
dpayne@stearnsweaver.com,
cveguilla@stearnsweaver.com

Darrell Winston Payne on behalf of Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com,
cveguilla@stearnsweaver.com

Patricia A Redmond on behalf of Creditor Schiller DuCanto & Fleck LLP
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond on behalf of Creditor Jeanette Ivankovich
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond on behalf of Defendant Schiller Ducanto & Fleck, LLP
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond on behalf of Defendant Jeanette Ivankovich
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

David L Rosendorf, Esq on behalf of Interested Party Anthony Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Interested Party Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff A & O Family LLC (IL)
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

81529487;2

David L Rosendorf, Esq on behalf of Plaintiff A&O Family LLC (FL)
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff Atlas P2 Managing Member, LLC
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff Ivankovich Family LLC
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff Anthony Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Luis Salazar, Esq. on behalf of Interested Party Township Capital, LLC
Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

Luis Salazar, Esq. on behalf of Interested Party Township GP Fund II, LP
Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

Luis Salazar, Esq. on behalf of Interested Party Township Orlando, LLC
Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

4

81529487;2

# Exhibit 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Jeanette Ivankovich
v.
Steven Ivankovich

No. 2021 D 9220
Cal. C

## ORDER

This matter coming before the Court for hearing on Steven's Emergency Motion to Dissolve, Vacate and/or Modify the Ex Parte Order Appointing Neal H Levin Esq as Receiver, Granting Injunctive Relief Against Further Disposition of Assets, and Other Relief entered May 13 2025 and Third Party Respondents Anthony Tolgas Emergency Motion to Dissolve/Vacate, both parties appearing through counsel, various third parties appearing as identified on the record, the Court having heard argument of counsel, and the Court being duly advised in the premises IT IS HEREBY ORDERED:

(1) For the reasons set forth on the record, the Court finds Steven's Emergency Motion + Anthony and Olga's Emergency Motions to be emergencies.

(2) The "Order Appointing Neal H. Levin Esq as Receiver, Granting Injunctive Relief Against Further Disposition of Assets + Other Relief Entered May 13, 2025" is stayed in its entirety pending further order of Court. Mr. Levin shall immediately provide a copy of this order to all persons/entities in receipt of the May 13 2025 order or persons/entities otherwise contacted by Mr. Levin in capacity as Receiver.

Attorney No.: 62113
Name: Kopal S. Wittenberg DWK LLP
Atty. for: Steven Ivankovich
Address: 250 S. Wacker #600
City/State/Zip: Chicago IL 60606
Telephone: (312) 226 8941

ENTERED:
Dated:

ENTERED
Judge William Boyd-1760
MAY 22 2025
CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

/13

Judge    Judge's No.

(3) Jeanette shall have until June 5, 2025 to file any responses to Steven's Emergency Motion + Anthony + Olga's Emergency Motion. Any replies shall be filed by June 12, 2025 + courtesy copies by June 13, 2025.

Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois

(4) Hearing on Steven's Emergency Motion + Anthony + Olga's Emergency Motions is set for June 16, 2025 at 7:00 am in person in Room 1805. The parties shall exchange list of any witnesses they intend to call at the hearing (name, address, phone, email) and subject matter of testimony by 5pm on June 5, 2025.