UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC,
A & O FAMILY LLC,
ATLAS P2 MANAGING MEMBER, LLC,

Debtors.
_____/

Chapter 11

Case No. 24-15755-LMI
(Jointly Administered)
24-15762-LMI
24-15767-LMI
24-15770-LMI

**AGREED EX PARTE MOTION TO CONTINUE
HEARINGS SCHEDULED FOR JUNE 17, 2025**

Debtors Ivankovich Family LLC, A&O Family LLC, an entity organized under the laws of Florida, A & O Family LLC, an entity organized under the laws of Illinois, and Atlas P2 Managing Member, LLC (collectively the "Debtors"), with the consent of Anthony and Olga Ivankovich, Steven Ivankovich, Jeanette Ivankovich ("Jeanette"), Schiller Ducanto & Fleck, LLP ("Schiller"), and P-5 GRA, LLC, as the respective counterparties to the matters set for hearing on June 17, 2025 at 1:30 p.m., move to continue the hearings currently set for on the motions listed below to June 30, 2025 at 2:30 p.m.:

1. Joint Motion For Return of Funds To Drs. Anthony And Olga Ivankovich (**ECF 305**);

2. Debtors' Third Motion For An Order Extending Its Exclusive Period To Solicit Acceptances Of Their Chapter 11 Plan Thereto Pursuant To Section 1121(d) Of The Bankruptcy Code (**ECF 335**);

3. Debtors' Motion To Authorize The Sale/Liquidation Of The Celadon Accounts, Authorizing Payment Of Secured Margin Loans Authorizing Payment Of U.S. Trustee Fees And Administrative Expenses From Proceeds, And Related Relief (**ECF 351**);

4. Debtors' Expedited Motion For Entry Of An Order To Show Cause Against Jeanette Ivankovich And Schiller, Ducanto & Fleck LLP, And Neal H. Levin For Willful Violations Of The Automatic Stay **(ECF 354)**;

5. P-5 GRA, LLC's Motion To Compel Production Of Documents From Pilgrim Entities **(ECF 365)**;

6. Drs. Anthony And Olga Ivankovich's Motion For Protective Order Regarding Depositions **(ECF 376)**;

7. Debtors' Motion To Quash And For Protective Order As To Rule 2004 Examination Subpoenas **(ECF 382)**;

8. First Interim Application For Compensation Of Christenson Law Firm, LLP, Special California Counsel For The Debtor Atlas P2 Managing Member LLC **(ECF 293)** and Amended First Interim Application for Compensation of Christenson Law Firm, LLP, Special California Counsel For The Debtor Atlas P2 Managing Member LLC (**ECF No. 403**); and

9. Steven Ivankovich's Motion to Extend Time to Respond to Subpoena (**ECF 71 in Adv. Case No. 24-01411-LMI**)**.**

(the "Motions").

The parties hope to reach a resolution on various issues, including the Motions being heard concerning Jeanette and Schiller. In the interest of judicial economy, and to conserve the resources of the Court, P-5 GRA LLC has consented to the continuance of the respective Motions by and against it as well. Therefore, the parties jointly request that the Motions currently scheduled for hearing on June 17, 2025 at 1:30 p.m. be continued to June 30, 2025 at 2:30 p.m.

**WHEREFORE**, Debtors, Anthony and Olga Ivankovich, Steven Ivankovich, Jeanette Ivankovich, Schiller Ducanto & Fleck, LLP, and P-5 GRA LLC respectfully request that the Court continue the hearings on the Motions and enter an order in the form annexed as **Exhibit A** hereto, and for all other relief that is just and proper.

| | |
|---|---|
| Dated: June 16, 2025 | By: */s/ Eyal Berger*<br>Eyal Berger, Esq.<br>Florida Bar Number:  0011069<br>Email: eyal.berger@akerman.com<br>**AKERMAN LLP**<br>201 East Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL  33301<br>Tel:  954-463-2700 /Fax:  954-463-2224<br>-and-<br>Amanda Klopp, Esq.<br>Florida Bar No. 124156<br>Email: amanda.klopp@akerman.com<br>**AKERMAN LLP**<br>777 South Flagler Drive<br>Suite 1100 – West Tower<br>West Palm Beach, Florida 33401<br>Tel: 561-653-5000 /Fax: 561-659-6316<br>*Counsel for Debtors* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Eyal Berger*
    Eyal Berger, Esq.

81867276;1

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-15755-LMI |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC, | 24-15762-LMI |
| A & O FAMILY LLC, | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15770-LMI |
| Debtors. |  |
| _____/ |  |

**AGREED ORDER GRANTING AGREED EX PARTE MOTION TO CONTINUE**
**HEARINGS SCHEDULED FOR JUNE 17, 2025**

**THIS MATTER** came before the Court without a hearing upon the on the *Debtors' Agreed Ex Parte Motion To Continue Hearings Scheduled For June 17, 2025* (the "Motion to Continue")

81867276;1

(ECF --).  Upon consideration of the Motion to Continue, the Court has determined that there is cause for the relief granted herein.  Accordingly, it is

**ORDERED**, as follows:

1.      The Motion to Continue is **GRANTED**.

2.      The hearing on the following Motions will be continued from June 17, 2025 at 1:30 p.m. to **June 30, 2025 at 2:30 p.m.** at the United States Bankruptcy Court, 301 N. Miami Avenue, Courtroom 8, Miami, Florida 33128:

   i.     Joint Motion For Return of Funds To Drs. Anthony And Olga Ivankovich **(ECF 305)**;

   ii.    Debtors' Third Motion For An Order Extending Its Exclusive Period To Solicit Acceptances Of Their Chapter 11 Plan Thereto Pursuant To Section 1121(d) Of The Bankruptcy Code **(ECF 335)**;

   iii.   Debtors' Motion To Authorize The Sale/Liquidation Of The Celadon Accounts, Authorizing Payment Of Secured Margin Loans Authorizing Payment Of U.S. Trustee Fees And Administrative Expenses From Proceeds, And Related Relief **(ECF 351)**;

   iv.    Debtors' Expedited Motion For Entry Of An Order To Show Cause Against Jeanette Ivankovich And Schiller, Ducanto & Fleck LLP, And Neal H. Levin For Willful Violations Of The Automatic Stay **(ECF 354)**;

   v.     P-5 GRA, LLC's Motion To Compel Production Of Documents From Pilgrim Entities **(ECF 365)**;

   vi.    Drs. Anthony And Olga Ivankovich's Motion For Protective Order Regarding Depositions **(ECF 376)**;

   vii.   Debtors' Motion To Quash And For Protective Order As To Rule 2004 Examination Subpoenas **(ECF 382)**;

   viii.  First Interim Application For Compensation Of Christenson Law Firm, LLP, Special California Counsel For The Debtor Atlas P2 Managing Member LLC **(ECF 293)** and Amended First Interim Application for Compensation of Christenson Law Firm,

2

3

LLP, Special California Counsel For The Debtor Atlas P2 Managing Member LLC (**ECF No. 403**); and

      ix.      Steven Ivankovich's Motion to Extend Time to Respond to Subpoena (**ECF 71 in Adv. Case No. 24-01411-LMI**)

###

Submitted by:

Eyal Berger, Esq.
Florida Bar No. 0011069
Email: eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301
Tel:  954-463-2700

Attorney Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

3