IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**In Re:**

| | |
|---|---|
| **IVANKOVICH FAMILY LLC,** | |
| **A&O FAMILY LLC (FL),** | |
| **A&O FAMILY LLC (IL),** | |
| **ATLAS P2 MANAGING MEMBER LLC,** | **CASE NO.: 24-15755-LMI** |
| | **(Jointly Administered)** |
| | **24-15762-LMI** |
| | **24-15767-LMI** |
| | **24-15770-LMI** |
| **DEBTORS.** | **CHAPTER 11** |
| _____/ | |

## MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel.

I, Steven J. Brotman ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Michael A. Sabino ("Visiting Attorney"), an attorney admitted to practice and currently in good standing with the bar of the State of New York and admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York, and is qualified to practice in this court, who proposes to act as counsel for P-5 GRA, LLC ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case

identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: June 27, 2025

**TROUTMAN PEPPER LOCKE LLP**
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL  33401
Telephone:     561-833-7700
Facsimile:      561-655-8719

By: */s/  Steven J. Brotman*
   Steven J. Brotman
   Florida Bar No.: 85750
   steven.brotman@troutman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 27, 2025, a true and correct copy of the foregoing *Motion to Appear Pro Hac Vice* was served via ECF on all parties who receive service in this Bankruptcy Case via electronic case filing.

*/s/  Steven J. Brotman*
Steven J. Brotman

**Affidavit of Proposed Visiting Attorney**

I, Michael A. Sabino, am a member in good standing of the bar of the State of New York. I am a member in good standing of the bar of the United States District Courts for the Southern District of New York and the Eastern District of New York, but I am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of New York, the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of P-5 GRA, LLC ("Client"). I designate Steven J. Brotman ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: June 27, 2025

Michael A. Sabino, Esq.
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue, New York, NY 10022
New York, NY 10022
Telephone: 212-704-6000
michael.sabino@troutman.com

By: */s/ Michael A. Sabino*
    Michael A. Sabino