

**ORDERED in the Southern District of Florida on July 6, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC,
A & O FAMILY LLC,
ATLAS P2 MANAGING MEMBER, LLC,

    Debtors.
_____/

Chapter 11

Case No. 24-15755-LMI
(Jointly Administered)
24-15762-LMI
24-15767-LMI
24-15770-LMI

### ORDER ON MOTIONS CONCERNING DISCOVERY REQUESTS BY P-5 GRA LLC

**THIS MATTER** came before the Court on June 30, 2025 at 1:30 p.m. (the "Hearing") on *Debtors' Motion To Quash And For Protective Order As To Rule 2004 Examination Subpoenas* **(ECF 382)** ("Motion to Quash"), P-5 GRA, LLC's *Motion To Compel Production Of Documents From Pilgrim Entities* **(ECF 365)** ("Motion to Compel"), P-5 GRA LLC's *Response in Opposition to Debtors' Motion to Quash and for Protective Order as to Rule 2004 Examination Subpoenas and Request to Compel Production of Documents from Examination Parties* **(ECF 396)** and *Steven*

*Ivankovich's Joinder to Debtors' Motion to Quash and for Protective Order as to Rule 2004 Examination Subpoenas* **(ECF 387)** (collectively, the "Motions").  The Court, having reviewed the Motions, having heard the arguments of counsel for Debtors and P-5 GRA LLC, and being otherwise fully advised in the premises, the Court has determined that there is cause to stay and abate any discovery requests issued by P-5 GRA LLC in this bankruptcy case pending ruling on the Debtors' objections to the claim of P-5 GRA LLC.  Accordingly, it is hereby

**ORDERED**, as follows:

1. The Motion to Quash is **GRANTED**, without prejudice to P-5 GRA LLC re-filing its discovery requests after the hearing on Debtors' objections to P-5 GRA LLC's claim, if P-5 GRA LLC's claims in this bankruptcy case are allowed.

2. The Motion to Compel is **CONTINUED** and may be reset to a date after the hearing on Debtors' objections to P-5 GRA LLC's claim, if P-5 GRA LLC's claims in this bankruptcy case are allowed.

###

Submitted by:

Eyal Berger, Esq.
Florida Bar No. 0011069
Email: eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301
Tel:  954-463-2700

Attorney Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.