UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC (FL),
A&O FAMILY LLC (IL),
ATLAS P2 MANAGING MEMBER, LLC[1]

Debtors.

_____/

Chapter 11 Case

Case No. 24-15755-LMI
(Jointly Administered)
24-15762-LMI
24-15767-LMI
24-15770-LMI

## THIRD SUPPLEMENT TO DEBTORS' AMENDED JOINT PLAN OF REORGANIZATION

Debtors Ivankovich Family LLC, A&O Family LLC, a limited liability company organized under the laws of Florida ("A&O FL"), A&O Family LLC, a limited liability company organized under the laws of Illinois ("A&O IL"), Atlas P2 Managing Member LLC ("Atlas P2") (collectively, the "Debtors") and Dr. Anthony Ivankovich, Dr. Olga Ivankovich, and Yacht Daddy LLC, and P2 Portfolio Managing Member, LLC[2] (collectively with Debtors, the "Plan Proponents") hereby file this Third Supplement to their *Amended Joint Plan of Reorganization* (ECF No. 290) (the "Plan") and state as follows:

1.    Section 9.02 of the Plan, which contains Releases, is revised and supplemented as follows:

**9.02 <u>Releases</u>. On the confirmation date of this Plan, without the need for execution or delivery of any additional documentation or orders of the Bankruptcy Court, and**

---

[1] The cases are jointly administered. The last four digits of each Debtor's EIN are as follows: Ivankovich Family, LLC (4590), A&O Family, LLC, a Florida limited liability company (6789), A&O Family, LLC, an Illinois limited liability company (6865), and Atlas P2 Managing Member, LLC (8311).

[2] P2 is a plan proponent solely to the extent necessary to use any assets currently in its possession and control to fund any obligations under the Plan.

in exchange for valuable consideration of under this Plan, Dr. Anthony Ivankovich and Dr. Olga Ivankovich ("Released Parties") will be fully and finally released and forever discharged from any and all claims, actions, causes of action, liabilities, obligations, rights, suits, accounts, covenants, contracts, controversies, agreements, promises, damages, judgments, debts, encumbrances, liens, remedies, and demands, of every kind and nature whatsoever, in law or in equity, which could be brought or asserted by or on behalf of the Debtors against the Released Parties (collectively, "Released Claims").  The Released Claims shall expressly exclude any obligations of the Released Parties pursuant to the Plan.  For the avoidance of all doubt, the aforementioned Released Claims expressly exclude: (i) any independent claims that any non-debtor can assert against any Released Party, including the existing judgments by the Township Entities under the settlement agreement approved by the Court; and (ii) any claims that a creditor holding an allowed claim against any of the Debtors has the legal right to  assert against any other Debtor. For the avoidance of doubt, the Released Claims do not include any independent claims held by either Jeanette Ivankovich and Schiller Ducanto & Fleck, LLP against the Released Parties. Any independent claims held by  Jeanette Ivankovich  and Schiller Ducanto & Fleck, LLP against the Released Parties are not released pursuant to the Plan.  In addition, the claims relevant to Counts II and VI of the Complaint filed by the Debtors, Dr. Anthony Ivankovich, and Dr. Olga Ivankovich against Defendants Steven Ivankovich, Jeanette Ivankovich,  and Schiller Ducanto & Fleck, LLP in Adv. No. 24-1411-LMI filed before this Court, which disputes the Court abstained from adjudicating in its Order on Motion to Abstain from Adjudicating Counts II, IV, and VI of Plaintiffs' Adversary Complaint (Adv. Docket No. 53) are also not released pursuant to the Plan.

2.    Section 9.03 of the Plan, which contains Exculpation provisions, is revised and supplemented as follows:

9.03 <u>Exculpation</u>.  Except as specifically provided in the Plan and expressly excepting out Steven Ivankovich, neither the Debtors, nor their employees, retained professionals, members, advisors, attorneys, accountants, or financial advisors (the "Exculpated Parties"), shall have or incur, and are hereby released from, any claim, obligation, cause of action or liability to one another or to any holder of a claim or interest, or any other party in interest, or any of their respective officers, directors, shareholders, members, employees, representatives, advisors, attorneys, accountants, financial advisors, or agents,  for any act or omission in connection with, relating to, or arising out of the Chapter 11 Cases from the Petition Date through the Effective Date of this Plan, including: (i) the negotiation and pursuit of confirmation of this Plan, (ii) the consummation of this Plan, (iii)  the administration of this Plan, or (iv)

the property to be distributed under the Plan, except for their gross negligence, willful misconduct, or actual fraud, and in all respects shall be entitled to reasonably rely upon the advice of counsel with respect to their duties and responsibilities (if any) under this Plan. For the avoidance of doubt, the Exculpation provisions do not apply to Steven Ivankovich and do not include any independent claims held by either Jeanette Ivankovich and Schiller Ducanto & Fleck, LLP against the Exculpated Parties. Any independent claims held by Jeanette Ivankovich and Schiller Ducanto & Fleck, LLP against the Exculpated Parties are not exculpated or released pursuant to the Plan. In addition, the claims relevant to Counts II and VI of the Complaint filed by the Debtors, Dr. Anthony Ivankovich, and Dr. Olga Ivankovich against Defendants Steven Ivankovich, Jeanette Ivankovich, and Schiller Ducanto & Fleck, LLP in Adv. No. 24-1411-LMI filed before this Court, which disputes the Court abstained from adjudicating in its Order on Motion to Abstain from Adjudicating Counts II, IV, and VI of Plaintiffs' Adversary Complaint (Adv. Docket No. 53) are also not exculpated nor released pursuant to the Plan.

3.  Section 9.04 of the Plan, which contains the Plan Injunction provisions, is revised

and supplemented as follows:

**9.04 <u>Injunction</u>. Except as otherwise specifically provided in the Plan or the Confirmation Order, all entities and persons, and any successor, assigns or representatives of such entities and persons, who have held, hold, or may hold claims, rights, causes of action, liabilities, equity interests, or any other interests based on any act or omission, transaction, or other activity of any kind or nature related to the Debtors, Debtors in Possession, or the Chapter 11 Cases that occurred prior to the Effective Date ("Enjoined Claim"), regardless of the filing, lack of filing, allowance or disallowance of such claim or interest, and regardless of whether such entity or person has voted to accept the Plan, shall be precluded and permanently enjoined on and after the Effective Date from (a) the commencement or continuation in any manner of any claim, action or other proceeding of any kind with respect to any Enjoined Claim, against (i) any assets of the Debtors, (ii) any assets re-vested in the Reorganized Debtors, (iii) the Debtors, Reorganized Debtors, the Released Parties, or the Exculpated Parties (b) the enforcement, attachment, collection, or recovery by any manner or means of any judgment, award, decree or order with respect to any Enjoined Claim, against (i) any assets of the Debtors, (ii) any assets re-vested in the Reorganized Debtors, (iii) the Debtors, Reorganized Debtors, the Released Parties, or the Exculpated Parties; (c) the creation, perfection, or enforcement of any encumbrance or lien of any kind with respect to any Enjoined Claim, against (i) any assets of the Debtors, (ii) any assets re-vested in the Reorganized Debtors, (iii) the Debtors, Reorganized Debtors, the Released Parties, or the Exculpated Parties; and (d) taking any action whatsoever with respect to any Released Claims against (i) any assets of the Debtors, (ii) any assets re-vested in the Reorganized Debtors, (iii) the Debtors, Reorganized Debtors, the Released Parties, or the Exculpated Parties.   For**

82620350;9

**the avoidance of doubt, the Plan Injunction does not enjoin: (a) Township Entities from enforcement of any rights under their existing judgments under the settlement agreement approved by the Court; (b) any parties from initiating or continuing any claims against Steven Ivankovich; and (c) independent claims held by either Jeanette Ivankovich and Schiller Ducanto & Fleck, LLP against the Released Parties or the Exculpated Parties. Any independent claims held by Jeanette Ivankovich and Schiller Ducanto & Fleck, LLP against the Released Parties are not enjoined, exculpated, or released pursuant to the Plan. In addition, the claims relevant to Counts II and VI of the Complaint filed by the Debtors, Dr. Anthony Ivankovich, and Dr. Olga Ivankovich against Defendants Steven Ivankovich, Jeanette Ivankovich, and Schiller Ducanto & Fleck, LLP in Adv. No. 24-1411-LMI filed before this Court, which disputes the Court abstained from adjudicating in its Order on Motion to Abstain from Adjudicating Counts II, IV, and VI of Plaintiffs' Adversary Complaint (Adv. Docket No. 53) are also not enjoined, released, nor exculpated pursuant to the Plan. Finally, the injunctive relief**

4.      Section 7.02 of the Plan, which contains the Plan Funding obligations of Dr. Anthony Ivankovich and Dr. Olga Ivankovich and grants them a first position lien against "all assets of the Reorganized Debtors" is revised and supplemented as follows:

**7.02   Dr. Anthony Ivankovich and Dr. Olga Ivankovich Plan Funding.    Dr. Olga Ivankovich and Dr. Anthony Ivankovich shall provide Reorganized Debtors plan funding of up to $15,000,000 in the form of a secured loan with a first position lien on all assets of the Reorganized Debtors, including all commercial tort claims but expressly excluding all claims under Chapter 5 of the Bankruptcy Code, in the amounts, and to the extent, that are respectively loaned to each Reorganized Debtor to pay the allowed claims against such entities. In addition, the first position lien shall extend to all assets of the Plan Guarantors, to the extent of the re-financing of the loan by A&O Family, LLC (FL) and any amounts to improve or maintain properties owned by Plan Guarantors to the extent amounts are loaned to A&O Family LLC (FL).  The loan shall accrue interest at 10% per annum, and will become due and payable on the fifth anniversary of the Effective Date.  The loaned funds shall be used where necessary to provide liquidity for the following plan obligations: (i) satisfy all allowed administrative expense claims and priority tax claims of all Debtors; (ii) advance $504,000 to the Support Trust pursuant to Section 4.02, (iii) to satisfy any ultimate Allowed Claim of Jeanette Ivankovich for Domestic Support Obligations (if any); (iv) to re-finance A&O Family, LLC (FL) existing loan to the Plan Guarantors; (v) to fund all expenses related to the maintenance, marketing, and ultimate sale of Yacht Daddy, LLC's vessel; and (vi) to fund amounts to improve or maintain properties owned by the Plan Guarantors.**

5.      Article VII of the Plan, which contains the means for the implementation of the

Plan,   is revised and supplemented to add the following section 7.11, which creates a Disputed

Claim Reserve to fund the payment of Allowed Claims once all disputes are resolved:

**7.11 <u>Disbursing Agent</u>. Post-confirmation, the Reorganized Debtors appoint Stuart A. Neiberg, a partner of CohnReznick Advisory LLC, who served as the Debtors' financial advisors in these Chapter 11 cases, as the Disbursing Agent for the Reorganized Debtors. The Disbursing Agent is  tasked with completing payments of any Allowed Claims, once all disputes are resolved with finality,  from the Disputed Claim Reserve (defined below) that will be established upon confirmation of the Plan.**

6.      Article VII of the Plan, which contains the means for the implementation of the

Plan,   is revised and supplemented to add the following section 7.12, which creates a Disputed

Claim Reserve to fund the payment of Allowed Claims once all disputes are resolved:

**7.12 <u>Disputed Claim Reserves</u>. The Debtors and P2 Portfolio Managing Member, LLC, pursuant to the Plan, are creating two disputed claim reserves as follows: (i) a disputed claim reserve for the benefit of Jeanette Ivankovich and Schiller Ducanto & Fleck, LLP identified as the "Jeanette/Schiller Disputed Claim Reserve"; and (ii) a disputed claim reserve for P5-GRA, LLC identified as the "P-5GRA Disputed Claim Reserve." Upon the Effective Date, the Reorganized Debtors shall provide the Disbursing Agent with sole authority to withdraw any funds from the P2 Portfolio Managing Member, LLC Celadon Account ending in 1443, all accounts at Debtor Ivankovich Family, LLC, and all accounts at Debtor A&O Family, LLC (IL) (or any substitute accounts opened with the approval of the Court by the Disbursing Agent to retain the securities or deposits in the aforementioned accounts) to fund any Allowed Claim granted in favor of Jeanette Ivankovich or Schiller Ducanto & Fleck, LLP.  In addition, upon the Effective Date, the Debtors shall grant a first position ship mortgage against the "Sunseeker" in favor of P5GRA, LLC to secure total disputed obligations by the Plan Guarantors to P5GRA, LLC in the amount of $5,000,000.  Upon the sale of the "Sunseeker," $5,000,000 of the net proceeds shall be deposited into a segregated account titled in A&O Family, LLC (FL) with the Disbursing Agent having the sole right and authority to withdraw funds from said account.  The Disbursing Agent shall be subject to Bankruptcy Court supervision and shall provide semi-annual reporting as to the funds held in the Jeanette/Schiller Disputed Claim Reserve and the P5-GRA Disputed Claim Reserve.  Within two (2) business days of a final adjudication of all disputed claims alleged by Jeanette Ivankovich and Schiller Ducanto & Fleck, LLP against the Debtors, the Disbursing Agent shall be authorized to disburse to A&O Family, LLC (FL) any surplus assets remaining in the Jeanette/Schiller Disputed Claim Reserve and otherwise close any accounts holding the Jeanette/Schiller Disputed Claim Reserve. Within two (2)**

82620350;9

**business days of a final adjudication of all disputed obligations P5GRA, LLC asserts against the Plan Guarantors, the Disbursing Agent shall be authorized to disburse to A&O Family, LLC (FL) any surplus assets remaining in the P5-GRA Disputed Claim Reserve and otherwise close any accounts opened to hold the P5-GRA Disputed Claim Reserve.**

**7.     Article 4.02 of the Amended Plan is being amended and superseded by the terms attached as Exhibit "A" to this Third Plan Supplement.**

Dated: August 20, 2025

By: _/s/ Eyal Berger_

Eyal Berger, Esq.
Florida Bar Number: 0011069
Amanda Klopp, Esq.
Florida Bar Number:
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224
Primary: eyal.berger@akerman.com
Primary: amanda.klopp@akerman.com
Secondary: jeanette.martinezgoldber@akerman.com
*Counsel for Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case below, and by U.S. Mail on the attached matrices.

By: _/s/ Eyal Berger_
Eyal Berger, Esq.

## SERVICE LIST

**24-15755-LMI Notice will be electronically mailed to:**

Shira A Baratz on behalf of Defendant Steven Ivankovich
sbaratz@melandbudwick.com

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Debtor A&O Family LLC
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Debtor Altas P2 Managing Member LLC
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Debtor Ivankovich Family LLC
eyal.berger@akerman.com,

jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Interested Party A&O Family LLC
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Interested Party A&O Family LLC (Illinois)
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff A & O Family LLC (IL)
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff A&O Family LLC (FL)
eyal.berger@akerman.com,

jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Atlas P2 Managing Member, LLC
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Ivankovich Family LLC
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Anthony Ivankovich
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Plaintiff Olga Ivankovich
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Steven J Brotman on behalf of Interested Party P-5 GRA LLC
steven.brotman@troutman.com,
Irene.rabba@troutman.com;AutoDocket@troutman.com;gary.marsh@troutman.com;pierce.rigney@troutman.com;Pierce.rigney@troutman.com;Gary.marsh@troutman.com;Matthew.brooks@troutman.com

Michael S Budwick, Esq on behalf of Defendant Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltan

nenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael G Busenkell on behalf of Interested Party P-5 GRA LLC
mbusenkell@gsbblaw.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Alexa Garcia Chinchilla on behalf of Interested Party Anthony Ivankovich
achinchilla@kttlaw.com

Alexa Garcia Chinchilla on behalf of Interested Party Olga Ivankovich
achinchilla@kttlaw.com

Alexa Garcia Chinchilla on behalf of Plaintiff Anthony Ivankovich
achinchilla@kttlaw.com

Alexa Garcia Chinchilla on behalf of Plaintiff Olga Ivankovich
achinchilla@kttlaw.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Gary A Goldstein on behalf of Debtor A & O Family LLC
gagpa@aol.com, michael@rglawfirm.us

Gary A Goldstein on behalf of Debtor A&O Family LLC
gagpa@aol.com, michael@rglawfirm.us

Gary A Goldstein on behalf of Debtor Altas P2 Managing Member LLC
gagpa@aol.com, michael@rglawfirm.us

Gary A Goldstein on behalf of Debtor Ivankovich

82620350;9

Family LLC
gagpa@aol.com, michael@rglawfirm.us

Amanda Klopp on behalf of Debtor A & O Family
LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Debtor A&O Family
LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Debtor Altas P2
Managing Member LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Debtor Ivankovich
Family LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Interested Party
A&O Family LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Interested Party
A&O Family LLC (Illiniois)
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Interested Party
Altas P2 Managing Member LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff A & O
Family LLC (IL)
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff A&O Family

LLC (FL)
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff Atlas P2
Managing Member, LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Plaintiff Ivankovich
Family LLC
amanda.klopp@akerman.com,
jeanette.martinezgoldberg@akerman.com

Ari Newman, Esq. on behalf of Creditor Royal
Bank of Canada
newmanar@gtlaw.com,
perezan@gtlaw.com;mialitdock@gtlaw.com;mia
ecfbky@gtlaw.com

Ari Newman, Esq. on behalf of Interested Party
RBC Capital Markets, LLC and Royal Bank of
Canada
newmanar@gtlaw.com,
perezan@gtlaw.com;mialitdock@gtlaw.com;mia
ecfbky@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Darrell Winston Payne on behalf of Creditor
Schiller DuCanto & Fleck LLP
dpayne@stearnsweaver.com,
cveguilla@stearnsweaver.com

Darrell Winston Payne on behalf of Creditor
Jeanette Ivankovich
dpayne@stearnsweaver.com,
cveguilla@stearnsweaver.com

Darrell Winston Payne on behalf of Defendant
Schiller Ducanto & Fleck, LLP
dpayne@stearnsweaver.com,
cveguilla@stearnsweaver.com

Darrell Winston Payne on behalf of Defendant
Jeanette Ivankovich
dpayne@stearnsweaver.com,
cveguilla@stearnsweaver.com

Patricia A Redmond on behalf of Creditor
Schiller DuCanto & Fleck LLP
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@st
earnsweaver.com

Patricia A Redmond on behalf of Creditor
Jeanette Ivankovich
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@st
earnsweaver.com

Patricia A Redmond on behalf of Defendant
Schiller Ducanto & Fleck, LLP
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@st
earnsweaver.com

Patricia A Redmond on behalf of Defendant
Jeanette Ivankovich
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@st
earnsweaver.com

David L Rosendorf, Esq on behalf of Interested
Party Anthony Ivankovich
dlr@kttlaw.com,
rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Interested
Party Olga Ivankovich
dlr@kttlaw.com,
rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff A &
O Family LLC (IL)
dlr@kttlaw.com,
rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff
A&O Family LLC (FL)
dlr@kttlaw.com,
rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff
Atlas P2 Managing Member, LLC
dlr@kttlaw.com,
rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff
Ivankovich Family LLC
dlr@kttlaw.com,
rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff
Anthony Ivankovich
dlr@kttlaw.com,
rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Plaintiff
Olga Ivankovich
dlr@kttlaw.com,
rcp@kttlaw.com;ycc@kttlaw.com

Luis Salazar, Esq. on behalf of Interested Party
Township Capital, LLC
lsalazar@coleschotz.com, luis-salazar-
4791@ecf.pacerpro.com;lsalazar@coleschotz.co
m;JCeide@coleschotz.com;LLorenzo@coleschot
z.com;Alee-sin@coleschotz.com;lee-
sin@salazar.law

Luis Salazar, Esq. on behalf of Interested Party
Township GP Fund II, LP
lsalazar@coleschotz.com, luis-salazar-
4791@ecf.pacerpro.com;lsalazar@coleschotz.co
m;JCeide@coleschotz.com;LLorenzo@coleschot
z.com;Alee-sin@coleschotz.com;lee-
sin@salazar.law

Luis Salazar, Esq. on behalf of Interested Party
Township Orlando, LLC

82620350;9

lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;lsalazar@coleschotz.com;JCeide@coleschotz.com;LLorenzo@coleschotz.com;Alee-sin@coleschotz.com;lee-sin@salazar.law

**VIA U.S. MAIL**

ATTACHED CREDITOR MAILING MATRICES

82620350;9

Label Matrix for local noticing
113C-1
Case 24-15755-LMI
Southern District of Florida
Miami
Mon Aug 18 09:52:03 EDT 2025

A&O Family LLC
791 Crandon Blvd Ph 6
Key Biscayne, FL 33149-2202

A&O Family LLC (Illiniois)
791 Crandon Blvd Ph 6
Key Biscayne, FL 33149-2202

Altas P2 Managing Member LLC
791 Crandon Blvd Ph 6
Key Biscayne, FL 33149-2202

Ivankovich Family LLC
791 Crandon Blvd Ph 6
Key Biscayne, FL 33149-2202

Schiller DuCanto & Fleck LLP
c/o Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler Alhadeff
Stearns Weaver Miller Weissler Alhadeff
Miami, FL 33130 United States

Township Capital, LLC
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Township GP Fund II, LP
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Township Orlando, LLC
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Anthony & Olga Ivankovich
c/o David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd.,9th Floor
Miami, FL 33134-6039

Anthony Ivankovich
c/o David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd.,9th Floor
Miami, FL 33134-6039

Celadon Financial Group, LLC
89 Headquarters Plaza North
PMB 1483
10 North Park Place
Morristown, NJ 07960-7120

Celedon Financial Group
Paul Waldman, Esquire
10 North Park Place, Suite 420
Stirling, NJ 07980

Chuchak & Tescon PC
620 South Riverside Plaza, Suite 1700
Chicago, IL 60606

Chuhak & Tecson, P.C., Attn: Michael Debre
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606-3911

Delaware Taxing Authority
Division of Revenue
820 N. French Street
Wilmington, DE 19801-3530

Florida Department of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Internal Revenue Service
Department of Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeanette Ivankovich
c/o Schiller DuCanto & Fleck LP
Tanya J Stanish, Esq.
321 North Clark Street
Chicago, IL 60654-4714

Jeanette lvankovich
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Olga Ivankovich
c/o David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd.,9th Floor
Miami, FL 33134-6039

P-5 GRA LLC
Keith McKenna, Esquire
11 Broadway, Suite 615
New York, NY 10004-1490

Pami Grand Too LLC
c/o Douglas Johnson, Esquire
203 N La Salle Street, Suite 2100
Chicago, IL 60601-1226

Paul Waldman
Celadon Financial Group
89 Headquarters Plaza North PMB 1483
Morristown, NJ 07960-6834

Royal Bank of Canada
c/o RBC Capital Markets, LLC
Credit Operations
250 Nicollet Mall, Suite 2000
Minneapolis, MN 55401-2802

Schiller DuCanto & Fleck LLP
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Schiller DuCanto & Fleck LP
Attn: Tanya J Stanish Esq
321 North Clark Street
Chicago, IL 60654-4714

Township Capital LLC
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township Capital, LLC
c/o Michael D. Sirota, Esq.
25 Main Street
Court Plaza North
Hackensack, NJ 07601-7015

Township GP Fund II LP
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township GP Fund II, LP
c/o Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Township Orlando LLC
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township Orlando LLC
c/o Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Wedbush Securities, Inc.
c/o Clearing Services, Inc.
1000 Wilshire Blvd Ste 900
Los Angeles CA 90017-2466

Wedbush Securities, Inc.
c/o Clearing Services, Inc.
P.O. Box 30014
Los Angeles, CA 90030-0014

Amanda Klopp
Akerman LLP
777 South Flagler Dr Suite 1100
West Palm Beach, FL 33401-6172

Andrew Hahm
Mandell Hahm Advisory Group, Ltd.
1033 Skokie Blvd., Suite 330
Northbrook, IL 60062-4108

Bradley P. Lehman, Esq.
1201 N Orange St., Ste 300
Wilmington, DE 19801-1167

David M Bass
25 Main St
Hackensack, NJ 07601-7015

Eyal Berger Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301-4442

Gary A Goldstein
111 S Calvert St 27 Flr
Baltimore, MD 21202-6146

Gary W. Marsh, Esq.
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308-2305

Jeanette Ivankovich
c/o Patricia A. Redmond
150 West Flagler Street, Suite 200
Stearns Weaver Miller Weissler Alhadeff
Miami, FL 33130-1557

Jeffery M. Heftman
Schoenberg Finkel Beederman Bell Glazer
300 S. Wacker Drive
Suite 1500
Chicago, IL 60606-6762

Mark Elliott
110 E. Broward Blvd.
Suite 1650
Ft. Lauderdale, FL 33301-3514

Matthew D Elster
Beermann LLP
161 North Clark Street Suite 3000
Chicago, IL 60601-3346

(c)MATTHEW R. BROOKS, ESQ.
TROUTMAN PEPPER LOCKE LLP
875 3RD AVE FL 15
NEW YORK NY  10022-7254

Michael D Sirota
25 Main St
Court Plaza North
Hackensack, NJ 07601-7015

Morgan Handwerker
Schiller DuCanto & Fleck, LLP
321 N. Clark St., Suite 1200
Chicago, IL 60654-4758

Steven Ivankovich
c/o Michael S. Budwick, P.A.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Stuart A Neiberg
2401 NW Boca Raton Blvd
Boca Raton, FL 33431-6632

Tanya J. Stanish
Schiller DuCanto & Fleck, LLP
321 N. Clark St., Suite 1200
Chicago, IL 60654-4758

Vonn R. Christenson
Christenson Law Firm LLP
472 W Putnam Ave
Porterville, CA 93257-3321

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Matthew R. Brooks, Esq.
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)P-5 GRA LLC                          (u)RBC Capital Markets, LLC and Royal Bank of          (u)Yacht Daddy, LLC


(u)Miami                                (u)Jeffrey Hefman, Esquire                             (d)Anthony Ivankovich
                                        Schoenberg Finkel Law Firm                             c/o David L. Rosendorf, Esq.
                                        300 S Walker Dr, Suite 1500                            Kozyak Tropin & Throckmorton LLP
                                        IL 60860-6000                                          2525 Ponce de Leon Blvd.
                                                                                               9th Floor
                                                                                               Miami, FL 33134-6039

(d)Olga Ivankovich                      End of Label Matrix
c/o David L. Rosendorf, Esq.            Mailable recipients    55
Kozyak Tropin & Throckmorton LLP        Bypassed recipients     7
2525 Ponce de Leon Blvd.                Total                  62
9th Floor
Miami, FL 33134-6039

Label Matrix for local noticing
113C-1
Case 24-15762-LMI
Southern District of Florida
Miami
Mon Aug 18 09:52:40 EDT 2025

A&O Family LLC
791 Crandon Blvd Ph 6
Key Biscayne, FL 33149-2202

Township Capital, LLC
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Township GP Fund II, LP
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Township Orlando, LLC
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Anthony & Olga Ivankovich
c/o David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd.,9th Floor
Miami, FL 33134-6039

Celedon Financial Group
Paul Waldman, Esquire
10 North Park Place, Suite 420
Stirling, NJ 07980

Chuchak & Tescon PC
620 South Riverside Plaza, Suite 1700
Chicago, IL 60606

Chuhak & Tecson, P.C., Attn: Michael Debre
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606-3911

Florida Department of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
Department of Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeanette Ivankovich
c/o Patricia Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Jeanette Ivankovich
c/o Schiller DuCanto & Fleck LP
Tanya J Stanish, Esq.
321 North Clark Street
Chicago, IL 60654-4714

Jeanette lvankovich
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Michael Busenkell
1201 N. Orange St.
Suite 300
Wilmington, DE 19801-1167

Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

P-5 GRA LLC
Keith McKenna, Esquire
11 Broadway, Suite 615
New York, NY 10004-1490

P-5 GRA, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801-1167

Pami Grand Too LLC
c/o Douglas Johnson, Esquire
203 N La Salle Street, Suite 2100
Chicago, IL 60601-1226

Royal Bank of Canada
c/o RBC Capital Markets, LLC
Credit Operations
250 Nicollet Mall Suite 2000
Minneapolis, MN 55401-2802

Schiller DuCanto & Fleck LLP
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Schiller DuCanto & Fleck LP
Attn: Tanya J Stanish Esq
321 North Clark Street
Chicago, IL 60654-4714

Township Capital LLC
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township Capital, LLC
c/o Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Township GP Fund II LP
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township GP Fund II, LP
c/o Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Township Orlando LLC
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township Orlando LLC
c/o Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Wedbush Securities, Inc.
c/o Clearing Services, Inc.
P.O. Box 30014
Los Angeles, CA 90030-0014

Amanda Klopp
Akerman LLP
777 South Flagler Dr Suite 1100
West Palm Beach, FL 33401-6172

Eyal Berger Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301-4442

Gary A Goldstein
111 S Calvert St 27 Flr
Baltimore, MD 21202-6146

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

(u)Jeffrey Hefman, Esquire
Schoenberg Finkel Law Firm
300 S Walker Dr, Suite 1500
IL 60860-6000

(d)Royal Bank of Canada
c/o RBC Capital Markets, LLC
Credit Operations
250 Nicollet Mall, Suite 2000
Minneapolis, MN 55401-2802

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35

Label Matrix for local noticing
113C-1
Case 24-15767-LMI
Southern District of Florida
Miami
Mon Aug 18 09:53:13 EDT 2025

A & O Family LLC
791 Crandon Blvd Ph 6
Key Biscayne, FL 33149-2202

Township Capital, LLC
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Township GP Fund II, LP
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Township Orlando, LLC
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Anthony & Olga Ivankovich
c/o David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd.,9th Floor
Miami, FL 33134-6039

Celedon Financial Group
Paul Waldman, Esquire
10 North Park Place, Suite 420
Stirling, NJ 07980

Chuchak & Tescon PC
620 South Riverside Plaza, Suite 1700
Chicago, IL 60606

Chuhak & Tecson, P.C., Attn: Michael Debre
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606-3911

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Internal Revenue Service
Department of Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeanette Ivankovich
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Jeanette Ivankovich
c/o Schiller DuCanto & Fleck LP
Tanya J Stanish, Esq.
321 North Clark Street
Chicago, IL 60654-4714

Jeanette lvankovich
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

P-5 GRA LLC
Keith McKenna, Esquire
11 Broadway, Suite 615
New York, NY 10004-1490

Pami Grand Too LLC
c/o Douglas Johnson, Esquire
203 N La Salle Street, Suite 2100
Chicago, IL 60601-1226

Schiller DuCanto & Fleck LLP
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Schiller DuCanto & Fleck LP
Attn: Tanya J Stanish Esq
321 North Clark Street
Chicago, IL 60654-4714

Township Capital LLC
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township Capital, LLC
c/o Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Township GP Fund II LP
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township GP Fund II, LP
c/o Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Township Orlando LLC
Michael D. Sirota
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Township Orlando LLC
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Wedbush Securities, Inc.
c/o Clearing Services, Inc.
1000 Wilshire Blvd Ste 900
Los Angeles CA 90017-2466

Amanda Klopp
Akerman LLP
777 South Flagler Dr Suite 1100
West Palm Beach, FL 33401-6172

Eyal Berger Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301-4442

Gary A Goldstein
111 S Calvert St 27 Flr
Baltimore, MD 21202-6146

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (u)Jeffrey Hefman, Esquire | End of Label Matrix |
| | Schoenberg Finkel Law Firm | Mailable recipients    29 |
| | 300 S Walker Dr, Suite 1500 | Bypassed recipients     2 |
| | IL 60860-6000 | Total                  31 |

Label Matrix for local noticing
113C-1
Case 24-15770-LMI
Southern District of Florida
Miami
Mon Aug 18 09:53:43 EDT 2025

Altas P2 Managing Member LLC
791 Crandon Blvd Ph 6
Key Biscayne, FL 33149-2202

Township Capital, LLC
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Township GP Fund II, LP
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Township Orlando, LLC
c/o Salazar Law, LLP
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Anthony & Olga Ivankovich
c/o David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd.,9th Floor
Miami, FL 33134-6039

Celedon Financial Group
Paul Waldman, Esquire
10 North Park Place, Suite 420
Stirling, NJ 07980

Christenson Law Firm LLP
472 W. Putnam Avenue
Porterville, CA 93257-3321

Chuchak & Tescon PC
620 South Riverside Plaza, Suite 1700
Chicago, IL 60606

Chuhak & Tecson, P.C., Attn: Michael Debre
120 S. Riverside Plaza, Suit 1700
Chicago, IL 60606-3911

Delaware Taxing Authority
Division of Revenue
820 N. French Street
Wilmington, DE 19801-3530

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Department of Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeanette Ivankovich
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Jeanette Ivankovich
c/o Schiller DuCanto & Fleck LP
Tanya J Stanish, Esq.
321 North Clark Street
Chicago, IL 60654-4714

Jeanette lvankovich
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

P-5 GRA LLC
Keith McKenna, Esquire
11 Broadway, Suite 615
New York, NY 10004-1490

Pami Grand Too LLC
c/o Douglas Johnson, Esquire
203 N La Salle Street, Suite 2100
Chicago, IL 60601-1226

Schiller DuCanto & Fleck LLP
c/o Patricia A. Redmond, Esq.
150 West Flagler St.
Suite 2200
Miami, FL 33130-1545

Schiller DuCanto & Fleck LP
Attn: Tanya J Stanish Esq
321 North Clark Street
Chicago, IL 60654-4714

Township Capital LLC
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township Capital, LLC
c/o Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Township GP Fund II LP
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township GP Fund II, LP
c/o Michael D. Sirota, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601-7083

Township Orlando LLC
c/o David Safvati, Esquire
Sklar Kirsh LLP
1880 Century Park East, Suite 300
Los Angeles, CA 90067-1631

Township Orlando LLC
c/o Michael D. Sirota
25 Main Street, Court Plaza North
Hackensack, NJ 07601

Amanda Klopp
Akerman LLP
777 South Flagler Dr Suite 1100
West Palm Beach, FL 33401-6172

Eyal Berger Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301-4442

Gary A Goldstein
111 S Calvert St 27 Flr
Baltimore, MD 21202-6146

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Department of Treasury
Kansas City, MO 64999

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami                           (u)Jeffrey Hefman, Esquire          End of Label Matrix
                                   Schoenberg Finkel Law Firm          Mailable recipients    30
                                   300 S Walker Dr, Suite 1500         Bypassed recipients     2
                                   IL 60860-6000                       Total                  32

Exhibit A

## SUPPORT TRUST PLAN SUPPLEMENT

Section 4.02 of the Plan is amended and replaced, in its entirety, with the following:

(a) **Support Trust Establishment; Purpose.** On the Effective Date, Dr. Anthony Ivankovich and Dr. Olga Ivankovich (together, the "Funding Parties") shall establish and fund two separate Illinois irrevocable support trusts (collectively, the "Temporary Support Trusts"), to be administered by a financial fiduciary institution with banking branches located in Chicago, Illinois and Miami, Florida as independent third-party trustee (the "Trustee"), for the limited purpose of making payments toward Steven Ivankovich's temporary maintenance and temporary child support obligations imposed by the Illinois Circuit Court of Cook County in the November 6 Order (as it may be modified).

(b) **Funding.** The Temporary Support Trusts shall be funded as follows:

1. **Maintenance Support Trust:** $340,320.00 to fund monthly distributions of **$14,180.00** for up to twenty-four (24) months.
2. **Child Support Trust:** $316,392.00 in total, consisting of (i) $166,392.00 to fund monthly distributions of **$6,933.00** for up to twenty-four (24) months, and (ii) an additional $150,000.00 earmarked exclusively for (A) tuition and mandatory fees for the children's continued enrollment at the British School of Chicago and (B) uninsured healthcare expenses of the children, in each case payable upon submission to the Trustee of reasonable proof and subject to the Trustee's approval. Where practicable, the Trustee may pay such approved items directly to the school, provider, or vendor.

(c) **Distributions; Duration.**

1. **Maintenance:** The Trustee shall distribute from the Maintenance Support Trust **$14,180.00** per month, in equal monthly installments, for so long as temporary maintenance remains due under the November 6 Order, but in no event longer than twenty-four (24) months from the Effective Date.
2. **Child Support:** The Trustee shall distribute from the Child Support Trust **$6,933.00** per month, in equal monthly installments, for so long as temporary child support remains due under the November 6 Order, but in no event longer than twenty-four (24) months from the Effective Date.
3. Distributions shall cease upon termination or suspension of the applicable temporary obligation by the Illinois divorce court.

(d) **Modifiability; Caps.** The Temporary Support Trusts shall be drafted to comply with the Illinois Marriage and Dissolution of Marriage Act, including without limitation **§504** (maintenance), **§505** (child support), and **§510** (modification), and shall expressly provide that:

1. If the Illinois divorce court modifies the monthly amounts downward, the Trustee shall pay only the reduced amounts.
2. If the Illinois divorce court increases the monthly amounts, the Trustee shall never be required to pay more than (i) **$14,180.00** per month toward maintenance and (ii)

82814029;1

**$6,933.00** per month toward child support (together, the "Caps"). Any obligation in excess of the Caps shall remain Steven Ivankovich's responsibility, and the Funding Parties shall have no obligation to contribute or fund any amount above the Caps.

(e) **Credit; Setoff.** All distributions made from the Temporary Support Trusts shall (i) be **credited** toward and satisfy in part Steven Ivankovich's corresponding obligations under the November 6 Order (as it may be modified), and (ii) be deducted from any Allowed Claim of Jeanette Ivankovich for Domestic Support Obligations against any Debtor, consistent with applicable law.

(f) **Administration.** The Trustee shall act in a fiduciary capacity, keep customary records, and may require reasonable documentation supporting any request for payment. The Trustee may make distributions (x) to Jeanette Ivankovich for the children's day-to-day expenses consistent with the November 6 Order or (y) directly to third-party payees.

(g) **No Reversion; Disposition of Remainder.** The Funding Parties shall have no reversionary interest in either trust. Any undistributed amounts remaining after the earlier of (i) expiration of the twenty-four (24) month period or (ii) termination of the applicable temporary obligation shall be distributed as directed by the Illinois divorce court.

(h) **Non-Assumption of Obligations.** Nothing in this §4.02 increases any Debtor's obligations or waives any rights in the Illinois proceeding; the Temporary Support Trusts are a limited funding mechanism only.

(i) **Voluntary Funding; No Admission.** The Funding Parties' agreement to establish and fund the Temporary Support Trusts is made **voluntarily** and solely as part of this Plan. Nothing in this §4.02, nor the Funding Parties' contributions to either trust, shall be construed as an admission or acknowledgment that the Funding Parties have any legal obligation—past, present, or future—to pay maintenance, child support, or any other domestic support obligation of Steven Ivankovich, or to continue funding the Temporary Support Trusts beyond the amounts and time periods expressly set forth herein.

(j) **Reallocation Upon Termination of Maintenance.** If Jeanette Ivankovich's entitlement to maintenance under the November 6 Order (as modified) terminates before the Maintenance Support Trust is fully depleted, all remaining principal in the Maintenance Support Trust shall be promptly transferred into the Child Support Trust. Such transferred funds shall thereafter be administered and disbursed by the Trustee in accordance with the terms applicable to the Child Support Trust, including the permitted uses for tuition, mandatory school fees, and uninsured healthcare expenses of the children.