UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Miami Division**

www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-15755-LMI |
| IVANKOVICH FAMILY LLC | (Jointly administered) |
| A&O FAMILY LLC (FL) | 24-15762-LMI |
| A&O FAMILY LLC (IL) | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15770-LMI |
| Debtors.[1] | |
| _____ / | |

**CERTIFICATE OF PROPONENT OF PLAN ON ACCEPTANCE OF PLAN, REPORT ON AMOUNT TO BE DEPOSITED,
CERTIFICATE OF AMOUNT DEPOSITED AND PAYMENT OF FEES**

The undersigned attorney for the Debtors certifies the following:

1. I have examined the court files in this proceeding, particularly as to claims, schedules and ballots filed.

2. A total of three (3) ballots were filed on or before the deadline date of August 11, 2025 **or** as expressly further extended by Debtor. Exhibit A is a summary of ballots submitted by class. Exhibit B is a list of all ballots filed. Classes 3, 4, 5, 6, 7, and 8 are unimpaired and a ballot was not required.

3. Exhibit C lists each creditor to be paid pursuant to the plan. Exhibit D lists disputed, contingent or unliquidated claims included in Exhibit C. Below is a summary of the amount of money to be deposited for confirmation pursuant to plan:

DOLLAR AMOUNT NEEDED FOR CONFIRMATION

| CLASS | | Amount |
|---|---|---|
| | **Administrative expenses** | |
| | United States Trustee Fees | $67,758.94 estimated[2] |
| | | |

---

[1] The cases are jointly administered. The last four digits of each Debtor's EIN are as follows: Ivankovich Family, LLC (4590) ("IF LLC"), A&O Family, LLC, a Florida limited liability company (6789) ("A&O Florida"), A&O Family, LLC, an Illinois limited liability company (6865) ("A&O Illinois"), and Atlas P2 Managing Member, LLC (8311) ("Atlas P2") (collectively, the "Debtors").

[2] Amount due as of August 14, 2025. Final total will change, depending on payments and disbursements.

|   | **Professional fees**[3] |   |
|---|---|---|
|   | Akerman LLP (General Bankruptcy Counsel)[4] | $805,167.08 |
|   | CohnReznick (Financial Advisor)[5] | $748,605.60 |
|   | Mandell Hahm Advisory (Accountant)[6] | $117,695 |
|   | Christenson Law Firm (Special California Counsel)[7] | $38,402.42 |
|   |   |   |
|   | **Unsecured Claims** |   |
| 4 | Internal Revenue Service | $62,700.00 |
| 4 | Township Entities[8] | $4,000,000 |
| 4 | Chuhak & Tescon[9] | $71,303.92 |
| 4 | Christenson Law Firm[10] | $31,926.02 |
|   |   |   |
|   | **Total:** | **$5,943,558.98** |

4.      As of August 20, 2025, the amount of $13,034,266.03 in cash and securities, net of margin loans, are in the Debtor's A&O Florida accounts. Additionally, as of August 20, 2025, the amount of $8,094,240.47 in cash and securities, net of margin loans, is in the accounts of Debtor A&O Illinois, Debtor IF LLC, and Debtor Atlas P2's subsidiary, which will be contributed to and held as a disputed claims reserve.

5.      All fees required by 28 U.S.C. §1930 will be paid on or before the Effective Date.

By: */s/ Eyal Berger*
AKERMAN LLP
Eyal Berger, Esq.
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301-2999
Tel: 954-463-2700 / Fax: 954-463-2224
*Counsel for Debtors*

---

[3] Amounts include estimates for amounts through confirmation date, per filed fee applications. Final total may be more or less.
[4] ECF No. 487.
[5] ECF No. 488.
[6] ECF No. 490.
[7] ECF No. 489.
[8] ECF No. 415.
[9] ECF No. 464; ECF No. 507.
[10] Atlas P-2 Claim No. 8-1.

**EXHIBIT A - SUMMARY OF BALLOTS**

CLASS: 1
    Total Acceptances in Dollar Amount     $6,284,022.67     100% of total = $6,284,022.67
    Total Rejections in Dollar Amount     $0     % of total = $0
    Total # of Acceptances Filed     **1**     100% of total = 1
    Total # of Rejections Filed     **0**     0% of total =0

CLASS: 2
    Total Acceptances in Dollar Amount     $6,130,000.00     100% of total = $6,130,000.00
    Total Rejections in Dollar Amount     $0     0% of total = $0
    Total # of Acceptances Filed     **1**     100% of total =1
    Total # of Rejections Filed     **0**     0% of total = 0

CLASS: 4
    Total Acceptances in Dollar Amount     $11,363,554.80     100% of total $11,363,554.80
    Total Rejections in Dollar Amount     $0     % of total = $0
    Total # of Acceptances Filed     1     100% of total = 1
    Total # of Rejections Filed     0     0% of total = 0

**\*NO BALLOTS RECEIVED IN CLASSES 3, 5, 6, 7, or 8\***

**EXHIBIT B  LIST OF ALL BALLOTS FILED**

| BALLOT # | CLASS | NAME OF CREDITOR | AMOUNT SCHEDULED OR CLAIMED | DATE BALLOT FILED WITH COURT | ACCEPTS | REJECTS | SHOULD BE ALLOWED TO VOTE IF NOT, WHY? |
|---|---|---|---|---|---|---|---|
| ECF 538 | 2 | Royal Bank of Canada | $6,130,000.00 | 8/18/25 | X | | Yes |
| ECF 550 | 1 | Celadon Financial Group, LLC | $6,284,022.67 | 8/19/25 | X | | Yes |
| ECF 482 | 4 | Township Capital LLC<br>Township GP Fund II<br>Township Orlando LLC | $11,363,554.80 | 7/22/25 | X | | Yes |

**EXHIBIT C  LIST OF CREDITORS TO BE PAID PURSUANT TO THE PLAN**

The following is a list of creditors as provided for by the plan under consideration. These creditors are indicated by class and amount as scheduled or claimed.  The dividend to be paid pursuant to the plan is indicated.  (Indicate claim number as reflected in the claims register).  Total each individual class.

| Class | Claimaint | Debtor (Claim Number) | Scheduled/Claimed Amount | First Dividend to Be Paid Under Plan |
|---|---|---|---|---|
| 1 | Wedbush Securities Inc. / Celadon Financial Group | A&O FL/A&O IL | $2,923,104.68 | *Per Supplement 553* |
| | | | | |
| 2 | Royal Bank of Canada | A&O FL Schedules 2.2 | $6,130,000.00 | *Per Supplement 534* |
| | | | | |
| 4 | Christenson Law Firm | Atlas P2 (8-1) | $31,926.03 | $31,926.03 |
| 4 | Township Entities | All Debtors | $11,363,554.80 | $4,000,000.00 |
| 4 | Dept of Treasury IRS | Atlas P2 (Amended 1-1) | $2,820.00 | $2,820.00 |
| 4 | Jeanette Ivankovich | Ivankovich Family (5-2)<br>A&O  FL  (7-1)<br>A&O  IL  (5-1)<br>Atlas P2 (6-1) | $1,138,785.14 | *Disputed Claim Reserve + Support Trust* (ECF 553) |
| 4 | Schiller Ducanto & Fleck | Ivankovich Family (7-1)<br>A&O  FL  (9-1)<br>A&O  IL  (7-1)<br>Atlas P2 (9-1) | $425,000.00 | *Disputed Claim Reserve* (ECF 553) |
| 4 | Dept of Treasury IRS | A&O IL (Amended 9) | $29,940.00 | $29,940.00 |
| 4 | Dept of Treasury IRS | Ivankovich Family (10-1) | $29,940.00 | $29,940.00 |
| 4 | Chuhak & Tescon | Ivankovich Family (4-1) | $71,303.92 | $71,303.92 |
| 4 | P-5 GRA LLC | A&O FL (2-2) | $4,153,764.00 | *Disputed Claim Reserve* (ECF 553) |
| | | Total Class 4: | $17,247,033.89 | $4,165,929.95 |

**EXHIBIT D  LIST OF DISPUTED, CONTINGENT OR UNLIQUIDATED CLAIMS**

The following is a list of disputed, contingent or unliquidated claims which are also included in Exhibit C. Note: If a claim was filed and is still in dispute, indicate claim number as is reflected in the claims register.

and give status of dispute (e.g. objection pending, etc.). Until there is an order on an objection, you must have enough money in the trust account to cover these creditors. If a person was listed in the schedules as disputed and they did not file a claim by the deadline date to file claims, you need not list them below or have money in your trust account to cover them.  They are automatically taken off the case as creditors.

| Class | Claimaint | Debtor (Claim Number) | Scheduled/Claimed Amount | Status of Claim |
|---|---|---|---|---|
| 4 | **Jeanette Ivankovich** | Ivankovich Family (5-2)<br>A&O FL (7-1)<br>A&O IL (5-1)<br>Atlas P2 (6-1) | $1,138,785.14 | Objection Pending – Claim fully reserved by Disputed Claim Reserve + Support Trust (ECF 553) |
| 4 | **Schiller Ducanto & Fleck** | Ivankovich Family (7-1)<br>A&O FL (9-1)<br>A&O IL (7-1)<br>Atlas P2 (9-1) | $425,000.00 | Objection Pending – Claim fully reserved by *Disputed Claim Reserve* (ECF 553) |
| 4 | **P-5 GRA LLC** | A&O FL (2-2) | $4,153,764.00 | Objection Pending – Claim fully reserved by *Disputed Claim Reserve* (ECF 553) |

Disputed Claim Reserve funded by investment accounts with approximately $8,094,204.47 value, net of margin loans, as of August 20, 2025.