UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Case |
| Ivankovich Family LLC, | Jointly Administered |
| A&O Family LLC, | |
| A&O Family LLC (Illinois) | Case Nos. 24-15755-LMI |
| Atlas P2 Managing Member, LLC | 24-15762-RAM |
| | 24-15767-RAM |
| Debtors. | 24-15770-RAM |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that **RYAN M. WOLIS,** with the law firm of **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**, appears as counsel for **Jeanette Ivankovich** and **Schiller DuCanto & Fleck LLP** in the above-captioned case. Pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections 342 and 1109(b), Jeanette Ivankovich and Schiller DuCanto & Fleck LLP requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case or any related adversary proceedings, be delivered to:

**RYAN M. WOLIS, ESQ.
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-2688
E-mail: rwolis@stearnsweaver.com**

4

PLEASE TAKE FURTHER NOTICE THAT this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of **Jeanette Ivankovich** and **Schiller DuCanto & Fleck LLP** or any other party in interest in this case or any related adversary proceedings, including (a) the Debtor; (b) property of the Debtor or the Debtor's estate, or proceeds thereof; (c) claims against or interests in the Debtor; (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or any related adversary proceedings; or (e) property or proceeds thereof in the possession, custody, or control of **Jeanette Ivankovich and Schiller DuCanto & Fleck LLP** or others that the Debtor may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by **Jeanette Ivankovich** and **Schiller DuCanto & Fleck LLP** or any other party in interest.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any rights of **Jeanette Ivankovich** and **Schiller DuCanto & Fleck LLP** to (1) have final orders in non-core matters entered only after *de novo* review by a higher court; (2) trial by jury in any proceeding so triable in this case or related adversary proceedings, controversy, or other proceeding related to this case; (3) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 25, 2025

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

By:   /s/  Patricia A. Redmond
        PATRICIA A. REDMOND
        Florida Bar No. 303739
        predmond@stearnsweaver.com

        *Counsel for Jeanette Ivankovich and Schiller DuCanto & Fleck LLP*

## CERTIFICATE OF SERVICE

I CERTIFY that I caused this document to be filed electronically on August 25, 2025, via the Court's CM/ECF website.  I further certify that the document is being furnished as it is entered on the Court docket, by transmission of Notices of Electronic Filing ("**NEF**") generated by CM/ECF upon those counsel or parties who are authorized to receive NEF in this case as indicated below.

By:*/s/ Patricia A. Redmond*
      PATRICIA A. REDMOND

6

## SERVICE LIST

**United States Bankruptcy Court, Southern District of Florida**

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
Debtor A&O Family LLC
Debtor Altas P2 Managing Member LLC
Debtor Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illiniois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Debtor A & O Family LLC
Debtor A&O Family LLC
Debtor Altas P2 Managing Member LLC
gagpa@aol.com, michael@rglawfirm.us

Gary A Goldstein on behalf of Debtor Ivankovich Family LLC
gagpa@aol.com, michael@rglawfirm.us

Amanda Klopp on behalf of Debtor A & O Family LLC
Debtor A&O Family LLC
Debtor Altas P2 Managing Member LLC
Debtor Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illiniois)
Interested Party Altas P2 Managing Member LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Ari Newman, Esq. on behalf of Interested Party RBC Capital Markets, LLC and Royal Bank of Canada
newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

7

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Creditor Jeanette Ivankovich
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Luis Salazar, Esq. on behalf of Interested Party Township Capital, LLC
Luis@Salazar.Law,luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

Luis Salazar, Esq. on behalf of Interested Party Township GP Fund II, LP
Interested Party Township Orlando, LLC
Luis@Salazar.Law,luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

#14003536 v1