**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.: 24-15755-LMI |
| | Chapter 11 |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC | 24-15762-LMI |
| A & O FAMILY LLC | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC[1] | 24-15770-LMI |
|     Debtors. | |
| _____/ | |

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW.*

*The Debtors' Amended Joint Plan of Reorganization (ECF No. 290) filed by Ivankovich Family, LLC, A&O Family, LLC, a Florida limited liability company, A&O Family, LLC, an Illinois limited liability company, and Atlas P2 Managing Member, LLC (collectively, the "Debtors"), Drs. Anthony and Olga Ivankovich, and Yacht Daddy, LLC on March 20, 2025 can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for creditor P-5 GRA, LLC for the following type of claim placed in the indicated class in the indicated amount pursuant to the Fifth Supplement to Debtors' Amended Joint Plan of Reorganization:*

| *TYPE OF CLAIM* | *CLASS IN PLAN* | *AMOUNT OF CLAIM* |
|---|---|---|
| ☒ General Secured | 4 | $2,000,000 |
| ☐ General Unsecured | | $_____ |
| ☐ Equity Security Holder | | Number of Shares of Stock _____ |

The undersigned [Check One Box]:   ☒ Accepts    ☐ Rejects
the plan for reorganization of the above-named debtor.
    Signed: _/s/ Gary Romaniello_
    Print Name: Gary Romaniello
    Address: c/o Troutman Pepper Locke LLP, 875 Third Avenue, New York, NY 10022
    Phone: (212) 704-6448
    Date:    August 25, 2505
    ★★★FILE THIS BALLOT ON OR BEFORE **AUGUST 11, 2025**★★★
with:    Clerk of Bankruptcy Court
    ☒ 301 N. Miami Ave., Room 150, Miami, FL 33128
    ☐ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
    ☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**

---

[1] The cases are jointly administered. The last four digits of each Debtor's EIN are as follows: Ivankovich Family, LLC (4590), A&O Family, LLC, a Florida limited liability company (6789), A&O Family, LLC, an Illinois limited liability company (6865), and Atlas P2 Managing Member, LLC (8311).
**Error! Unknown document property name.**