

**ORDERED in the Southern District of Florida on August 27, 2025.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| In re: | Case No.: 24-15755-LMI |
| | Chapter 11 |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A & O FAMILY LLC (FL) | 24-15762-LMI |
| A & O FAMILY LLC (IL) | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC | 24-15770-LMI |

Debtors.

_____/

### ORDER GRANTING DRS. ANTHONY AND OLGA IVANKOVICH'S
### <u>MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITIONS</u>

On August 8, 2025 at 9:00 a.m., the Bankruptcy Court conducted a hearing on the motion

filed by Drs. Anthony and Olga Ivankovich ("Drs. Ivankovich") pursuant to Fed. R.Civ. P.

26(c)(1), as incorporated by Fed. R. Bankr. P. 7026 and 9014, and Local Rule 7026-1, for a

protective order ("Motion for Protective Order") (ECF No. 376) regarding the proposed oral

1

depositions of Drs. Ivankovich by Jeanette Ivankovich ("Jeanette") and Schiller DuCanto & Fleck, LLP ("Schiller") in connection with the Joint Motion for Return of Funds to Drs. Ivankovich (ECF No. 305) ("Motion to Return Funds").

The Court has reviewed the Motion for Protective Order and the Opposition to the Motion for Protective Order ("Opposition") (ECF No. 408).  The Court has also considered the arguments of respective counsel during the hearing, and is otherwise fully advised of the premises.  For the reasons stated on the record, which are incorporated here by reference, the Court finds good cause to grant the Motion for Protective Order with some provisos.  Accordingly, it is –

**ORDERED** as follows:

1. The Motion for Protective Order is granted as set forth herein.

2. There will be no oral depositions of Drs. Ivankovich in connection with the Motion to Return Funds; however, a medical affidavit or declaration advising as to Dr. Anthony Ivankovich's continuing or existing medical condition set forth in the Motion for Protective Order shall be served on bankruptcy counsel for Jeanette and Schiller, on or before August 20, 2025.

3. In addition, bankruptcy counsel for Jeanette and Schiller is authorized to serve Dr. Olga Ivankovich via her bankruptcy counsel with a "Notice of Deposition on Written Questions Only" in connection with the Motion to Return Funds.  Should counsel serve Dr. Olga Ivankovich's bankruptcy counsel with such Notice providing ample time for review and response under the applicable rules (the Court having been advised that the parties agree that the response date shall be no later than August 20, 2025), then counsel for Jeannete and Schiller shall tailor the provided written questions narrowly to the Motion to Return Funds and the evidentiary support filed in support of the Motion to Return Funds thus far, and the questions provided in the Notice shall not discuss or reference Steven Ivankovich or any broader issues involved in the above-

captioned bankruptcy cases or divorce case issues existing between Jeannette and Steven Ivankovich that go beyond the Court's consideration of the instant Motion to Return Funds.

4.    This Court retains exclusive jurisdiction to interpret, implement and enforce the terms of this Order.

###

Submitted by:

David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Telephone: 305-372-1800
Facsimile:  305-372-3508
Email: dlr@kttlaw.com

[Attorney Rosendorf is directed to serve copies of this order on all interested parties and to file a certificate of service]

#13970491 v1