

**ORDERED in the Southern District of Florida on August 28, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC
A&O FAMILY LLC,
A & O FAMILY LLC,
ATLAS P2 MANAGING MEMBER, LLC,[1]

    Debtors.
_____/

Case Nos. 24-15755-LMI
24-15762-LMI
24-15767-LMI
24-15770-LMI

(Jointly Administered)

### ORDER GRANTING JOINT MOTION FOR RETURN OF FUNDS TO DRS. ANTHONY AND OLGA IVANKOVICH

THIS CAUSE came before the Court on August 26, 2025 at 9:30 a.m. (the "Hearing") upon the *Joint Motion for Return of Funds to Drs. Anthony and Olga Ivankovich* (the "Motion") (ECF No. 305) of Debtor A&O Family LLC and Drs. Anthony and Olga Ivankovich for entry of an order

---

[1] The cases are jointly administered. The last four digits of each Debtor's EIN are as follows: Ivankovich Family, LLC (4590), A&O Family, LLC, a Florida limited liability company (6789), A&O Family, LLC, an Illinois limited liability company (6865), and Atlas P2 Managing Member, LLC (8311).

for return of funds from personal investments that were inadvertently deposited into the account of Debtor A&O Family (FL).

**ORDERED, as follows:**

1.   The Motion is **GRANTED** as modified herein.

2.   Dr. Anthony Ivankovich and Dr. Olga Ivankovich shall have an allowed administrative claim against the bankruptcy estate of A&O Family, LLC (FL) in the amount of $522,697.97.

# # #

Submitted by:
**AKERMAN LLP**
Eyal Berger
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224

*(Attorney Berger shall serve copies of this order upon all interested parties and file a certificate of service.)*