Case 24-15755-LMI    Doc 653    Filed 09/16/25    Page 1 of 2



**ORDERED in the Southern District of Florida on September 16, 2025.**

        **Laurel M. Isicoff, Judge**
        **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| IN RE: | CASE NOS. 24-15755-LMI |
|---|---|
| | 24-15762-LMI |
| Ivankovich Family LLC, | 24-15767-LMI |
| A&O Family LLC (Florida), | 24-15770-LMI |
| A & O Family LLC (Illinois), | |
| Atlas P2 Managing Member, LLC, | Chapter 11 |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

**ORDER DENYING FAMILY SUPPORT CREDITOR JEANETTE IVANKOVICH'S REQUEST FOR EVIDENTIARY HEARING AND BRIEFING**

      This matter came before the Court on *Family Support Creditor Jeanette Ivankovich's Request for Evidentiary Hearing and Briefing, to the Extent the Court May Consider Jeanette Ivankovich's Acceptance of the Treatment Provided In Amended Fourth Plan Supplement and Jeanette Plan Supplement, to be Ineffective Because the Debtors Contend the Amended Fourth Plan Supplement Should Be*

*Deemed to Have Been Withdrawn* (ECF #650) (the "Motion") filed by Jeanette Ivankovich ("Jeanette") on September 14, 2025.[1] The Court has reviewed the Motion and denies the request for an evidentiary hearing and briefing.

It is not necessary to either set an evidentiary hearing or schedule additional briefing on this issue. Regardless of whether the "offer" of the *Amended Fourth Plan Supplement* (ECF #565) (the "Fourth Supplement") remained open as of the conclusion of evidence on September 4—which the Court finds it did—there is no dispute that subsequent negotiations continued after the close of evidence and continued to take place at least through September 12, 2025. These continuing negotiations constitute counteroffers, which under basic contract law, constitute a rejection of the prior offer. *See Racing Properties, L.P. v. Baldwin,* 885 So. 2d 881, 883 (Fla. 3d DCA 2004). Once rejected, a party cannot unilaterally accept the rejected offer. *See Polk v. BHRGU Avon Properties, LLC,* 946 So. 2d 1120, 1122 (Fla. 2d DCA 2006) (stating that a counteroffer terminates power of acceptance). Therefore, Jeanette's acceptance of the Fourth Supplement on September 11, 2025 (ECF #649), was ineffective.

Accordingly, it is **ORDERED**: the Motion is **DENIED**.

# # #

Copies to:
Patricia Redmond, Esq.
    *Attorney Redmond is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.*

---

[1] The Court determined that a hearing on the Motion is not necessary.