**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-15755-LMI |
| IVANKOVICH FAMILY LLC, | (Jointly Administered) |
| A&O FAMILY LLC (FL), | 24-15762- LMI |
| A & O FAMILY LLC (IL), | 24-15767- LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15770- LMI |
| Debtors.¹ | |
| _____ / | |

## NOTICE OF DEBTORS' DEFAULT UNDER CONFIRMED CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that, on June 10, 2024, each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida, Miami Division (the "Bankruptcy Court"), jointly administered under case no. 24-15755-LMI (the "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that, on August 15, 2024, P-5 GRA, LLC ("GRA"), filed its initial proof of claim against Debtor A&O Family LLC (FL), case no. 24-15762-LMI, which was thereafter amended on December 30, 2024 (*see* Claim 2-2) and on May 26, 2025 (*see* Claim 2-3) (as amended, the "GRA Claim").

**PLEASE TAKE FURTHER NOTICE** that, on March 20, 2025, the Debtors filed the *Second Amended Joint Disclosure Statement of Debtors in Support of Debtors' Amended Joint Plan of Reorganization* [Dkt. No. 289] (the "Disclosure Statement") and the *Debtors' Amended Joint Plan of Reorganization* [Dkt. No. 290] (as amended, the "Plan").

---

¹ The cases are jointly administered. The last four digits of each Debtor's EIN are as follows: IVANKOVICH FAMILY LLC (4590), A&O FAMILY LLC, a Florida limited liability company (6789), A&O FAMILY LLC, an Illinois limited liability company (6865), and ATLAS P2 MANAGING MEMBER, LLC (8311).

**PLEASE TAKE FURTHER NOTICE** that, on August 22, 2025, in resolution, compromise, and settlement of the GRA Claim, the Debtors and GRA filed the *Stipulation and Settlement Regarding the Claim of P-5 GRA, LLC* [Dkt. No. 599] (the "GRA Settlement") that, among other things, required the Debtors to "pay, or cause to be paid, to GRA $2,000,000 USD in immediately available funds (the "Settlement Payment") *on or before sixty (60) days following entry of an order (the "Confirmation Order") of the Bankruptcy Court confirming the Plan* ( the "Settlement Payment Deadline") . . . [and to] no later than five (5) business days following entry of the Confirmation Order, . . . deposit with Stuart Neiberg and Cohn Reznick, as the disbursement agent under the Plan (the "Disbursing Agent"), $2,000,000 USD in cash, to secure the Debtors' obligations for payment of the Settlement Payment on or before the Settlement Payment Deadline." GRA Settlement at ¶¶ 2-3 (emphasis added).

**PLEASE TAKE FURTHER NOTICE** that, on September 16, 2025, the Bankruptcy Court entered the *Order Confirming Debtors' Amended Joint Plan of Reorganization* [Dkt. No. 652] (the "Confirmation Order"), thereby causing the Settlement Payment Deadline to be November 15, 2025.

**PLEASE TAKE FURTHER NOTICE** that, based on GRA's recent communications with the Debtors' professionals, the Debtors failed to deposit the Settlement Payment in cash with the Disbursing Agent by the Settlement Payment Deadline. Further, as of the time of this filing, GRA has not received the Settlement Payment and, therefore, the Debtors are and remain in default under the Plan and GRA Settlement.

[*Remainder of page intentionally left blank*.]

Dated: November 18, 2025

**TROUTMAN PEPPER LOCKE LLP**
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
T: 561-833-7700
F: 561-655-8719

*/s/ Steven J. Brotman*
Steven H. Brotman
Florida Bar No.: 85750
E: steven.brotman@troutman.com

*Counsel to P-5 GRA, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 18, 2025, a true and correct copy of the foregoing document was served via ECF on all parties who receive service in these Chapter 11 Cases via electronic case filing.

*/s/ Steven J. Brotman*
Steven H. Brotman
Florida Bar No.: 85750
E: steven.brotman@troutman.com