

**ORDERED in the Southern District of Florida on December 9, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-15755-LMI |
| IVANKOVICH FAMILY LLC | (Jointly Administered) |
| A&O FAMILY LLC (FL), | 24-15762-LMI |
| A&O FAMILY LLC (IL), | 24-15767-LMI |
| ATLAS P2 MANAGING MEMBER, LLC, | 24-15770-LMI |
| Debtors. | |
| _____/ | |

**AGREED ORDER GRANTING REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REORGANIZED DEBTORS TO DISBURSE FUNDS FROM THE DISPUTED CLAIM RESERVE TO SATISFY THE REMAINING JEANETTE AND SCHILLER CLAIMS**

THIS MATTER came before the Court on the *Reorganized Debtors' Motion For Entry Of An Order Authorizing The Reorganized Debtors To Disburse Funds From The Disputed Claim*

*Reserve To Satisfy The Remaining Jeanette And Schiller Claims* (ECF No. 678) (the "Motion"). The Court having reviewed the Motion, having been advised that the Reorganized Debtors, Olga Ivankovich and Anthony Ivankovich ("the Ivankovichs"), Steven Ivankovich ("Steven"), the Disbursing Agent, and Adversary Defendants Jeanette Ivankovich ("Jeanette") and Schiller Ducanto & Fleck LLP ("Schiller") (Jeanette and Schiller are the "Defendants"), are in agreement with this order, the Court finds that good cause exists for granting the relief requested, it is:

**ORDERED** that

1. The Motion is **GRANTED**.

2. Celadon Financial Group, LLC ("Celadon"), Wedbush Securities, Inc. ("Wedbush"), and the Disbursing Agent[1] are authorized to disburse, and shall disburse, as a loan by the Reorganized Debtors to Steven via wire transfer directly to the Defendants according to the instructions previously provided by the Defendants, within 3 days of the date of this order, the sums identified by the Reorganized Debtors from the Jeanette Ivankovich Disputed Claim Reserve necessary to fully satisfy the Remaining Jeanette Claim and the Remaining Schiller Claim, as follows: (a) $1,131,887.86, plus per diem interest after December 10, 2025 at $244.68 per day (consisting of support and maintenance in the amount of $992,311.00, plus interest from November 2023 through December 10, 2025 in the amount of $139,576.86) to Jeanette; and (b) $425,000.00 (consisting of attorneys/expert fees) to Schiller.

3. The Reorganized Debtors are authorized to execute and proceed with the Memorandum of Understanding attached to the Motion as Exhibit A governing the funding made by the Reorganized Debtors in paragraph 2 herein.

---

[1] All capitalized terms shall have the same meaning as defined in the Motion unless otherwise defined herein.

4. The relief granted herein shall not act as an estoppel, waiver, or release of any setoff or recoupment claim, if any, that the Reorganized Debtors, Steven Ivankovich, Dr. Anthony Ivankovich, or Dr. Olga Ivankovich may assert in the Dissolution Proceeding under Illinois law related to an overpayment of spousal support, child support, or legal fees related to spousal support of child support.

5. Upon confirmation that the Remaining Jeanette Claim and Remaining Schiller Claim have been fully funded and satisfied, Celadon, Wedbush, and the Disbursing Agent shall be authorized to transfer all remaining funds in the Jeanette Ivankovich Disputed Claim Reserve to A&O Family, LLC (FL) pursuant to the terms of the Plan and Confirmation Order, and the Adversary Proceeding.

###

Submitted by:

Eyal Berger, Esq.
Florida Bar No. 0011069
eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301
Tel:  954-463-2700
Fax:  954-463-2224

Attorney Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.