

**ORDERED in the Southern District of Florida on January 6, 2026.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Nos.: 24-15755-LMI |
| IVANKOVICH FAMILY LLC, | 24-15762-LMI |
| A&O FAMILY LLC, | 24-15767-LMI |
| A & O FAMILY LLC, | 24-15770-LMI |
| ATLAS P2 MANAGING MEMBER, LLC,[1] | |
| | (Jointly Administered) |
| Reorganized Debtors. | |
| _____/ | |

**ORDER GRANTING REORGANIZED DEBTORS'
MOTION FOR ENTRY OF AN ORDER EXTENDING TIME PERIOD
TO DISBURSE FUNDS FROM THE DISPUTED CLAIM RESERVE
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)**

---

[1] The last four digits of each of the Debtor's and Reorganized Debtor's EIN are as follows: Ivankovich Family, LLC (4590), A&O Family, LLC, a Florida limited liability company (6789), A&O Family, LLC, an Illinois limited liability company (6865), and Atlas P2 Managing Member, LLC (8311).

THIS MATTER came before the Court for hearing on January 5, 2026, at 2:00 p.m. ET (the "Hearing"), upon the *Reorganized Debtors' Motion for Entry of an Order Extending Time Period to Disburse Funds from the Disputed Claim Reserve Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)* (Docket No. 685) (the "Motion") and *Jeanette Ivankovich's and Schiller DuCanto & Fleck's Response In Opposition to Reorganized Debtors' Motion for an Order Extending Time Period to Disburse Funds from the Disputed Claim Reserve* (Docket No. 686).[2] The Court having reviewed the Motion, having held the Hearing and heard arguments by counsel, and having been advised in the premises, hereby finds that cause exists for granting the relief requested, and it is hereby **ORDERED** that:

1. The Motion is granted.

2. All other provisions of the order granting the Disbursement Motion (Docket No. 683) shall remain in full force and effect to the extent not inconsistent with this order.

###

Submitted by:

Eyal Berger, Esq.
Florida Bar No. 0011069
eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224

*Attorney Berger is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Reorganized Debtors' Motion for Entry of an Order Authorizing the Reorganized Debtors to Disburse Funds from the Disputed Claim Reserve to Satisfy the Remaining Jeanette and Schiller Claims* (Docket No. 678) (the "Disbursement Motion").