

**ORDERED in the Southern District of Florida on April 28, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

Chapter 11

In re:

Case No.  24-15755-LMI

IVANKOVICH FAMILY LLC,

      Reorganized Debtor.

_____/

**ORDER DENYING ZHU ZHAI HOLDINGS LIMITED AND PETER PUI TAK LEE'S**
**MOTION (I) FOR LEAVE TO FILE PROOF OF CLAIM AFTER DEADLINE, OR, IN**
**AN ABUNDANCE OF CAUTION AND IN THE ALTERNATIVE,**
**(II) FOR RELIEF FROM THE DISCHARGE PROVISION AND PLAN INJUNCTION**

THIS MATTER came before the Court for hearing on April 27, 2026 at 1:30 p.m. (the "**Hearing**") upon the *Motion (I) for Leave to File Proof of Claim After Deadline, or, in an Abundance of Caution and in the Alternative, (II) for Relief from the Discharge Provision and Plan Injunction* (Docket No. 691) (the "**Motion**"), the *Reorganized Debtors' Response in Opposition to Motion to File Untimely Proof of Claim and Relief From Discharge Provision and Plan Injunction* (Docket No. 699) (the "**Response In Opposition**"), the *Joinder to Reorganized*

1

*Debtors' Response in Opposition to Motion to File Untimely Proof of Claim and Relief from Discharge Provision and Plan Injunction* (Docket No. 742) (the "**Joinder**") and the *Joint Stipulation of Facts and Request for Judicial Notice of Documents* (Docket No. 750) (the "**Stipulation**"), and the Court having reviewed the Motion, the Response In Opposition, the Joinder, and the Stipulation, having heard the arguments of the parties at the Hearing, and otherwise being fully advised in the premises, for the reasons stated on the record at the Hearing, it is

      **ORDERED** and **ADJUDGED** as follows:

1.  The Motion (Docket No. 691) is **DENIED** in its entirety.

# # #

Submitted by:
**AKERMAN LLP**
Eyal Berger
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224

*(Attorney Berger shall serve copies of this order upon all interested parties and file a certificate of service.)*