**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                    Chapter 11
                                                          Case No.:        24-15755-LMI
IVANKOVICH FAMILY LLC,

          Reorganized Debtor.

_____/

**AGREED MOTION FOR CONTINUANCE OF HEARING ON JUNE 8, 2026**

Jeanette Ivankovich ("Jeanette") and Schiller Ducanto & Fleck LLP ("Schiller" and collectively, the "Creditors") move (the "Motion") for entry of an order on an agreed basis granting a continuance of the hearing set for June 8, 2026 related to the *Expedited Motion for Entry of an Order to Show Cause against Jeanette Ivankovich and Schiller, DuCanto & Fleck LLP, and Neal H. Levin for Willful Violations of the Automatic Stay* [ECF 354] ("Show Cause Motion"), filed by Reorganized Debtors, Ivankovich Family LLC, A&O Family LLC (Florida), A & O Family LLC (Illinois), and Atlas P2 Managing Member, LLC ( "Reorganized Debtors"). In support of the Motion, Creditors state as follows:

1.     The Court has noticed a non-evidentiary hearing [ECF No. 732] on the Reorganized Debtors' Show Cause Motion for June 8, 2026, at 9:30 a.m.

2.     Creditors request a short continuance of of the June 8th hearing for extenuating circumstances. Ryan M. Wolis, counsel for Defendants, just learned he will be unavailable for the hearing because his spouse is scheduled to undergo a medical procedure requiring his attention that same day. Patricia A. Redmond, counsel for Defendants, also has an out-of-town commitment on June 8, 2026.

3.     The request is not made for delay or dilatory purposes.

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

## CONFERRAL CERTIFICATION

I certify that counsel for Defendants conferred with counsel for Plaintiffs via email on May 27, 2026, who agreed to the relief in this Motion.

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**

By: /s/ *Patricia A. Redmond*
PATRICIA A. REDMOND, FBN 303739
predmond@stearnsweaver.com
DARRELL PAYNE, FBN 773300
dpayne@stearnsweaver.com
DANIEL J. HALPERIN, FBN 1010092
dhalperin@stearnsweaver.com
RYAN M. WOLIS, FBN 1019034
rwolis@stearnsweaver.com
150 W. Flagler St., # 2200, Miami, FL 33130
Telephone: 305-789-3200

*Counsel for Creditors Jeanette Ivankovich and Schiller, DuCanto & Fleck, LLP*

## CERTIFICATE OF SERVICE

I CERTIFY that I caused this document to be filed electronically on May 29, 2026, via the Court's CM/ECF website.  I further certify that the document is being furnished as it is entered on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF upon those counsel or parties who are authorized to receive NEF in this case as indicated on the Service List below.

2

<u>**SERVICE LIST**</u>
**United States Bankruptcy Court, Southern District of Florida**
**Case No. 24-15755-lMI**

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illiniois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltann
enbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Gary A Goldstein on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
gagpa@aol.com, michael@rglawfirm.us

Amanda Klopp on behalf of Debtor A & O Family LLC
A&O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illiniois)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Ari Newman, Esq.
On behalf of Interested Party RBC Capital Markets, LLC and Royal Bank of Canada
newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON. P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

David L Rosendorf, Esq on behalf of Interested Party Anthony Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David L Rosendorf, Esq on behalf of Interested Party Olga Ivankovich
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Luis Salazar, Esq. on behalf of Interested Party Township Capital, LLC
Interested Party Township GP Fund II, LP
Interested Party Township Orlando, LLC
Luis@Salazar.Law,luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-
Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

Alexa Garcia Chinchilla on behalf of Interested Party Anthony Ivankovich and Interested Party
Olga Ivankovich
achinchilla@kttlaw.com

Darrell Winston Payne on behalf of Creditor Schiller DuCanto & Fleck LLP
Creditor Jeanette Ivankovich
Defendant Schiller Ducanto & Fleck, LLP
Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

4

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC,

    Reorganized Debtor.

_____/

Chapter 11
Case Nos.:    24-15755-LMI

**ORDER GRANTING AGREED MOTION FOR**
**CONTINUANCE OF HEARING ON JUNE 8, 2026**

**THIS MATTER** came before the Court without a hearing upon Defendants, Jeanette Ivankovich ("Jeanette") and Schiller DuCanto & Fleck LLP's ("Schiller" and collectively, "Creditors") *Agreed Motion for Continuance of Hearing on June 8, 2026* [ECF No. ___] (the "Motion"). The Court, having reviewed the Motion, having considered the agreement of the parties, and having found good cause exists to grant the continuance and being otherwise fully advised in the premises, it is

**ORDERED** that:

    1.    The Motion is **GRANTED**.

2.      The hearing scheduled for June 8, 2026, at 9:30 a.m. on the *Expedited Motion for Entry of an Order to Show Cause against Jeanette Ivankovich and Schiller, DuCanto & Fleck LLP, and Neal H. Levin for Willful Violations of the Automatic Stay* [ECF 354] ("Show Cause Motion"), filed by Reorganized Debtors, Ivankovich Family LLC, A&O Family LLC (Florida), A & O Family LLC (Illinois), and Atlas P2 Managing Member, LLC is **CONTINUED**.

3.      The continued hearing will be held on _____, 2026, at _____ a.m./p.m., before the Honorable Peter D. Russin, United States Bankruptcy Judge, in Courtroom 8, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, Florida 33128.

4.      The Court shall retain jurisdiction to enforce the terms of this Order.

Submitted by:
Patricia Redmond, Esq.
Daniel Halperin, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida  33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

Attorney Redmond isdirected to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.