

**ORDERED in the Southern District of Florida on June 3, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC,

    Reorganized Debtor.

_____/

Chapter 11
Case Nos.:    24-15755-PDR

**ORDER GRANTING AGREED MOTION FOR**
**CONTINUANCE OF HEARING ON JUNE 8, 2026**

**THIS MATTER** came before the Court without a hearing upon Creditors, Jeanette Ivankovich ("Jeanette") and Schiller DuCanto & Fleck LLP's ("Schiller" and collectively, "Creditors") *Agreed Motion for Continuance of Hearing on June 8, 2026* [ECF No. 759] (the "Motion"). The Court, having reviewed the Motion, having considered the agreement of the parties, and having found that good cause exists to grant the continuance and being otherwise fully advised in the premises, it is

**ORDERED** that:

    1.    The Motion is **GRANTED**.

2.      The hearing scheduled for June 8, 2026, at 9:30 a.m. on the *Expedited Motion for Entry of an Order to Show Cause against Jeanette Ivankovich and Schiller, DuCanto & Fleck LLP, and Neal H. Levin for Willful Violations of the Automatic Stay* [ECF 354] ("Show Cause Motion"), filed by Reorganized Debtors, Ivankovich Family LLC, A&O Family LLC (Florida), A & O Family LLC (Illinois), and Atlas P2 Managing Member, LLC, together with Creditors Response in Opposition [ECF No. 413] and Supplement [ECF No. 737] in support are **CONTINUED**.

3.      The continued hearing will be held on July 1, 2026, at 11:00 a.m., at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, Florida 33128.

###

Submitted by:
Patricia Redmond, Esq.
Daniel Halperin, Esq.
Stearns Weaver Miller
Museum Tower, Suite 2200
Miami, Florida  33130
Tel: (305) 789-3200
Fax: (305) 789-3395
Email: predmond@stearnsweaver.com

Attorney Redmond is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.