**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Case |
| Ivankovich Family LLC, | Jointly Administered |
| A&O Family LLC (Florida), | |
| A & O Family LLC (Illinois), | Case Nos. 24-15755-LMI |
| Atlas P2 Managing Member, LLC | 24-15762-LMI |
| | 24-15767-LMI |
| Debtors. | 24-15770-LMI |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order listed below was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF, on the date the Order was entered on the court docket, to those parties registered to receive NEF in this case on June 4, 2026 as indicated on the Service List attached hereto.

> *Order Granting Agreed Motion for Continuance of Hearing on June 8, 2026*
> *[Doc. No. 760]*

Dated: June 4, 2026

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
By: /s/ *Patricia A. Redmond*
     PATRICIA A. REDMOND
     Florida Bar No. 303739
     predmond@stearnsweaver.com
*Counsel for Jeanette Ivankovich*
*and Schiller DuCanto & Fleck LLP*

1

<u>SERVICE LIST</u>
**In re Ivankovich Family LLC (Jointly Administered)**
**United States Bankruptcy Court, Southern District of Florida**
**Case No. 24-15755-lMI**

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Shira A Baratz on behalf of Defendant Steven Ivankovich
sbaratz@fisherphillips.com

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illiniois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Steven J Brotman on behalf of Interested Party P-5 GRA LLC
steven.brotman@troutman.com,
Irene.rabba@troutman.com;AutoDocket@troutman.com;gary.marsh@troutman.com;pierce.rigney@troutman.com;Pierce.rigney@troutman.com;Gary.marsh@troutman.com;Matthew.brooks@troutman.com

Michael S Budwick, Esq on behalf of Defendant Steven Ivankovich
on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael G Busenkell on behalf of Interested Party P-5 GRA LLC
mbusenkell@gsbblaw.com
Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Alexa Garcia Chinchilla on behalf of Interested Party Anthony Ivankovich and Interested Party Olga Ivankovich
achinchilla@kttlaw.com

2

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Gary A Goldstein on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
gagpa@aol.com, michael@rglawfirm.us

Daniel J Halperin on behalf of Creditor Jeanette Ivankovich
dhalperin@stearnsweaver.com, lcruz@stearnsweaver.com;jmartinez@stearnsweaver.com;

Amanda Klopp on behalf of Debtor A & O Family LLC
A&O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Iliniois)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Jessey J Krehl on behalf of Creditor Peter Pui Tak Lee
on behalf of Creditor Zhu Zhai Holdings
jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Esther A McKean on behalf of Debtor Ivankovich Family LLC
On behalf of Interested Party A&O Family LLC
On behalf of Interested Party A&O Family LLC (Illiniois)
On behalf of Interested Party Atlas P2 Managing Member LLC
esther.mckean@akerman.com

Ari Newman, Esq.
On behalf of Interested Party RBC Capital Markets, LLC and Royal Bank of Canada
newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Joseph A Pack on behalf of Creditor Zhu Zhai Holdings
Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Darrell Winston Payne on behalf of Creditor Schiller DuCanto & Fleck LLP
Creditor Jeanette Ivankovich
Defendant Schiller Ducanto & Fleck, LLP
Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

David L Rosendorf, Esq on behalf of Interested Party Anthony Ivankovich
On behalf of Interested Party Olga Ivankovich
A & O Family LLC (IL)
A&O Family LLC (FL)
Atlas P2 Managing Member, LLC
Ivankovich Family LLC
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com  @kttlaw.com;ycc@kttlaw.com

Luis Salazar, Esq. on behalf of Interested Party Township Capital, LLC
Interested Party Township GP Fund II, LP
Interested Party Township Orlando, LLC
Luis@Salazar.Law,luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

Ryan Mitchell Wolis on behalf of Creditor Schiller DuCanto & Fleck LLP
On behalf of Creditor Jeanette Ivankovich
On behalf of Defendant Jeanette Ivankovich
rwolis@stearnsweaver.com, egraham@stearnsweaver.com

Darrell Winston Payne on behalf of Creditor Schiller DuCanto & Fleck LLP
Creditor Jeanette Ivankovich
Defendant Schiller Ducanto & Fleck, LLP
Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com