**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**
www.flsb.uscourts.gov

In re:

IVANKOVICH FAMILY LLC,                              Chapter 11
A&O FAMILY LLC (FLORIDA),                     Case Nos.:    24-15755-LMI
A & O FAMILY LLC (ILLINOIS),                                         24-15762-LMI
ATLAS P2 MANAGING MEMBER, LLC.                            24-15767-LMI
                                                                                            24-15770-LMI

      Debtors-In-Possession.

_____/

## <u>NOTICE OF WITHDRAWAL OF DOCUMENT</u>

Patricia A. Redmond, Esq., Counsel for Creditors Jeanette Ivankovich and Schiller,

DuCanto and Fleck, LLP ("Defendants"), hereby withdraws the *Defendants Jeanette Ivankovich's*

*and Schiller's Motion to Compel Medical and Education Expense Payments Required Under Child*

*Support Trust and Plan* ("Motion") [ECF No. 755].

Dated: June 16, 2026

      Respectfully submitted,

      STEARNS WEAVER MILLER WEISSLER
      ALHADEFF & SITTERSON, P.A.
      Museum Tower, Suite 2200
      150 West Flagler Street
      Miami, Florida 33130
      Telephone: (305) 789-3200
      Facsimile: (305) 789-3395

      By:  */s/ Patricia A. Redmond*
      PATRICIA A. REDMOND
      Florida Bar No. 303739
      predmond@stearnsweaver.com
      DARRELL PAYNE, ESQ.
      Florida Bar Number 773300
      dpayne@stearnsweaver.com
      *Counsel for Defendants Jeanette Ivankovich and*
      *Schiller, DuCanto & Fleck, LLP*

**CERTIFICATE OF SERVICE**

I CERTIFY that I caused this document to be filed electronically on June 16, 2026, via the Court's CM/ECF website.  I further certify that the document is being furnished as it is entered on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF upon those counsel or parties who are authorized to receive NEF in this case as indicated on the attached Service List.

By:  /s/ *Patricia A. Redmond*
PATRICIA A. REDMOND

**<u>SERVICE LIST</u>**
**In re Ivankovich Family LLC (Jointly Administered)**
**United States Bankruptcy Court, Southern District of Florida**
**Case No. 24-15755-lMI**

The following parties are registered to receive NEF and will be served electronically through the Court's CM/ECF system:

Shira A Baratz on behalf of Defendant Steven Ivankovich
sbaratz@fisherphillips.com

Eyal Berger, Esq. on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Illiniois)
Interested Party Altas P2 Managing Member LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Steven J Brotman on behalf of Interested Party P-5 GRA LLC
steven.brotman@troutman.com,
Irene.rabba@troutman.com;AutoDocket@troutman.com;gary.marsh@troutman.com;pierce.rigney@troutman.com;Pierce.rigney@troutman.com;Gary.marsh@troutman.com;Matthew.brooks@troutman.com

Michael S Budwick, Esq on behalf of Defendant Steven Ivankovich
on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Michael G Busenkell on behalf of Interested Party P-5 GRA LLC
mbusenkell@gsbblaw.com
Michael S Budwick, Esq on behalf of Interested Party Steven Ivankovich
mbudwick@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Alexa Garcia Chinchilla on behalf of Interested Party Anthony Ivankovich and Interested Party Olga Ivankovich
achinchilla@kttlaw.com

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee
Dan.L.Gold@usdoj.gov

Gary A Goldstein on behalf of Debtor A & O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
gagpa@aol.com, michael@rglawfirm.us

Daniel J Halperin on behalf of Creditor Jeanette Ivankovich
dhalperin@stearnsweaver.com, lcruz@stearnsweaver.com;jmartinez@stearnsweaver.com;

Amanda Klopp on behalf of Debtor A & O Family LLC
A&O Family LLC
Altas P2 Managing Member LLC
Ivankovich Family LLC
Interested Party A&O Family LLC
Interested Party A&O Family LLC (Iliniois)
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Jessey J Krehl on behalf of Creditor Peter Pui Tak Lee
on behalf of Creditor Zhu Zhai Holdings
jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Esther A McKean on behalf of Debtor Ivankovich Family LLC
On behalf of Interested Party A&O Family LLC
On behalf of Interested Party A&O Family LLC (Illiniois)
On behalf of Interested Party Atlas P2 Managing Member LLC
esther.mckean@akerman.com

Ari Newman, Esq.
On behalf of Interested Party RBC Capital Markets, LLC and Royal Bank of Canada
newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Joseph A Pack on behalf of Creditor Zhu Zhai Holdings
Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Darrell Winston Payne on behalf of Creditor Schiller DuCanto & Fleck LLP
Creditor Jeanette Ivankovich
Defendant Schiller Ducanto & Fleck, LLP
Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

4

David L Rosendorf, Esq on behalf of Interested Party Anthony Ivankovich
On behalf of Interested Party Olga Ivankovich
A & O Family LLC (IL)
A&O Family LLC (FL)
Atlas P2 Managing Member, LLC
Ivankovich Family LLC
dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com  @kttlaw.com;ycc@kttlaw.com

Luis Salazar, Esq. on behalf of Interested Party Township Capital, LLC
Interested Party Township GP Fund II, LP
Interested Party Township Orlando, LLC
Luis@Salazar.Law,luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

Ryan Mitchell Wolis on behalf of Creditor Schiller DuCanto & Fleck LLP
On behalf of Creditor Jeanette Ivankovich
On behalf of Defendant Jeanette Ivankovich
rwolis@stearnsweaver.com, egraham@stearnsweaver.com

Darrell Winston Payne on behalf of Creditor Schiller DuCanto & Fleck LLP
Creditor Jeanette Ivankovich
Defendant Schiller Ducanto & Fleck, LLP
Defendant Jeanette Ivankovich
dpayne@stearnsweaver.com, cveguilla@stearnsweaver.com

I further certify that on June 16, 2026, I served a true and correct copy of the foregoing document on the following non-CM/ECF recipients by first-class U.S. Mail, postage prepaid and by email.

Stuart Neiberg
CohnReznick Advisory LLC
as Trustee of the Child Support Trust
2401 NW Boca Raton Blvd.
Boca Raton, FL 33431-6632
Email: stuart.neiberg@cohnreznick.com

5